**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Prajna Strategy LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |   **85-1865022** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **108 R Street NE**<br>**Washington, DC 20002**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **District of Columbia**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **prajnastrategy.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Prajna Strategy LLC**                                          Case number (*if known*) _____
     Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5416__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

| Debtor | **Prajna Strategy LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**▮ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Prajna Strategy LLC**

Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

Case number (*if known*)

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Prajna Strategy LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   01 / 19 / 19 2023
                    MM / DD / YYYY

X _Kristd Clark_                              **Kristen Clark**
Signature of authorized representative of debtor     Printed name

Title   **Chief Executive Officer**

| **18. Signature of attorney** | X _____ | | Date   1/19/2023 |
|---|---|---|---|
| | Signature of attorney for debtor | | MM / DD / YYYY |

**David W. Gaffey**
Printed name

**Whiteford, Taylor & Preston LLP**
Firm name

**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510**
Number, Street, City, State & ZIP Code

Contact phone   **703-280-3374**      Email address   **dgaffey@wtplaw.com**

**VA 031 (D.D.C.)**
Bar number and State

## CORPORATE RESOLUTION

The undersigned, being all of the members of Prajna Strategy, LLC, a limited liability company organized under the laws of the District of Columbia (the "Company"), do hereby certify that the resolutions attached hereto as Exhibit A were duly adopted by unanimous consent of all members of the Company at a meeting held on January 17, 2023, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, the undersigned have signed this certificate and affixed the corporate seal thereto on January 19, 2023.

By:    Kristen Clark
Title:  Member

### EXHIBIT A

### RESOLUTION OF ACTION OF
### PRAJNA STRATEGY, LLC

**WHEREAS,** the undersigned Members of Prajna Strategy, LLC (the "Company") have determined that it is desirable and in the best interest of the Company, its creditors, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED,** that the filing by the Company of a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED,** that Kristen Clark (the "Manager") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 7 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Manager shall determine; and it is further

**RESOLVED,** that the Manager of the Company, and such other Agent as she shall from time to time designate (each a "Representative") in her sole and absolute discretion, be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

**RESOLVED,** that each Representative be, and hereby is, authorized and directed to retain Whiteford, Taylor & Preston, LLP, or such other legal counsel of their choosing, to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative shall approve; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

**RESOLVED,** that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses, in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED,** that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 19th day of January 2023, the Members of the Company have set their hand adopting the foregoing resolutions,

By:     Kristen Clark
Title:   Member

Debtor name  **Prajna Strategy LLC**

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/19/23        x  *Kristen Clark*
                                  Signature of individual signing on behalf of debtor

                                  **Kristen Clark**
                                  Printed name

                                  **Chief Executive Officer**
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Prajna Strategy LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*..................................................................................   $     **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................   $     **617,705.88**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................   $     **617,705.88**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **98,250.91**

4.  Total liabilities .............................................................................................................
Lines 2 + 3a + 3b

$     **98,250.91**

**Fill in this information to identify the case:**

Debtor name     **Prajna Strategy LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | **9062** | $201,646.99 |
| 3.2. | **Quickbooks/ Intuit** | **Checking** | **4941** | $113.53 |
| 3.3. | **Relay/ Evolve Bank & Trust** | **Checking** | **8170** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                          $201,760.52
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Debtor  **Prajna Strategy LLC**                                    Case number *(If known)* _____
         Name

|   |   |   |
|---|---|---|
| 7.1. | **CIT**<br>**Laptop lease deposit** | **$1,568.60** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

|   |   |   |
|---|---|---|
| 8.1. | **Justworks**<br>**Pre-payment of monthly bill/ per employee seat/ Health Insurance Refund (February 2023)** | **$10,004.89** |
| 8.2. | **Mama Gena's**<br>**Coaching certification program Jan 2023 - June 2023** | **$18,000.00** |
| 8.3. | **Wix**<br>**Website - Money Matters - 1 Year (Dec - Dec)** | **$305.38** |
| 8.4. | **Wix**<br>**Ascend - Money Matters - 1 year (Jan - Jan)** | **$343.44** |
| 8.5. | **Wix**<br>**Ascend - Prajna Strategy - 1 year (July - July)** | **$305.28** |
| 8.6. | **Wix**<br>**Website - Prajna Strategy - 1 year (July - July)** | **$457.92** |
| 8.7. | **The Hartford**<br>**Insurance 2/10/22 to 2/10/23** | **$1,192.00** |
| 8.8. | **The Hartford**<br>**Insurance 3/14/22 - 3/14/23** | **$2,059.00** |
| 8.9. | **CFC Underwriting Limited**<br>**Insurance 2/10/22 - 2/10/23** | **$9,027.00** |
| 8.10. | **Motion Array**<br>**annual contract; platform for video (Oct 2022 - Oct 2023)** | **$249.99** |
| 8.11. | **Shutter Stock**<br>**Marketing resource (Jan 15 - Feb 15, 2023)** | **$210.94** |
| 8.12. | **Washington Commercial**<br>**Registered agent services - 2023** | **$160.00** |

| Debtor | **Prajna Strategy LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

9. **Total of Part 2.**
$43,884.44

Add lines 7 through 8. Copy the total to line 81.

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:  52,287.58  -  0.00  = ....  $52,287.58
face amount  doubtful or uncollectible accounts

11b. Over 90 days old:  228,748.78  -  0.00  =....  $228,748.78
face amount  doubtful or uncollectible accounts

12. **Total of Part 3.**
$281,036.36

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:  % of ownership
**Shabacky Investing LLC**
**7309 Grinnell Drive**
15.1. **Derwood, MD 20855**  7.35  %  **Cost**  $10,000.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
$10,000.00

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor    **Prajna Strategy LLC**                                       Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** MacBook Pro Part Number MK183LL/A; Serial Number LV30KQ5W3V, Apple Care (owned) | **$3,071.88** | | **Unknown** |
| MagSafe Battery Pack; Part number MJWY3AM/A; Serial Number DL3G4U5S0NLJ (owned) | **$104.94** | | **Unknown** |
| 16" MacBook Pro with 16GB RAM and 1TB Memory Serial Number SN7749TCWTR (in possession of contractor) (owned) | **$3,259.94** | | **Unknown** |
| Camera Equipment - Sony FX3; 50mm lens (in possession of former employee) (owned) | **$4,844.20** | | **Unknown** |
| 16" MacBook Pro with Apple Care TW0NWH042H (in possession of employee) (leased) | **Unknown** | | **Unknown** |
| 14" MacBook Pro with Apple Care VCTXF0HXFX (in possession of employee) (leased) | **Unknown** | | **Unknown** |
| 16" MacBook Pro with Apple Care Q96106J291 (in possession of employee) (leased) | **Unknown** | | **Unknown** |
| 16" MacBook Pro with Apple Care Y6NW0522WV (in possession of employee) (leased) | **Unknown** | | **Unknown** |
| 16" MacBook Pro with Apple Care YTXM417X1L (in possession of employee) (leased) | **Unknown** | | **Unknown** |
| 16" MacBook Pro with Apple Care | **Unknown** | | **Unknown** |

