The order below is hereby signed.

Signed: September 8 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| PRAJNA STRATEGY, LLC, | ) Case No. 23-00032-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO FILE UNDER**
**SEAL EXHIBIT TO CHAPTER 7 TRUSTEE'S OBJECTION**
**TO PROOF OF CLAIM 3-1 FILED BY JON WISE**

Upon the motion (the "Motion")[1] of William Douglas White (the "Trustee"), chapter 7 trustee for the estate of Prajna Strategy, LLC (the "Debtor"), for entry of an order (this "Order") authorizing the Trustee to file under seal the Investigation Report being filed in connection with the Objection, and directing that such exhibit remain under seal and confidential except as set forth in the Motion; and this Court having jurisdiction to consider the matter; and having found that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief requested therein;

    IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Trustee is authorized to file the unredacted Investigation Report under seal.

3. The Trustee is authorized and directed to serve an unredacted version of the Investigation Report on the following parties, who shall maintain it on a confidential basis as directed by this Court:

    a. United States Bankruptcy Court for the District of Columbia;

    b. the Office of the United States Trustee for the District of Columbia; and

    c. any parties as the Court may order from time to time.

4. Notice of the Motion as provided therein shall be deemed sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) are satisfied by such notice.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

I ASK FOR THIS:

*/s/ David W. Gaffey*
David W. Gaffey (Bar# VA031)
Alexandra G. DeSimone (*pro hac vice* to be filed)
**WHITEFORD, TAYLOR & PRESTON L.L.P.**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
703-280-3374 (telephone)
Email: dgaffey@whitefordlaw.com
      adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

SEEN AND NO OBJECTION:

*/s/ Michael T. Freeman (with permission by email dated 9/8/2023)*
Michael T. Freeman, Esq.
**OFFICE OF THE UNITED STATES TRUSTEE**
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
703-557-7274 (telephone)
Email: Michael.T.Freeman@usdoj.gov

*Counsel to the United States Trustee for Region 4*

**END OF ORDER**