David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
    adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PRAJNA STRATEGY, LLC | ) | Case No. 23-00032-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, I served a copy of the ***Chapter 7 Trustee's Objection to Proof of Claim 3-1 Filed by Jon Wise*** (Docket No. 12) and the ***Chapter 7 Trustee's Motion for Leave to File Under Seal Exhibit to Chapter 7 Trustee's Objection to Proof of Claim 3-1 Filed by Jon Wise*** (Docket No. 13) by e-mail upon the parties listed below:

**U.S. Trustee for Region Four**
Michael T. Freeman, Esquire
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
Michael.t.freeman@usdoj.gov

**Jon Wise**
c/o Jennifer C. Bell, Esquire
Christopher A. Macey, Jr., Esquire
Bell & Bell LLP
1617 John F. Kennedy Blvd. – Suite 1254
Philadelphia, PA 19103
jenniferbell@bellandbelllaw.com
christophermacey@bellandbelllaw.com

**Kristen Clark**
**Cheryl Heller**
c/o Michael A. Curley, Esquire

James J. Holman, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
mcurley@duanemorris.com
jjholman@duanemorris.com

Dated: September 13, 2023                  Respectfully submitted,

                                              */s/ David W. Gaffey*
                                              David W. Gaffey (Bar No. VA031)
                                              Alexandra G. DeSimone (admitted *pro hac vice*)
                                              **WHITEFORD TAYLOR & PRESTON LLP**
                                              3190 Fairview Park Drive, Suite 800
                                              Falls Church, VA 22042-4510
                                              Telephone: (703) 280-3374
                                              E-Mail: dgaffey@whitefordlaw.com
                                                          adesimone@whitefordlaw.com

                                              *Special Counsel to William Douglas White, Chapter 7 Trustee*