**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

**Prajna Strategy LLC**
Debtor.

Case No. 23-00032-ELG

Chapter 7

## NOTICE OF FAILURE TO PROSECUTE

Upon a review of the above referenced case, it appears that the parties may not be diligently prosecuting the following matter:

Objection to Unsecured Claim 3 by Claimant Jon Wise **(ECF No. 12).**

**NOTICE IS HEREBY GIVEN** that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice (i.e., submission of an order pursuant to Local Bankruptcy Rule 9072-1), or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Copies to: Debtor; recipients of e-notification of orders.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00032-ELG

Prajna Strategy LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Prajna Strategy LLC, 108 R Street NE, Washington, DC 20002-2120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Gaffey | on behalf of Trustee William Douglas White dgaffey@whitefordlaw.com |
| David W. Gaffey | on behalf of Debtor Prajna Strategy LLC dgaffey@whitefordlaw.com |
| Maurice Belmont VerStandig | on behalf of Creditor Jon Wise mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |
| William Douglas White | |

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf001 | Total Noticed: 1 |

wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

TOTAL: 6