David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON, LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
       adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| PRAJNA STRATEGY, LLC | )    Case No. 23-00032-ELG |
| | ) |
| Debtor. | )    Chapter 7 |
| | ) |

**NOTICE OF OPPORTUNITY TO OBJECT AND
NOTICE OF HEARING ON CONSENT MOTION TO REFER CASE TO
JUDICIAL MEDIATION PURSUANT TO LOCAL BANKRUPTCY RULE 9019-2**

    **PLEASE TAKE NOTICE** that William Douglas White, the chapter 7 trustee for the estate of Prajna Strategy, LLC (the "Trustee"), and Jon Wise ("Wise") have filed their *Consent Motion to Refer Case to Judicial Mediation Pursuant to Local Bankruptcy Rule 9019-2* (the "Motion") for entry of an order referring Proof of Claim No. 3-1 and the Trustee's pending objection thereto to mandatory mediation with a current or former bankruptcy judge to be appointed by this Court.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not wish the Court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you or your attorney must take the following actions:

    1.    File with the Court, at the address shown below, a written response explaining your position **on or before November 22, 2023**. If you mail your response to the Court for filing, you must mail it early enough so the court will actually receive it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    333 Constitution Avenue, N.W.
    Room 1225
    Washington, DC 20001

    2.    You must also mail a copy of your opposition to:

>David W. Gaffey, Esq.
>Whiteford, Taylor & Preston, LLP
>3190 Fairview Park Drive, Suite 800
>Falls Church, VA 22042-4510

Unless a written response is filed and served on or before the date stated above, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled to be held on <u>November 29, 2023, at 10:00 a.m. (Eastern Time)</u>** before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge (the "Hearing"), or as soon thereafter as counsel may be heard, in Courtroom 1 of the United States Bankruptcy Court for the District of Columbia, located in the E. Barrett Prettyman U.S. Courthouse at 333 Constitution Avenue, NW, Washington, D.C. 20001. This is a hybrid hearing. As such, parties may attend in person or virtually via Zoom. Parties may contact aimee_mathewes@dcb.uscourts.gov for Zoom information. Participation may require you to follow the procedures set forth on the Bankruptcy Court's website. If the hearing is conducted remotely and you fail to follow the procedures for remote hearings specified by the Bankruptcy Court, you will not be permitted to participate in the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting relief. The Court may grant the Objection without a hearing if any opposition filed states inadequate grounds for denial of the grounds set forth in the Objection.**

Dated: November 8, 2023                      Respectfully submitted,

>*/s/ David W. Gaffey*
>David W. Gaffey (Bar No. VA031)
>Alexandra G. DeSimone (admitted *pro hac vice*)
>**WHITEFORD, TAYLOR & PRESTON, LLP**
>3190 Fairview Park Drive, Suite 800
>Falls Church, VA 22042-4510
>Telephone: (703) 280-3374
>E-Mail: dgaffey@whitefordlaw.com
>         adesimone@whitefordlaw.com
>
>*Special Counsel to William Douglas White, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby and by first-class mail, postage prepaid, upon the parties listed below:

**Prajna Strategy LLC**
Attn: Kristen Clark
108 R Street NE
Washington, DC 20002

**U.S. Trustee for Region Four**
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

**Jon Wise**
c/o Jennifer C. Bell, Esquire
Christopher A. Macey, Jr., Esquire
Bell & Bell LLP
1617 John F. Kennedy Blvd. – Suite 1254
Philadelphia, PA 19103

                                                */s/ David W. Gaffey*
                                                David W. Gaffey