| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 23-00032-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Thu Feb  1 11:20:47 EST 2024 | Abraham Rozenbaum<br>501 9th St, Apt 311<br>Hoboken, NJ 07030-2186 | Affirm Logic Corp<br>dba CodeHunter<br>1775 Greensboro Station Place, Ste 230<br>Mc Lean, VA 22102-5214 |
| Anderson, Kelsie<br>1472 W Rascher Ave 2<br>Chicago, IL 60640-1206 | Arena Financial Solutions, LLC<br>4031 University Drive<br>Fairfax, VA 22030-3409 | Arteaga, Elizabeth<br>11099 Eastridge Dr NE<br>Apt L304<br>Redmond, WA 98053-4008 |
| Baenen, Alison<br>2578 1/2 Lake View Ave<br>Los Angeles, CA 90039-3317 | Beck, Amir<br>2121 3rd Street<br>Unit 308<br>San Francisco, CA 94107-3663 | Burger, Rachel<br>12241 Fairfield House Dr, 310<br>Fairfax, VA 22033-3954 |
| CFC Underwriting Limited<br>85 Gracechurch Street<br>London EC3V0AA<br>United Kingdom | CIT Bank NA<br>156 Commerce Way<br>Portsmouth, NH 03801 | CIT Bank, NA<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 |
| Candice Nicole Public Relations<br>436 East 36th St<br>Columbia, SC 29205 | Case, Sonia<br>30 E End Ave 3B<br>New York, NY 10028-7098 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 | Coderella<br>Marie Williams<br>5758 Geary Blvd #622<br>San Francisco, CA 94121-2112 | Cuadro Post<br>Yamilet Valdez<br>Calle Agustin Lara 58, Serralles<br>Santo Domingo, Dominican Republic |
| Cummins, Jennifer<br>11716 Collingwood Ct<br>Woodbridge, VA 22192-1043 | D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>1101 4th Street SW<br>Washington, DC 20024-4457 | D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 |
| DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-7184 | Davis, Tyler<br>3612 Rexmere Rd<br>Baltimore, MD 21218-2008 | Alexandra G. DeSimone<br>WHITEFORD, TAYLOR & PRESTON L.L.P<br>3190 Fairview Park Drive<br>Suite 800<br>Falls Church, VA 22042-4558 |
| Desai Consulting LLC<br>Raj Desai<br>3037 Eden Harbor Court<br>Raleigh, NC 27613-6294 | District Unemployment Compensation Board<br>4058 Minnesota Ave., NE<br>4th Floor<br>Washington, DC 20019-3540 | Duane Morris LLP<br>111 S. Calvert Street, Suite 2000<br>Baltimore, MD 21202-6114 |
| Duane Morris LLP<br>Attn: Sommer L. Ross, Esq.<br>1201 N. Market Street, Suite 501<br>Wilmington DE 19801-1160 | Dysard, Savannah<br>190 S Benjamin Dr<br>West Chester, PA 19382-1934 | First Citizens Bank & Trust Company<br>c/o Dressler Peters LLC<br>101 W Grand Ave, Suite 404<br>Chicago, IL 60654-7129 |

| | | |
|---|---|---|
| First-Citizens Bank & Trust Company<br>155 Commerce Way<br>Portsmouth NH 03801-3243 | Frederick, Zach<br>200 Woodyard Thicket<br>Stevensville, MD 21666-4063 | David W. Gaffey<br>Whiteford, Taylor & Preston, LLP<br>3190 Fairview Drive<br>Suite 800<br>Falls Church, VA 22042 |
| Gorey, Nick<br>5708 Pimlico Rd<br>Apt 1<br>Baltimore, MD 21209-4333 | Green , Donnie, Jr.<br>3602 Elmcrest Lane<br>Bowie, MD 20716-7316 | Harris, Quintin<br>18225 Wexford Terrace<br>Jamaica, NY 11432-3140 |
| Hellen, Deborah<br>151 Lakeside Dr PH 2<br>Oakland, CA 94612-4603 | Hive Wealth, Inc.<br>4445 Willard Avenue, Ste 600<br>Chevy Chase, MD 20815-3786 | Houghton, Jamie<br>460 Grove Street<br>Ridgewood, NJ 07450-5408 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JB Consulting Services, LLC<br>107 Amberleigh Dr<br>Silver Spring, MD 20905-5967 | Jennifer C. Bell, Esq.<br>1617 John F. Kennedy Blvd<br>One Penn Center, Ste 1254<br>Philadelphia, PA 19103-1820 |
| Jon Wise<br>30 N 23rd Street #504<br>Philadelphia, PA 19103-1590 | Jon Wise<br>c/o Jennifer C. Bell, Bell & Bell LLP<br>1617 John F. Kennedy Blvd., Ste. 1254<br>Philadelphia PA 19103-1820 | Katie's Collective, LLC<br>122 Ive Drive #10<br>Charlottesville, VA 22903 |
| Katie's Collective, LLC<br>122 Ivy Drive #10<br>Charlottesville, VA 22903-5062 | Kristen Clark<br>108 R St NE<br>Washington, DC 20002-2120 | Lang, Max<br>14501 Barkwood Drive<br>Rockville, MD 20853-2315 |
| Lerner, Shari<br>41 SE 5th Street<br>Apt 1902<br>Miami, FL 33131-2548 | LookThink, LLC<br>332 Maryland Ave NE<br>Washington, DC 20002-5712 | Lopez, Nicolas<br>568 Union Ave, Apt 6 L<br>Brooklyn, NY 11211-1773 |
| Lucid Link Corp<br>58 West Portal Avenue #256<br>San Francisco, CA 94127-1304 | Maestro Filmworks<br>Kris Mendoza, Exec Producer<br>1516 N 5th Street #402<br>Philadelphia, PA 19122-3679 | Maria Ponce<br>1440 Brickell Bay Drive Apt 805<br>Miami, FL 33131-3603 |
| Martin, Shanice<br>3605 MacTavish Pl<br>Burtonsville, MD 20866-1963 | Mavenlink, Inc./ Kantata<br>6501 Irvine Center Drive, Ste 250<br>Irvine, CA 92618-2137 | McDowell, Tiff<br>214 E 4th St<br>Lansdale, PA 19446-2606 |
