David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
**WHITEFORD, TAYLOR & PRESTON, LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
       adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| PRAJNA STRATEGY, LLC ) | Case No. 23-00032-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**NOTICE OF OPPORTUNITY TO OBJECT AND
NOTICE OF HEARING ON JOINT MOTION TO
APPROVE SETTLEMENT AGREEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

     **PLEASE TAKE NOTICE** that William Douglas White, the chapter 7 trustee for the estate of Prajna Strategy, LLC (the "Trustee"), and Jon Wise ("Wise" and, together with the Trustee, the "Parties") have filed their *Joint Motion to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion") for entry of an order approving the Settlement Agreement between the Parties, as attached to the Motion as Exhibit B.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not wish the Court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you or your attorney must take the following actions:

     1.    File with the Court, at the address shown below, a written response explaining your position **on or before February 21, 2024**. If you mail your response to the Court for filing, you must mail it early enough so the court will actually receive it on or before the date stated above.

     Clerk of Court
     United States Bankruptcy Court
     333 Constitution Avenue, N.W.
     Room 1225
     Washington, DC 20001

2. You must also mail a copy of your opposition to:

David W. Gaffey, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510

Unless a written response is filed and served on or before the date stated above, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled to be held on <u>February 28, 2024, at 10:00 a.m. (Eastern Time)</u>** before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge (the "Hearing"), or as soon thereafter as counsel may be heard, in Courtroom 1 of the United States Bankruptcy Court for the District of Columbia, located in the E. Barrett Prettyman U.S. Courthouse at 333 Constitution Avenue, NW, Washington, D.C. 20001. This is a hybrid hearing. As such, parties may attend in person or virtually via Zoom. Parties may contact aimee_mathewes@dcb.uscourts.gov for Zoom information. Participation may require you to follow the procedures set forth on the Bankruptcy Court's website. If the hearing is conducted remotely and you fail to follow the procedures for remote hearings specified by the Bankruptcy Court, you will not be permitted to participate in the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting relief. The Court may grant the Objection without a hearing if any opposition filed states inadequate grounds for denial of the grounds set forth in the Objection.**

Dated: February 1, 2024                     Respectfully submitted,

                                             <u>/s/ David W. Gaffey</u>
                                             David W. Gaffey (Bar No. VA031)
                                             Alexandra G. DeSimone (admitted *pro hac vice*)
                                             **WHITEFORD, TAYLOR & PRESTON, LLP**
                                             3190 Fairview Park Drive, Suite 800
                                             Falls Church, VA 22042-4510
                                             Telephone: (703) 280-3374
                                             E-Mail: dgaffey@whitefordlaw.com
                                                            adesimone@whitefordlaw.com

                                             *Special Counsel to William Douglas White, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2024, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby and by first-class mail, postage prepaid, on all parties listed on the service list attached to the Motion.

                                  */s/ David W. Gaffey*
                                  David W. Gaffey