The order below is hereby signed.

Signed: February 12 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| PRAJNA STRATEGY, LLC | ) Case No. 23-00032-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

## ORDER GRANTING JOINT MOTION TO
## APPROVE SETTLEMENT AGREEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the *Joint Motion to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion")[1] filed by William Douglas White (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Prajna Strategy, LLC (the "Debtor"), and Jon Wise ("Wise"), by and through their respective counsel, pursuant to § 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019(a), and Local Bankruptcy Rule 9019-1, seeking approval of the Settlement Agreement attached to the Motion as Exhibit B (the "Settlement Agreement"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

district is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate under the circumstances and that no other or further notice need be provided; and this Court having reviewed the Motion and all other related materials, and having heard any argument in support or in opposition to the relief requested therein at any hearing before this Court; and the Court finding that the Settlement Agreement is fair and equitable and in the best interest of the estate, the Debtor, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Any objections to the Motion and/or the Settlement Agreement are hereby OVERRULED.

3. The Settlement Agreement is hereby APPROVED.

4. The Parties are hereby authorized and directed to take all actions necessary to effectuate the terms of this Order.

5. Upon entry of this Order, (i) Wise is granted relief from the automatic stay imposed by section 362(a) of the Bankruptcy Code to pursue and/or continue claims against Third Parties related to the Wise Claim and against any applicable insurance that any such Third Party might have to cover the claims against them; and (ii) Wise shall dismiss the Debtor from the Pennsylvania Litigation with prejudice.

6. The Court retains exclusive jurisdiction to hear and decide any disputes arising from this Order.

**WE ASK FOR THIS:**

*/s/ David W. Gaffey*
**WHITEFORD, TAYLOR & PRESTON, LLP**
David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
          adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

-with-

*/s/ Christopher A. Macey, Jr.* (by email dated January 31, 2024)
**THE VERSTANDIG LAW FIRM, LLC**
Maurice B. VerStandig, Esquire
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: (301) 444-4600
E-Mail: mac@mbvesq.com

-and-

**BELL & BELL LLP**
Jennifer C. Bell, Esquire
Christopher A. Macey, Jr., Esquire
1617 John F. Kennedy Blvd., Suite 1254
Philadelphia, PA 19103
Telephone: (215) 569-2285
Email: jenniferbell@bellandbelllaw.com
          christophermacey@bellandbelllaw.com

*Counsel to Jon Wise*