Debtor   **Prajna Strategy LLC**                                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **L6F74R6WNQ (leased)** | | |
| **16" MacBook Pro with Apple Care**<br>**G3XVTQPP67 (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**KKWK50Y2KD (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**G407DCFC3X**<br>**(in possession of employee) (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**XFG9FN646T**<br>**(in possession of employee) (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**GKW5FH43FR (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**HM7MGGPDWL**<br>**(in possession of employee) (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**HPQLY9VQ2C (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**DJ5WJJFHQX (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**M46WLWLJF6**<br>**(in possession of employee) (leased)** | **Unknown** | **Unknown** |
| **16" MacBook Pro with Apple Care**<br>**RWM5WHQDW9 (leased)** | **Unknown** | **Unknown** |
| **HP Desk Jet 2752E** | **Unknown** | **Unknown** |
| **Datacolor SpyderX Pro SXP100, Color**<br>**correction device** | **Unknown** | **Unknown** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                          | **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No

Debtor    **Prajna Strategy LLC**                                          Case number *(If known)* _____
          Name

☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** prajnastrategy.com | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer list | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

Debtor    **Prajna Strategy LLC**                                    Case number *(If known)* _____
                Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

**Hive Wealth: convertible note**

| **50,000.00** | - | **0.00** | = | **$50,000.00** |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**DC Franchise Tax**                                    Tax year **2022**                    **$18,000.00**

73. **Interests in insurance policies or annuities**
**The Hartford**
**General Liablility/Umbrella Liability/EPL**
**1 year (2/10/22 - 2/10/23)**                                                                    **$1,192.00**

**The Hartford**
**Crime Policy**
**1 year (3/14/22 - 3/14/23)**                                                                    **$2,059.00**

**CFC Underwriting Limited**
**Advertising/ Media Policy**
**1 year (2/10/22 - 2/10/23)**                                                                    **$9,027.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Jon Wise**                                                                                    **Unknown**

| Nature of claim | **Potential counterclaims in pending litigation** |
|---|---|
| Amount requested | **unknown** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Branded marketing items (200 notebooks)**                                        **$574.94**

Debtor    **Prajna Strategy LLC**                                    Case number *(If known)* _____
          Name

**Branded marketing items (8 plant grow kits)**                                                    **$171.62**

---

78.   **Total of Part 11.**                                                          | **$81,024.56** |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Prajna Strategy LLC**_____    Case number *(If known)* _____
        Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,760.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $43,884.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $281,036.36 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $81,024.56 | |
| 91. **Total.** Add lines 80 through 90 for each column | $617,705.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $617,705.88 |

**Fill in this information to identify the case:**

Debtor name  **Prajna Strategy LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Prajna Strategy LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Abraham Rozenbaum**<br>**501 9th St, Apt 311**<br>**Hoboken, NJ 07030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __contractor/ consultant__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Affirm Logic Corp**<br>**dba CodeHunter**<br>**1775 Greensboro Station Place, Ste 230**<br>**Mc Lean, VA 22102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __client__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Anderson, Kelsie**<br>**1472 W Rascher Ave 2**<br>**Chicago, IL 60640**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Arena Financial Solutions, LLC**<br>**4031 University Drive**<br>**Fairfax, VA 22030**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __contractor/ consultant__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Arteaga, Elizabeth**
**11099 Eastridge Dr NE**
**Apt L304**
**Redmond, WA 98053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Baenen, Alison**
**2578 1/2 Lake View Ave**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Beck, Amir**
**2121 3rd Street**
**Unit 308**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Burger, Rachel**
**12241 Fairfield House Dr, 310**
**Fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Candice Nicole Public Relations**
**436 East 36th St**
**Columbia, SC 29205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **contractor/ consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Carrera, Natalie**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **contractor/ consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Case, Sonia**
**30 E End Ave 3B**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Chase Card**
**PO Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **credit card charges**

Last 4 digits of account number  **3908**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $969.45

**CIT Bank NA**
**156 Commerce Way**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/15/23**

Basis for the claim:  **computer lease**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Coderella**
**Marie Williams**
**5758 Geary Blvd #622**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **contractor/ consultant**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cuadro Post**
**Yamilet Valdez**
**Calle Agustin Lara 58, Serralles**
**Santo Domingo, Dominican Republic**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **contractor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Cummins, Jennifer**
**11716 Collingwood Ct**
**Woodbridge, VA 22192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Davis, Tyler**
**3612 Rexmere Rd**
**Baltimore, MD 21218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **contractor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Desai Consulting LLC**
**Raj Desai**
**3037 Eden Harbor Court**
**Raleigh, NC 27613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **contractor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Duane Morris LLP**
**111 S. Calvert Street, Suite 2000**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **legal services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Dysard, Savannah**
**190 S Benjamin Dr**
**West Chester, PA 19382**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Frederick, Zach**
**200 Woodyard Thicket**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **contractor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gorey, Nick**
**5708 Pimlico Rd**
**Apt 1**
**Baltimore, MD 21209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **contractor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Green , Donnie, Jr.**
**3602 Elmcrest Lane**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **contractor/ consultant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Harris, Quintin**
**18225 Wexford Terrace**
**Jamaica, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **contractor/ consultant**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Hellen, Deborah**
**151 Lakeside Dr PH 2**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **employee**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hive Wealth, Inc.**
**4445 Willard Avenue, Ste 600**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __client__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Houghton, Jamie**
**460 Grove Street**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JB Consulting Services, LLC**
**107 Amberleigh Dr**
**Silver Spring, MD 20905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contractor/ consultant__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie's Collective, LLC**
**122 Ivy Drive #10**
**Charlottesville, VA 22903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contractor/ consultant__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristen Clark**
**108 R St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lang, Max**
**14501 Barkwood Drive**
**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lerner, Shari**
**41 SE 5th Street**
**Apt 1902**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**LookThink, LLC**
**332 Maryland Ave NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **client**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Lopez, Nicolas**
**568 Union Ave, Apt 6 L**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.24

**Lucid Link Corp**
**58 West Portal Avenue #256**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/22

Basis for the claim:  **services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maestro Filmworks**
**Kris Mendoza, Exec Producer**
**1516 N 5th Street #402**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **contractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Maria Ponce**
**1440 Brickell Bay Drive Apt 805**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **contractor/ consultant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Martin, Shanice**
**3605 MacTavish Pl**
**Burtonsville, MD 20866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **contractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00

**Mavenlink, Inc./ Kantata**
**6501 Irvine Center Drive, Ste 250**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/30/21

Basis for the claim:  **contract**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**McDowell, Tiff**
**214 E 4th St**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mikaela Berman**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __contractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Miliano, Kelly**
**245 Essex St**
**Weymouth, MA 02188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mojica, Laura**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __contractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mojidi, Safi**
**address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __contractor/ consultant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**O'Brien, Erin**
**595 Snow Rd**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**O'Malley, Brigit**
**352 Myrtle Avenue**
**Apt 1**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Optimal Networks, Inc.**
**15201 Diamondback Drive**
**Suite 220**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$841.22**