| Miliano, Kelly<br>245 Essex St<br>Weymouth, MA 02188-4123 | O'Brien, Erin<br>595 Snow Rd<br>Sebastopol, CA 95472-5031 | O'Malley, Brigit<br>352 Myrtle Avenue<br>Apt 1<br>Brooklyn, NY 11205-3237 |

| | | |
|---|---|---|
| Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 | Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Optimal Networks, Inc.<br>15201 Diamondback Drive<br>Suite 220<br>Rockville, MD 20850-3771 |
| Peters & Associates PC<br>6611 South Street<br>Falls Church, VA 22042-3007 | Pillar One Consulting<br>227 Armstrong Place<br>Gaithersburg, MD 20878-4764 | Prajna Strategy LLC<br>108 R Street NE<br>Washington, DC 20002-2120 |
| Prajna Technologies, Inc.<br>dba Granate<br>108 R Street NE<br>Washington, DC 20002-2120 | Carlyn Winter Prisk<br>US Environmental Protection Agency<br>Region III (3HS62)<br>1650 Arch St.<br>Philadelphia, PA 19103-2029 | STL Skip The Line, LLC<br>95 E Wayne Ave #210<br>Silver Spring, MD 20901-4245 |
| Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Atlanta Regional Office<br>Office of Reorganization<br>950 East Paces Ferry Road NE, Ste. 900<br>Atlanta, GA 30326-1382 | Sichler, Tilo<br>Hermann-Burte Str. 50<br>Steinen 79585<br>Germany |
| Smith, Walton<br>3909 Woodreed Drive<br>Brandywine, MD 20613-6005 | Sprout Social<br>131 S Dearborn Street, Ste 700<br>Chicago, IL 60603-5569 | Staci Cooper<br>817 Kaplon Ct<br>Brunswick, MD 21716-1656 |
| Stellar Bookkeeping<br>1510 W Lakeview Dr<br>Johnson City, TN 37601-3363 | Sunny Dublick Marketing, Inc.<br>1029 Stono River Dr<br>Charleston, SC 29412-8632 | Tapia, Carlo<br>1320 20th Street<br>Sacramento, CA 95811-4205 |
| The Hartford<br>3600 Wiseman Blvd<br>San Antonio, TX 78251-4323 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | U.S. Attorney's Office<br>Civil Division<br>601 D Street, NW<br>Washington, DC 20530-0034 |
| U.S. Environmental Protection Agency<br>US EPA Region 3<br>Attn: Bettina Dunn, Paralegal Specialist<br>Office of Regional Counsel<br>1650 Arch Street (3RC60)<br>Philadelphia, PA 19103-2029 | Udokwere, Isang<br>2 Massachussetts Ave NE<br>Unit 77534<br>Washington, DC 20013-5679 | VLP Law Group<br>446 Old County Road, Ste 100-114<br>Pacifica, CA 94044-3270 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 | Walker Communications Group LLC<br>OUTVOX<br>1300 19th St NW<br>Washington, DC 20036-1609 | Walker Media<br>234 E 23rd St<br>4D<br>New York, NY 10010-4624 |
| Whereoware, Inc.<br>1660 International Drive<br>Suite 600<br>Mc Lean, VA 22102-4877 | William Douglas White<br>McCarthy & White PLLC<br>8205 Pettit Court<br>22102<br>Mclean, VA 22102-2314 | Wise, Jon<br>30 N 23rd Street, #504<br>Philadelphia, PA 19103-1590 |

```
Yi, Jen                          Youreka                          threshold.world
25731 SE Old Black Nugget Rd     1215 E Fort Ave                  1308 Prospect Hill Road
Issaquah, WA 98029-7611          Suite 104                        Villanova, PA 19085-2117
                                 Baltimore, MD 21230-5280
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card
PO Box 15298
Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)CIT Bank, NA                  (u)Carrera, Natalie              (d)First Citizens Bank & Trust Company
156 Commerce Way                 address unknown                  C/O Dressler Peters LLC
Portsmouth, NH 03801                                              101 W Grand Ave, Suite 404
                                                                  Chicago, IL 60654-7129


(u)Mikaela Berman                (u)Mojica, Laura                 (u)Mojidi, Safi
address unknown                  address unknown                  address unknown


(u)Sampel, Pamela                (u)Spencer, Argiea               (u)Torres, Felipe Castiblanco
address unknown                  address unknown                  cll 127 #58-45
                                                                  Int 1 apto 1315
                                                                  Bogota, Columbia


(u)Vasquez, Marcela              (u)Velasquez, Jonathan           (d)William Douglas White
Cra 73 B BIS A # 36-41 SUR       address unknown                  McCarthy & White PLLC
Bogota Columbia                                                   8205 Pettit Court
                                                                  22102
                                                                  Mclean, VA 22102-2314


(d)Jon Wise                      End of Label Matrix
c/o Jennifer C. Bell             Mailable recipients     92
Bell & Bell LLP                  Bypassed recipients     13
1617 John F. Kennedy Blvd.       Total                  105
Ste. 1254
Philadelphia, PA 19103-1820
```