**Peters & Associates PC**
**6611 South Street**
**Falls Church, VA 22042**

Date(s) debt was incurred  1/18/23

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  3rd party accountant/ admin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Pillar One Consulting**
**227 Armstrong Place**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  3rd party accountant/ Admin

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Prajna Technologies, Inc.**
**dba Granate**
**108 R Street NE**
**Washington, DC 20002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  client

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sampel, Pamela**
**address unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sichler, Tilo**
**Hermann-Burte Str. 50**
**Steinen 79585**
**Germany**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  contractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Smith, Walton**
**3909 Woodreed Drive**
**Brandywine, MD 20613**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  employee

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spencer, Argiea**
**address unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,200.00 |
|---|---|---|---|

**Sprout Social**
**131 S Dearborn Street, Ste 700**
**Chicago, IL 60603**

Date(s) debt was incurred  **11/15/22**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **2 year contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staci Cooper**
**817 Kaplon Ct**
**Brunswick, MD 21716**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **contractor/ consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stellar Bookkeeping**
**1510 W Lakeview Dr**
**Johnson City, TN 37601**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **contractor/ consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**STL Skip The Line, LLC**
**95 E Wayne Ave #210**
**Silver Spring, MD 20901**

Date(s) debt was incurred  **1/17/23**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sunny Dublick Marketing, Inc.**
**1029 Stono River Dr**
**Charleston, SC 29412**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **contractor/ consultant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tapia, Carlo**
**1320 20th Street**
**Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

threshold.world
1308 Prospect Hill Road
Villanova, PA 19085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __client__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Torres, Felipe Castiblanco
cll 127 #58-45
Int 1 apto 1315
Bogota, Columbia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contractor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Udokwere, Isang
2 Massachussetts Ave NE
Unit 77534
Washington, DC 20013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __employee__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Vasquez, Marcela
Cra 73 B BIS A # 36-41 SUR
Bogota Columbia

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contractor/ consultant__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Velasquez, Jonathan
address unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __contractor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

VLP Law Group
446 Old County Road, Ste 100-114
Pacifica, CA 94044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __legal services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Walker Communications Group LLC
OUTVOX
1300 19th St NW
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __client__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Prajna Strategy LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Walker Media**
**234 E 23rd St**
**4D**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___contractor/ consultant___

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Whereoware, Inc.**
**1660 International Drive**
**Suite 600**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___client___

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Wise, Jon**
**30 N 23rd Street, #504**
**Philadelphia, PA 19103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___pending legal action___

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Yi, Jen**
**25731 SE Old Black Nugget Rd**
**Issaquah, WA 98029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___employee___

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Youreka**
**1215 E Fort Ave**
**Suite 104**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** ___client___

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jennifer C. Bell, Esq.**<br>**1617 John F. Kennedy Blvd**<br>**One Penn Center, Ste 1254**<br>**Philadelphia, PA 19103** | Line  **3.70**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ |
| **5b. Total claims from Part 2** | | 5b.  + | $ |

5a. Total of claim amounts: **0.00**

| Debtor | **Prajna Strategy LLC** | Case number (if known) |
|---|---|---|
| | Name | |

|  |  | 98,250.91 |
|---|---|---|
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 98,250.91 |

| Fill in this information to identify the case: |
|---|
| Debtor name   **Prajna Strategy LLC** |
| United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
| | State the term remaining | | **Abraham Rozenbaum 501 9th St, Apt 311 Hoboken, NJ 07030** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising/ Media Policy (1 year)** | |
| | State the term remaining | **ends 2/10/23** | **CFC Underwriting Limited 85 Gracechurch Street London EC3V0AA United Kingdom** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **10 16" MacBook Pros (36 months)** | |
| | State the term remaining | **ends 12/15/24** | **CIT Bank, NA 155 Commerce Way Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **3 16" MacBook Pros (36 months)** | |
| | State the term remaining | **ends 4/3/25** | **CIT Bank, NA 156 Commerce Way Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |

Debtor 1   **Prajna Strategy LLC**                                                         Case number (*if known*)
    First Name      Middle Name      Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.**   State what the contract or lease is for and the nature of the debtor's interest    **1 16" MacBook Pro (36 months)** | |
| State the term remaining    **ends 4/13/25** | **CIT Bank, NA** |
| List the contract number of any government contract | **156 Commerce Way Portsmouth, NH 03801** |
| **2.6.**   State what the contract or lease is for and the nature of the debtor's interest    **1 16" MacBook Pro; 1 14" MacBook Pro (36 months)** | |
| State the term remaining    **ends 6/29/25** | **CIT Bank, NA** |
| List the contract number of any government contract | **156 Commerce Way Portsmouth, NH 03801** |
| **2.7.**   State what the contract or lease is for and the nature of the debtor's interest    **Consulting services** | |
| State the term remaining | **JB Consulting Services, LLC** |
| List the contract number of any government contract | **107 Amberleigh Dr Silver Spring, MD 20905** |
| **2.8.**   State what the contract or lease is for and the nature of the debtor's interest    **Consulting services** | |
| State the term remaining | **Katie's Collective, LLC** |
| List the contract number of any government contract | **122 Ive Drive #10 Charlottesville, VA 22903** |
| **2.9.**   State what the contract or lease is for and the nature of the debtor's interest    **Consulting services** | |
| State the term remaining | **Maria Ponce** |
| List the contract number of any government contract | **1440 Brickell Bay Drive Apt 805 Miami, FL 33131** |

Debtor 1    **Prajna Strategy LLC**

First Name          Middle Name              Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Software license and QBO connection (39 months)** | |
|---|---|---|---|
| | State the term remaining | **ends 4/30/25** | |
| | List the contract number of any government contract | | **Mavenlink, Inc./ Kantata**<br>**6501 Irvine Center Drive, Ste 250**<br>**Irvine, CA 92618** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pillar One Consulting**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software License (24 months)** | |
|---|---|---|---|
| | State the term remaining | **ends 11/14/24** | |
| | List the contract number of any government contract | | **Sprout Social**<br>**131 S Dearborn Street, Ste 700**<br>**Chicago, IL 60603** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Staci Cooper**<br>**817 Kaplon Ct**<br>**Brunswick, MD 21716** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sunny Dublick Marketing, Inc.**<br>**1029 Stono River Dr**<br>**Charleston, SC 29412** |

| Debtor 1 | **Prajna Strategy LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability /Umbrella Liability/EPL (1 year)** | |
|---|---|---|---|
| | State the term remaining | **ends 2/10/23** | **The Hartford 3600 Wiseman Blvd San Antonio, TX 78251** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Crime Policy (1 year)** | |
|---|---|---|---|
| | State the term remaining | **ends 3/14/23** | **The Hartford 3600 Wiseman Blvd San Antonio, TX 78251** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Prajna Strategy LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002**<br>**Guarantor** | **Chase Card** | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.2 | **Jon Wise** | **30 N 23rd Street #504**<br>**Philadelphia, PA 19103** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.3**__ |
| 2.3 | **Jon Wise** | **30 N 23rd Street #504**<br>**Philadelphia, PA 19103** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.4**__ |
| 2.4 | **Jon Wise** | **30 N 23rd Street #504**<br>**Philadelphia, PA 19103** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.5**__ |
| 2.5 | **Jon Wise** | **30 N 23rd Street #504**<br>**Philadelphia, PA 19103** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.6**__ |

Debtor    **Prajna Strategy LLC**                                              Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                     *Column 2:* **Creditor**

| 2.6 | **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __2.3__ |
| --- | --- | --- | --- | --- |
| 2.7 | **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __2.4__ |
| 2.8 | **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __2.5__ |
| 2.9 | **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002** | **CIT Bank, NA** | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

**Fill in this information to identify the case:**

Debtor name  **Prajna Strategy LLC**

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $292,633.33 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $3,052,614.39 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $2,276,639.09 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **credit card points** | $516.60 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **credit card points/interest income** | $4,996.29 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **interest income** | $33.76 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Prajna Strategy LLC | Case number *(if known)* | |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **SEE ATTACHED EXHIBIT** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **SEE ATTACHED EXHIBIT** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Prajna Strategy LLC**                                              Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jon Wise vs. Prajna Strategy, LLC, Kristen Clark and Cheryl Heller PCHR Docket # 2022-05-17-11385 EEOC Docket # 17@-2022-00027** | **Action alleging employment law, contract and related violations. Disputed by the Debtor.** | **Philadelphia Comm'n on Human Relations The Curtis Center 601 Walnut St, Ste 300 Philadelphia, PA 19106** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Jon Wise vs. Prajna Strategy, LLC, Kristen Clark and Cheryl Heller 2:22-cv-02100-NIQA** | **Action alleging employment law, contract and related violations. Disputed by the Debtor.** | **US District Court - PA Eastern District James A Byrne US Courthouse 601 Market St Philadelphia, PA 19106** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **Prajna Strategy LLC**                                                        Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Duane Morris LLP** **111 S. Calvert Street, Suite 2000** **Baltimore, MD 21202** | | **1/13/23** | **$9,825.00** |
| **Email or website address** **www.duanemorris.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Whiteford, Taylor & Preston LLP** **3190 Fairview Park Drive Suite 800** **Falls Church, VA 22042-4510** | | **1/6/23 and 1/17/23** | **$10,338.00** |
| **Email or website address** **dgaffey@wtplaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Kristen Clark** **108 R St NE** **Washington, DC 20002** | **2021 Profit Sharing Bonus and Expenses** | **8/16/21, 10/4/21, 10/26/21, 1/3/22** | **$258,923.81** |
| **Relationship to debtor** **Owner** | | | |
| 13.2. **Wise, Jon** **30 N 23rd Street #504** **Philadelphia, PA 19125** | **2021 Profit Sharing Bonus** | **10/27/21, 10/28/21, 12/27/21, 12/28/21, 12/29/21, 12/30/21** | **$280,000.00** |
| **Relationship to debtor** **former Chief Creative Officer** | | | |

Debtor   **Prajna Strategy LLC**

Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Shabacky Investing, LLC 7309 Grinnell Drive Derwood, MD 20855** | **Cash investment** | **2/17/22** | **$10,000.00** |
| | Relationship to debtor | | | |
| 13.4. | **Hive Wealth, Inc. FKA Impart Digital Media, Inc. 4445 Willard Ave, Ste 600 Chevy Chase, MD 20815** | **Cash investment - convertible note** | **3/25/22** | **$50,000.00** |
| | Relationship to debtor | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names, addresses, business e-mails, and phone numbers**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

| Debtor | Prajna Strategy LLC | Case number *(if known)* |
|--------|---------------------|--------------------------|

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | Prajna Strategy LLC | Case number *(if known)* |
|---|---|---|

environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Shabacky Investing, LLC**<br>**7309 Grinnell Drive**<br>**Derwood, MD 20855** | **Investing**<br>**7.35% ownership interest**<br>**$10,000 investment (cash)** | EIN:      84-4719778<br><br>From-To   1/29/22 - present |
| 25.2.   **Hive Wealth, Inc.**<br>**4445 Willard Ave, Ste 600**<br>**Chevy Chase, MD 20815** | **Wealth planning**<br>**$50,000 investment (cash)**<br>**Convertible Note** | EIN:      84-4193372<br><br>From-To   11/28/17 - present |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Peters & Associates PC**<br>**6611 South Street**<br>**Falls Church, VA 22042** | **7/7/20 - present** |
| 26a.2.   **Stellar Bookkeeping**<br>**1510 W Lakeview Dr**<br>**Johnson City, TN 37601** | **7/1/21 - 10/1/22** |
| 26a.3.   **Arena Pay**<br>**4301 University Drive**<br>**Fairfax, VA 22030** | **8/15/22 - 12/31/22** |
| 26a.4.   **Pillar One Consulting**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** | **1/15/21 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Prajna Strategy LLC**                                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Peters & Associates PC**<br>**6611 South Street**<br>**Falls Church, VA 22042** | **7/7/20 - present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Stellar Bookkeeping**<br>**1510 W Lakeview Dr**<br>**Johnson City, TN 37601** | **7/1/21 - 10/1/22** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Arena Pay**<br>**4301 University Drive**<br>**Fairfax, VA 22030** | **8/15/22 - 12/31/22** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.    **Pillar One Consulting**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** | **1/15/21 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Pillar One Consulting**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** | |
| 26c.2.    **Peters & Associates PC**<br>**6611 South Street**<br>**Falls Church, VA 22042** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Jennifer C Bell**<br>**Bell & Bell LLP**<br>**1617 John F Kennedy Blve**<br>**One Penn Center, Suite 1254**<br>**Philadelphia, PA 19103** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **Prajna Strategy LLC**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kristen Clark** | **108 R St NE**<br>**Washington, DC 20002** | **CEO**<br>**Owner** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lerner, Shari** | **41 SE 5th Street**<br>**Apt 1902**<br>**Miami, FL 33131** | **COO**<br>**Employee** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cheryl Heller** | **227 Armstrong Place**<br>**Gaithersburg, MD 20878** | **CFO**<br>**Consultant** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jon Wise** | **30 N 23rd Street #504**<br>**Philadelphia, PA 19103** | **Chief Creative Officer**<br>**Consultant** | **7/1/21 - 5/3/22** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See answers for Nos. 3, 4, and 13 above** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Prajna Strategy LLC**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/19/23

Signature of individual signing on behalf of the debtor          **Kristen Clark**
                                                                  Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached**
No
X Yes

Statement of Financial Affairs Question #3 Exhibit

# Prajna Strategy
## Transaction List by Date
### October 17, 2022 - January 17, 2023

| Date | Transaction Type | Name | Memo/Description | Amount |
|---|---|---|---|---|
| 10/17/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 5,029.18 |
| 10/17/2022 | Expense | Direct Capital | Computer Lease | $ 969.45 |
| 10/18/2022 | Expense | Justworks | Payroll and related | $ 54.54 |
| 10/19/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 107.00 |
| 10/19/2022 | Expense | Marcela Vasquez via Paypal | Supplier/Vendor Payments | $ 1,000.00 |
| 10/21/2022 | Bill Payment (Check) | Bill.com | Supplier/Vendor Payments | $ 2,010.00 |
| 10/24/2022 | Bill Payment (Check) | Bill.com | Supplier/Vendor Payments | $ 843.75 |
| 10/24/2022 | Expense | Mama Gena's | Education | $ 18,000.00 |
| 10/25/2022 | Expense | Atlassian | Technology | $ 73.14 |
| 10/25/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 5,000.00 |
| 10/25/2022 | Expense | Direct Capital | Computer Lease | $ 171.96 |
| 10/25/2022 | Expense | Justworks | Payroll and related | $ 55,604.50 |
| 10/26/2022 | Expense | Justworks | Payroll and related | $ 1,351.24 |
| 10/27/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 1,973.49 |
| 10/27/2022 | Expense | Justworks | Payroll and related | $ 2,538.80 |
| 11/02/2022 | Expense | Arena Finance | Supplier/Vendor Payments | $ 1,500.00 |
| 11/03/2022 | Credit Card Payment | Chase Ink | Credit Card Payment | $ 12,416.29 |
| 11/03/2022 | Expense | Lorien Hotel and Spa | Travel | $ 6.36 |
| 11/04/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 14,385.00 |
| 11/04/2022 | Expense | Marcela Vasquez via Paypal | Supplier/Vendor Payments | $ 1,000.00 |
| 11/07/2022 | Expense | Direct Capital | Computer Lease | $ 253.57 |
| 11/07/2022 | Expense | Justworks | Payroll and related | $ 55,258.42 |
| 11/09/2022 | Expense | Justworks | Payroll and related | $ 5,758.28 |
| 11/09/2022 | Transfer | Kristen Clark | Owner's Draw | $ 25,961.55 |
| 11/10/2022 | Expense | Direct Capital | Computer Lease | $ 83.19 |
| 11/10/2022 | Expense | Justworks | Payroll and related | $ 30,178.81 |
| 11/13/2022 | Expense | Sprout Social | Technology | $ 1,272.93 |
| 11/14/2022 | Expense | Justworks | Owner's Draw | $ 8,653.85 |
| 11/15/2022 | Expense | Direct Capital | Computer Lease | $ 969.45 |
| 11/16/2022 | Expense | Sprout Social | Technology | $ 850.05 |
| 11/18/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 1,105.75 |
| 11/18/2022 | Expense | Marcela Vasquez via Paypal | Supplier/Vendor Payments | $ 1,000.00 |
| 11/21/2022 | Expense | Bill.com | Technology | $ 108.04 |
| 11/21/2022 | Expense | Justworks | Payroll and related | $ 54,529.54 |
| 11/25/2022 | Expense | Direct Capital | Computer Lease | $ 171.96 |
| 11/25/2022 | Expense | Justworks | Payroll and related | $ 37.90 |
| 11/28/2022 | Expense | Justworks | Payroll and related | $ 11,192.65 |
| 12/01/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 15,687.50 |
| 12/02/2022 | Expense | Arena Finance | Supplier/Vendor Payments | $ 1,500.00 |
| 12/05/2022 | Credit Card Payment | Chase Ink | Credit Card Payment | $ 28,027.57 |
| 12/06/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ 13,380.89 |

| 12/06/2022 | Expense | Justworks | Payroll and related | $ | 57,330.13 |
| 12/07/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ | 4,900.00 |
| 12/07/2022 | Expense | Direct Capital | Computer Lease | $ | 253.57 |
| 12/07/2022 | Expense | Marcela  Vasquez via Paypal | Supplier/Vendor Payments | $ | 1,000.00 |
| 12/12/2022 | Expense | Direct Capital | Computer Lease | $ | 83.19 |
| 12/12/2022 | Expense | Justworks | Payroll and related | $ | 3,507.79 |
| 12/12/2022 | Expense | Kristen Clark | Short Term Loan Repayment | $ | 20,000.00 |
| 12/13/2022 | Expense | Sprout Social | Technology | $ | 2,191.28 |
| 12/14/2022 | Expense | Justworks | Payroll and related | $ | 6,536.86 |
| 12/14/2022 | Expense | Lorien Hotel and Spa | Travel | $ | 14,577.09 |
| 12/15/2022 | Expense | Direct Capital | Computer Lease | $ | 969.45 |
| 12/16/2022 | Expense | Justworks | Payroll and related | $ | 6,313.05 |
| 12/19/2022 | Expense | DC Dept of Revenue | Taxes | $ | 5,000.00 |
| 12/19/2022 | Expense | Justworks | Payroll and related | $ | 2,470.53 |
| 12/20/2022 | Expense | Bill.com | Technology | $ | 110.34 |
| 12/20/2022 | Expense | Bill.com | Supplier/Vendor Payments | $ | 1,513.35 |
| 12/20/2022 | Expense | Justworks | Payroll and related | $ | 53,276.55 |
| 12/27/2022 | Expense | Direct Capital | Computer Lease | $ | 171.96 |
| 12/27/2022 | Expense | Justworks | Payroll and related | $ | 4,336.87 |
| 01/03/2023 | Expense | Arena Finance | Supplier/Vendor Payments | $ | 1,500.00 |
| 01/03/2023 | Credit Card Payment | Chase Ink | Credit Card Payment | $ | 3,427.21 |
| 01/03/2023 | Expense | Justworks | Payroll and related | $ | 49,521.48 |
| 01/06/2023 | Expense | Bill.com | Technology | $ | 0.63 |
| 01/06/2023 | Expense | Bill.com | Supplier/Vendor Payments | $ | 33,762.80 |
| 01/06/2023 | Expense | Justworks | Payroll and related | $ | 781.12 |
| 01/06/2023 | Expense | Whiteford Taylor | Legal Services | $ | 10,000.00 |
| 01/09/2023 | Expense | Direct Capital | Computer Lease | $ | 253.57 |
| 01/10/2023 | Expense | Bill.com | Supplier/Vendor Payments | $ | 1,495.60 |
| 01/10/2023 | Expense | Direct Capital | Computer Lease | $ | 83.19 |
| 01/10/2023 | Expense | Justworks | Payroll and related | $ | 3,507.79 |
| 01/13/2023 | Expense | Bill.com | Supplier/Vendor Payments | $ | 54,472.50 |
| 01/13/2023 | Expense | Deborah Hellen | Final Paycheck - CA Employee - original wire/incorrect account number/payment returned | $ | 4,170.78 |
| 01/13/2023 | Expense | Justworks | Payroll and related | $ | 35,548.36 |
| 01/13/2023 | Expense | Marcela  Vasquez via Paypal | Supplier/Vendor Payments | $ | 2,000.00 |
| 1/17/2023 | Expense | Deborah Hellen | Final Paycheck - CA Employee - corrected wire | $ | 4,170.78 |
| 1/17/2023 | Expense | Justworks | Payroll and related | $ | 7,011.86 |
| 1/17/2023 | Expense | Justworks | Payroll and related | $ | 0.01 |
| 1/17/2023 | Expense | Whiteford Taylor | Bankruptcy Filing Fee | $ | 338.00 |
| 1/18/2023 | Expense | Chase Ink | Credit Card Payment | $ | 21,771.71 |
| 1/19/2023 | Expense | Bill.com | Technology | $ | 113.98 |
| | | | | $ | 798,489.98 |

Regina Strategy, LLC

Statement of Financial Affairs

Question #4 Exhibit

| Insider | Payee | Date | Amount | Description |
|---|---|---|---|---|
| | | | | |
| Kristen Clark | Direct Capital | January 18, 2022 | $    160.36 | Computer Lease Payment |
| Kristen Clark | Kristen Clark | January 24, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Justworks | February 1, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | February 2, 2022 | $  1,050.10 | Credit Card Payment |
| Kristen Clark | Chase Ink | February 4, 2022 | $ 18,445.03 | Credit Card Payment |
| Kristen Clark | Chase Ink | February 6, 2022 | $    127.80 | Expense on Business Credit Card in Error |
| Kristen Clark | Justworks | February 10, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | February 15, 2022 | $    969.45 | Computer Lease Payment |
| Kristen Clark | Direct Capital | February 22, 2022 | $    507.16 | Computer Lease Payment |
| Kristen Clark | Chase Ink | February 22, 2022 | $ 10,000.00 | Credit Card Payment |
| Kristen Clark | Direct Capital | February 24, 2022 | $    166.38 | Computer Lease Payment |
| Kristen Clark | Chase Ink | February 28, 2022 | $ 20,883.08 | Credit Card Payment |
| Kristen Clark | Chase Ink | March 2, 2022 | $  2,751.13 | Credit Card Points Redemption |
| Kristen Clark | Justworks | March 10, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | March 15, 2022 | $  1,313.11 | Computer Lease Payment |
| Kristen Clark | Justworks | March 15, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | March 16, 2022 | $ 10,000.00 | Credit Card Payment |
| Kristen Clark | Justworks | March 29, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | April 1, 2022 | $  6,688.08 | Credit Card Payment |
| Kristen Clark | Justworks | April 12, 2022 | $  8,674.47 | Owner's Draw |
| Kristen Clark | Direct Capital | April 15, 2022 | $    969.45 | Computer Lease Payment |
| Kristen Clark | Kristen Clark | April 18, 2022 | $ 100,000.00 | 2021 Profit Sharing Bonus |
| Kristen Clark | Kristen Clark | April 25, 2022 | $ 18,000.00 | 2021 Profit Sharing Bonus |
| Kristen Clark | Justworks | April 26, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | May 2, 2022 | $ 17,003.94 | Credit Card Payment |
| Kristen Clark | Direct Capital | May 9, 2022 | $     84.52 | Computer Lease Payment |
| Kristen Clark | Direct Capital | May 10, 2022 | $     27.73 | Computer Lease Payment |
| Kristen Clark | Justworks | May 10, 2022 | $  9,319.16 | Owner's Draw & Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | May 16, 2022 | $    969.45 | Computer Lease Payment |
| Kristen Clark | Justworks | May 24, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Kristen Clark | May 27, 2022 | $ 15,000.00 | Short Term Loan Repayment |
| Kristen Clark | Chase Ink | June 2, 2022 | $  5,461.63 | Credit Card Payment |
| Kristen Clark | Direct Capital | June 7, 2022 | $    253.57 | Computer Lease Payment |
| Kristen Clark | Justworks | June 7, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Direct Capital | June 10, 2022 | $     83.19 | Computer Lease Payment |
| Kristen Clark | Justworks | June 10, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | June 15, 2022 | $    969.45 | Computer Lease Payment |
| Kristen Clark | Justworks | June 21, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | July 1, 2022 | $  5,219.75 | Credit Card Payment |
| Kristen Clark | Justworks | July 5, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Direct Capital | July 7, 2022 | $    253.57 | Computer Lease Payment |
| Kristen Clark | Direct Capital | July 11, 2022 | $     83.19 | Computer Lease Payment |
| Kristen Clark | Justworks | July 12, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | July 15, 2022 | $    969.45 | Computer Lease Payment |
| Kristen Clark | Justworks | July 19, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Direct Capital | July 25, 2022 | $     57.60 | Computer Lease Payment |
| Kristen Clark | Kristen Clark | July 25, 2022 | $ 25,000.00 | 2021 Profit Sharing Bonus |
| Kristen Clark | Justworks | August 2, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | August 2, 2022 | $  9,162.72 | Credit Card Payment |
| Kristen Clark | Direct Capital | August 8, 2022 | $    253.57 | Computer Lease Payment |
| Kristen Clark | Direct Capital | August 10, 2022 | $    162.19 | Computer Lease Payment |
| Kristen Clark | Justworks | August 10, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Direct Capital | August 15, 2022 | $  1,048.45 | Computer Lease Payment |
| Kristen Clark | Justworks | August 16, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Direct Capital | August 25, 2022 | $    171.96 | Computer Lease Payment |
| Kristen Clark | Justworks | August 30, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Kristen Clark | September 1, 2022 | $ 10,000.00 | Short Term Loan Repayment |
| Kristen Clark | Chase Ink | September 2, 2022 | $ 10,716.46 | Credit Card Payment |
| Kristen Clark | Direct Capital | September 7, 2022 | $    414.00 | Computer Lease Payment |
| Kristen Clark | Direct Capital | September 12, 2022 | $    164.62 | Computer Lease Payment |
| Kristen Clark | Justworks | September 12, 2022 | $    665.31 | Health, Vision and Dental Insurance |
| Kristen Clark | Justworks | September 13, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Direct Capital | September 15, 2022 | $  1,848.73 | Computer Lease Payment |
| Kristen Clark | Kristen Clark | September 15, 2022 | $ 30,000.00 | 2021 Profit Sharing Bonus |
| Kristen Clark | Kristen Clark | September 19, 2022 | $  7,388.57 | 2021 Profit Sharing Bonus |
| Kristen Clark | Direct Capital | September 26, 2022 | $    171.96 | Computer Lease Payment |
| Kristen Clark | Justworks | September 27, 2022 | $  8,653.85 | Owner's Draw |
| Kristen Clark | Chase Ink | October 2, 2022 | $  9,293.71 | Credit Card Payment |
| Kristen Clark | Direct Capital | October 7, 2022 | $    253.57 | Computer Lease Payment |
| Kristen Clark | Direct Capital | October 11, 2022 | $     83.19 | Computer Lease Payment |
| Kristen Clark | Justworks | October 11, 2022 | $    703.99 | Health, Vision and Dental Insurance |
| | | | $ 497,099.10 | |
| | | | | |
| Jon Wise | Direct Capital | January 18, 2022 | $    160.36 | Computer Lease |

Regina Strategy, LLC

Statement of Financial Affairs
Question #4 Exhibit

| | | | | |
|---|---|---|---|---|
| Jon Wise | Justworks | January 18, 2022 | $ 8,774.34 | Salary, Reimbursable Expense, Health, Vision and Dental Insurance |
| Jon Wise | Justworks | February 1, 2022 | $ 8,516.07 | Salary, Health, Vision and Dental Insurance |
| Jon Wise | Justworks | February 10, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Jon Wise | Justworks | February 11, 2022 | $ 16,470.51 | 2021 Profit Sharing Bonus, Health, Vision and Dental Insurance |
| Jon Wise | Direct Capital | February 15, 2022 | $ 969.45 | Computer Lease |
| Jon Wise | Justworks | February 15, 2022 | $ 6,923.08 | Salary |
| Jon Wise | Direct Capital | February 22, 2022 | $ 507.16 | Computer Lease |
| Jon Wise | Direct Capital | February 24, 2022 | $ 166.38 | Computer Lease |
| Jon Wise | Justworks | March 10, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Jon Wise | Direct Capital | March 15, 2022 | $ 1,313.11 | Computer Lease |
| Jon Wise | Justworks | March 29, 2022 | $ 3,913.58 | Salary, Health, Vision and Dental Insurance |
| Jon Wise | Justworks | April 12, 2022 | $ 9,353.00 | Salary, Health, Vision and Dental Insurance |
| Jon Wise | Direct Capital | April 15, 2022 | $ 969.45 | Computer Lease |
| Jon Wise | Justworks | April 26, 2022 | $ 8,516.06 | Salary, Health, Vision and Dental Insurance |
| Jon Wise | Direct Capital | May 9, 2022 | $ 84.52 | Computer Lease |
| Jon Wise | Direct Capital | May 10, 2022 | $ 27.73 | Computer Lease |
| Jon Wise | Justworks | May 10, 2022 | $ 5,919.91 | Salary, Health, Vision and Dental Insurance |
| Jon Wise | Direct Capital | May 16, 2022 | $ 969.45 | Computer Lease |
| Jon Wise | Intuit/Quickbooks | May 17, 2022 | $ 200.47 | Expense Reimbursement |
| Jon Wise | Direct Capital | June 7, 2022 | $ 253.57 | Computer Lease |
| Jon Wise | Direct Capital | June 10, 2022 | $ 83.19 | Computer Lease |
| Jon Wise | Direct Capital | June 15, 2022 | $ 969.45 | Computer Lease |
| Jon Wise | Direct Capital | July 7, 2022 | $ 253.57 | Computer Lease |
| Jon Wise | Direct Capital | July 11, 2022 | $ 83.19 | Computer Lease |
| Jon Wise | Direct Capital | July 15, 2022 | $ 969.45 | Computer Lease |
| Jon Wise | Direct Capital | July 25, 2022 | $ 57.60 | Computer Lease |
| Jon Wise | Direct Capital | August 8, 2022 | $ 253.57 | Computer Lease |
| Jon Wise | Direct Capital | August 10, 2022 | $ 162.19 | Computer Lease |
| Jon Wise | Direct Capital | August 15, 2022 | $ 1,048.45 | Computer Lease |
| Jon Wise | Direct Capital | August 25, 2022 | $ 171.96 | Computer Lease |
| Jon Wise | Direct Capital | September 7, 2022 | $ 414.00 | Computer Lease |
| Jon Wise | Direct Capital | September 12, 2022 | $ 164.62 | Computer Lease |
| Jon Wise | Direct Capital | September 15, 2022 | $ 1,848.73 | Computer Lease |
| Jon Wise | Direct Capital | September 26, 2022 | $ 171.96 | Computer Lease |
| Jon Wise | Direct Capital | October 7, 2022 | $ 253.57 | Computer Lease |
| Jon Wise | Direct Capital | October 11, 2022 | $ 83.19 | Computer Lease |
| | | | $ 82,395.19 | |
| | | | | |
| Shari Lerner | Justworks | February 23, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | March 1, 2022 | $ 2,939.14 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | March 7, 2022 | $ 1,160.93 | Reimbursable Expense |
| Shari Lerner | Justworks | March 10, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | March 15, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | March 29, 2022 | $ 7,554.53 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | April 8, 2022 | $ 2,949.95 | Reimbursable Expense |
| Shari Lerner | Justworks | April 12, 2022 | $ 8,391.46 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | April 21, 2022 | $ 1,873.07 | Reimbursable Expense |
| Shari Lerner | Justworks | April 26, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | May 10, 2022 | $ 8,253.68 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | May 24, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | June 6, 2022 | $ 3,367.19 | Reimbursable Expense |
| Shari Lerner | Justworks | June 7, 2022 | $ 7,554.53 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | June 10, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | June 21, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | July 5, 2022 | $ 7,554.53 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | July 12, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | July 19, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | August 2, 2022 | $ 7,554.53 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | August 4, 2022 | $ 900.61 | Reimbursable Expense |
| Shari Lerner | Justworks | August 10, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | August 16, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | August 30, 2022 | $ 7,554.53 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | September 12, 2022 | $ 699.15 | Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | September 13, 2022 | $ 7,554.52 | Salary & Health, Vision and Dental Insurance |
| Shari Lerner | Justworks | September 27, 2022 | $ 11,427.48 | Salary & Reimbursable Expense |
| Shari Lerner | Justworks | October 11, 2022 | $ 8,274.23 | Salary & Health, Vision and Dental Insurance |
| | | | $ 144,386.93 | |
| | | | | |
| Cheryl Heller/Pillar One Consulting | Chase Ink | February 11, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Chase Ink | March 4, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Bill.com | March 29, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Bill.com | May 4, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Pillar One Consulting | June 3, 2022 | $ 10,084.29 | Consulting Fees & Expense Reimbursement |
| Cheryl Heller/Pillar One Consulting | Pillar One Consulting | July 7, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Pillar One Consulting | August 2, 2022 | $ 10,000.00 | Consulting Fees |
| Cheryl Heller/Pillar One Consulting | Bill.com | Ocotber 11, 2022 | $ 10,000.00 | Consulting Fees |

Regina Strategy, LLC

Statement of Financial Affairs
Question #4 Exhibit

| Cheryl Heller/Pillar One Consulting | Bill.com | October 13, 2022 | $ 10,805.96 | Consulting Fees & Expense Reimbursement |
|---|---|---|---|---|
| | | | $ 90,890.25 | |

## United States Bankruptcy Court
### District of District of Columbia

In re    **Prajna Strategy LLC**

Debtor(s)

Case No. _____

Chapter    **7**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Prajna Strategy LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**1/19/23**
Date

**David W. Gaffey**
Signature of Attorney or Litigant
Counsel for    **Prajna Strategy LLC**
**Whiteford, Taylor & Preston LLP**
**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510**
**703-280-3374**
**dgaffey@wtplaw.com**

**United States Bankruptcy Court**
**District of District of Columbia**

In re   **Prajna Strategy LLC** _____   Case No. _____
                                    Debtor(s)      Chapter     **7** _____

## LIST OF CREDITORS AND MAILING MATRIX

1.      The attached list, serving both as the list required by Rule

1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the

mailing matrix required by the court's local Bankruptcy Rules, consists

of __9__ pages and a total of __79__ entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on
  Schedules D, E, and F, the Schedules of Creditors Holding
  Claims, in this case),

- each of the parties required to be listed on Schedule G -
  Executory Contracts and Unexpired Leases, that is, the parties
  other than myself, to any unexpired lease of real or personal
  property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/19/23

Kristen Clark/Chief Executive Officer
Signer/Title

Abraham Rozenbaum
501 9th St, Apt 311
Hoboken, NJ 07030


Affirm Logic Corp
dba CodeHunter
1775 Greensboro Station Place, Ste 230
Mc Lean, VA 22102


Anderson, Kelsie
1472 W Rascher Ave 2
Chicago, IL 60640


Arena Financial Solutions, LLC
4031 University Drive
Fairfax, VA 22030


Arteaga, Elizabeth
11099 Eastridge Dr NE
Apt L304
Redmond, WA 98053


Baenen, Alison
2578 1/2 Lake View Ave
Los Angeles, CA 90039


Beck, Amir
2121 3rd Street
Unit 308
San Francisco, CA 94107


Burger, Rachel
12241 Fairfield House Dr, 310
Fairfax, VA 22033


Candice Nicole Public Relations
436 East 36th St
Columbia, SC 29205

Carrera, Natalie
address unknown


Case, Sonia
30 E End Ave 3B
New York, NY 10028


CFC Underwriting Limited
85 Gracechurch Street
London EC3V0AA
United Kingdom


Chase Card
PO Box 15298
Wilmington, DE 19850


CIT Bank NA
156 Commerce Way
Portsmouth, NH 03801


CIT Bank, NA
155 Commerce Way
Portsmouth, NH 03801


CIT Bank, NA
156 Commerce Way
Portsmouth, NH 03801


Coderella
Marie Williams
5758 Geary Blvd #622
San Francisco, CA 94121


Cuadro Post
Yamilet Valdez
Calle Agustin Lara 58, Serralles
Santo Domingo, Dominican Republic

Cummins, Jennifer
11716 Collingwood Ct
Woodbridge, VA 22192


Davis, Tyler
3612 Rexmere Rd
Baltimore, MD 21218


Desai Consulting LLC
Raj Desai
3037 Eden Harbor Court
Raleigh, NC 27613


Duane Morris LLP
111 S. Calvert Street, Suite 2000
Baltimore, MD 21202


Dysard, Savannah
190 S Benjamin Dr
West Chester, PA 19382


Frederick, Zach
200 Woodyard Thicket
Stevensville, MD 21666


Gorey, Nick
5708 Pimlico Rd
Apt 1
Baltimore, MD 21209


Green , Donnie, Jr.
3602 Elmcrest Lane
Bowie, MD 20716


Harris, Quintin
18225 Wexford Terrace
Jamaica, NY 11432

Hellen, Deborah
151 Lakeside Dr PH 2
Oakland, CA 94612


Hive Wealth, Inc.
4445 Willard Avenue, Ste 600
Chevy Chase, MD 20815


Houghton, Jamie
460 Grove Street
Ridgewood, NJ 07450


JB Consulting Services, LLC
107 Amberleigh Dr
Silver Spring, MD 20905


Jennifer C. Bell, Esq.
1617 John F. Kennedy Blvd
One Penn Center, Ste 1254
Philadelphia, PA 19103


Jon Wise
30 N 23rd Street #504
Philadelphia, PA 19103


Katie's Collective, LLC
122 Ivy Drive #10
Charlottesville, VA 22903


Katie's Collective, LLC
122 Ive Drive #10
Charlottesville, VA 22903


Kristen Clark
108 R St NE
Washington, DC 20002

Lang, Max
14501 Barkwood Drive
Rockville, MD 20853


Lerner, Shari
41 SE 5th Street
Apt 1902
Miami, FL 33131


LookThink, LLC
332 Maryland Ave NE
Washington, DC 20002


Lopez, Nicolas
568 Union Ave, Apt 6 L
Brooklyn, NY 11211


Lucid Link Corp
58 West Portal Avenue #256
San Francisco, CA 94127


Maestro Filmworks
Kris Mendoza, Exec Producer
1516 N 5th Street #402
Philadelphia, PA 19122


Maria Ponce
1440 Brickell Bay Drive Apt 805
Miami, FL 33131


Martin, Shanice
3605 MacTavish Pl
Burtonsville, MD 20866


Mavenlink, Inc./ Kantata
6501 Irvine Center Drive, Ste 250
Irvine, CA 92618

McDowell, Tiff
214 E 4th St
Lansdale, PA 19446


Mikaela Berman
address unknown


Miliano, Kelly
245 Essex St
Weymouth, MA 02188


Mojica, Laura
address unknown


Mojidi, Safi
address unknown


O'Brien, Erin
595 Snow Rd
Sebastopol, CA 95472


O'Malley, Brigit
352 Myrtle Avenue
Apt 1
Brooklyn, NY 11205


Optimal Networks, Inc.
15201 Diamondback Drive
Suite 220
Rockville, MD 20850


Peters & Associates PC
6611 South Street
Falls Church, VA 22042

Pillar One Consulting
227 Armstrong Place
Gaithersburg, MD 20878


Prajna Technologies, Inc.
dba Granate
108 R Street NE
Washington, DC 20002


Sampel, Pamela
address unknown


Sichler, Tilo
Hermann-Burte Str. 50
Steinen 79585
Germany


Smith, Walton
3909 Woodreed Drive
Brandywine, MD 20613


Spencer, Argiea
address unknown


Sprout Social
131 S Dearborn Street, Ste 700
Chicago, IL 60603


Staci Cooper
817 Kaplon Ct
Brunswick, MD 21716


Stellar Bookkeeping
1510 W Lakeview Dr
Johnson City, TN 37601

STL Skip The Line, LLC
95 E Wayne Ave #210
Silver Spring, MD 20901


Sunny Dublick Marketing, Inc.
1029 Stono River Dr
Charleston, SC 29412


Tapia, Carlo
1320 20th Street
Sacramento, CA 95811


The Hartford
3600 Wiseman Blvd
San Antonio, TX 78251


threshold.world
1308 Prospect Hill Road
Villanova, PA 19085


Torres, Felipe Castiblanco
cll 127 #58-45
Int 1 apto 1315
Bogota, Columbia


Udokwere, Isang
2 Massachussetts Ave NE
Unit 77534
Washington, DC 20013


Vasquez, Marcela
Cra 73 B BIS A # 36-41 SUR
Bogota Columbia


Velasquez, Jonathan
address unknown

VLP Law Group
446 Old County Road, Ste 100-114
Pacifica, CA 94044


Walker Communications Group LLC
OUTVOX
1300 19th St NW
Washington, DC 20036


Walker Media
234 E 23rd St
4D
New York, NY 10010


Whereoware, Inc.
1660 International Drive
Suite 600
Mc Lean, VA 22102


Wise, Jon
30 N 23rd Street, #504
Philadelphia, PA 19103


Yi, Jen
25731 SE Old Black Nugget Rd
Issaquah, WA 98029


Youreka
1215 E Fort Ave
Suite 104
Baltimore, MD 21230