The order below is hereby signed.

Signed: February 12 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| PRAJNA STRATEGY, LLC | ) Case No. 23-00032-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

**ORDER GRANTING JOINT MOTION TO
APPROVE SETTLEMENT AGREEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon consideration of the *Joint Motion to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion")[1] filed by William Douglas White (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Prajna Strategy, LLC (the "Debtor"), and Jon Wise ("Wise"), by and through their respective counsel, pursuant to § 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019(a), and Local Bankruptcy Rule 9019-1, seeking approval of the Settlement Agreement attached to the Motion as Exhibit B (the "Settlement Agreement"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

district is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate under the circumstances and that no other or further notice need be provided; and this Court having reviewed the Motion and all other related materials, and having heard any argument in support or in opposition to the relief requested therein at any hearing before this Court; and the Court finding that the Settlement Agreement is fair and equitable and in the best interest of the estate, the Debtor, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Any objections to the Motion and/or the Settlement Agreement are hereby OVERRULED.

3. The Settlement Agreement is hereby APPROVED.

4. The Parties are hereby authorized and directed to take all actions necessary to effectuate the terms of this Order.

5. Upon entry of this Order, (i) Wise is granted relief from the automatic stay imposed by section 362(a) of the Bankruptcy Code to pursue and/or continue claims against Third Parties related to the Wise Claim and against any applicable insurance that any such Third Party might have to cover the claims against them; and (ii) Wise shall dismiss the Debtor from the Pennsylvania Litigation with prejudice.

6. The Court retains exclusive jurisdiction to hear and decide any disputes arising from this Order.

**WE ASK FOR THIS:**

*/s/ David W. Gaffey*
**WHITEFORD, TAYLOR & PRESTON, LLP**
David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
         adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

-with-

*/s/ Christopher A. Macey, Jr.* (by email dated January 31, 2024)
**THE VERSTANDIG LAW FIRM, LLC**
Maurice B. VerStandig, Esquire
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: (301) 444-4600
E-Mail: mac@mbvesq.com

-and-

**BELL & BELL LLP**
Jennifer C. Bell, Esquire
Christopher A. Macey, Jr., Esquire
1617 John F. Kennedy Blvd., Suite 1254
Philadelphia, PA 19103
Telephone: (215) 569-2285
Email: jenniferbell@bellandbelllaw.com
       christophermacey@bellandbelllaw.com

*Counsel to Jon Wise*

3

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00032-ELG

Prajna Strategy LLC  Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 　　User: admin 　　Page 1 of 4
Date Rcvd: Feb 12, 2024 　　Form ID: pdf001 　　Total Noticed: 82

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ 　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## 　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Prajna Strategy LLC, 108 R Street NE, Washington, DC 20002-2120 |
| aty | + | Alexandra G. DeSimone, WHITEFORD, TAYLOR & PRESTON L.L.P, 3190 Fairview Park Drive, Suite 800, Falls Church, VA 22042-4558 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| 765610 | + | Abraham Rozenbaum, 501 9th St, Apt 311, Hoboken, NJ 07030-2186 |
| 765611 | + | Affirm Logic Corp, dba CodeHunter, 1775 Greensboro Station Place, Ste 230, Mc Lean, VA 22102-5214 |
| 765612 | + | Anderson, Kelsie, 1472 W Rascher Ave 2, Chicago, IL 60640-1206 |
| 765613 | + | Arena Financial Solutions, LLC, 4031 University Drive, Fairfax, VA 22030-3409 |
| 765614 | + | Arteaga, Elizabeth, 11099 Eastridge Dr NE, Apt L304, Redmond, WA 98053-4008 |
| 765615 | + | Baenen, Alison, 2578 1/2 Lake View Ave, Los Angeles, CA 90039-3317 |
| 765616 | + | Beck, Amir, 2121 3rd Street, Unit 308, San Francisco, CA 94107-3663 |
| 765617 | + | Burger, Rachel, 12241 Fairfield House Dr, 310, Fairfax, VA 22033-3954 |
| 765621 | | CFC Underwriting Limited, 85 Gracechurch Street, London EC3V0AA, United Kingdom |
| 765623 | | CIT Bank NA, 156 Commerce Way, Portsmouth, NH 03801 |
| 765618 | | Candice Nicole Public Relations, 436 East 36th St, Columbia, SC 29205 |
| 765620 | + | Case, Sonia, 30 E End Ave 3B, New York, NY 10028-7098 |
| 765626 | + | Coderella, Marie Williams, 5758 Geary Blvd #622, San Francisco, CA 94121-2112 |
| 765627 | | Cuadro Post, Yamilet Valdez, Calle Agustin Lara 58, Serralles, Santo Domingo, Dominican Republic |
| 765628 | + | Cummins, Jennifer, 11716 Collingwood Ct, Woodbridge, VA 22192-1043 |
| 765629 | + | Davis, Tyler, 3612 Rexmere Rd, Baltimore, MD 21218-2008 |
| 765630 | + | Desai Consulting LLC, Raj Desai, 3037 Eden Harbor Court, Raleigh, NC 27613-6294 |
| 768254 | + | Duane Morris LLP, Attn: Sommer L. Ross, Esq., 1201 N. Market Street, Suite 501, Wilmington DE 19801-1160 |
| 765631 | + | Duane Morris LLP, 111 S. Calvert Street, Suite 2000, Baltimore, MD 21202-6114 |
| 765632 | + | Dysard, Savannah, 190 S Benjamin Dr, West Chester, PA 19382-1934 |
| 768252 | + | First Citizens Bank & Trust Company, C/O Dressler Peters LLC, 101 W Grand Ave, Suite 404, Chicago, IL 60654-7129 |
| 768350 | + | First-Citizens Bank & Trust Company, 155 Commerce Way, Portsmouth NH 03801-3243 |
| 765633 | + | Frederick, Zach, 200 Woodyard Thicket, Stevensville, MD 21666-4063 |
| 765634 | + | Gorey, Nick, 5708 Pimlico Rd, Apt 1, Baltimore, MD 21209-4333 |
| 765635 | + | Green , Donnie, Jr., 3602 Elmcrest Lane, Bowie, MD 20716-7316 |
| 765636 | + | Harris, Quintin, 18225 Wexford Terrace, Jamaica, NY 11432-3140 |
| 765637 | + | Hellen, Deborah, 151 Lakeside Dr PH 2, Oakland, CA 94612-4603 |
| 765638 | + | Hive Wealth, Inc., 4445 Willard Avenue, Ste 600, Chevy Chase, MD 20815-3786 |
| 765639 | + | Houghton, Jamie, 460 Grove Street, Ridgewood, NJ 07450-5408 |
| 765640 | + | JB Consulting Services, LLC, 107 Amberleigh Dr, Silver Spring, MD 20905-5967 |
| 765641 | + | Jennifer C. Bell, Esq., 1617 John F. Kennedy Blvd, One Penn Center, Ste 1254, Philadelphia, PA 19103-1820 |
| 765642 | + | Jon Wise, 30 N 23rd Street #504, Philadelphia, PA 19103-1590 |
| 768443 | + | Jon Wise, c/o Jennifer C. Bell, Bell & Bell LLP, 1617 John F. Kennedy Blvd., Ste. 1254, Philadelphia PA 19103-1820 |
| 765644 | | Katie's Collective, LLC, 122 Ive Drive #10, Charlottesville, VA 22903 |
| 765643 | + | Katie's Collective, LLC, 122 Ivy Drive #10, Charlottesville, VA 22903-5062 |
| 765645 | + | Kristen Clark, 108 R St NE, Washington, DC 20002-2120 |

Case 23-00032-ELG   Doc 29   Filed 02/14/24   Entered 02/15/24 00:05:50   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0090-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 82 |

| | | |
|---|---|---|
| 765646 | + | Lang, Max, 14501 Barkwood Drive, Rockville, MD 20853-2315 |
| 765647 | + | Lerner, Shari, 41 SE 5th Street, Apt 1902, Miami, FL 33131-2548 |
| 765648 | + | LookThink, LLC, 332 Maryland Ave NE, Washington, DC 20002-5712 |
| 765649 | + | Lopez, Nicolas, 568 Union Ave, Apt 6 L, Brooklyn, NY 11211-1773 |
| 765650 | + | Lucid Link Corp, 58 West Portal Avenue #256, San Francisco, CA 94127-1304 |
| 765651 | + | Maestro Filmworks, Kris Mendoza, Exec Producer, 1516 N 5th Street #402, Philadelphia, PA 19122-3679 |
| 765652 | + | Maria Ponce, 1440 Brickell Bay Drive Apt 805, Miami, FL 33131-3603 |
| 765653 | + | Martin, Shanice, 3605 MacTavish Pl, Burtonsville, MD 20866-1963 |
| 765654 | + | Mavenlink, Inc./ Kantata, 6501 Irvine Center Drive, Ste 250, Irvine, CA 92618-2137 |
| 765655 | + | McDowell, Tiff, 214 E 4th St, Lansdale, PA 19446-2606 |
| 765657 | + | Miliano, Kelly, 245 Essex St, Weymouth, MA 02188-4123 |
| 765660 | + | O'Brien, Erin, 595 Snow Rd, Sebastopol, CA 95472-5031 |
| 765661 | + | O'Malley, Brigit, 352 Myrtle Avenue, Apt 1, Brooklyn, NY 11205-3237 |
| 765662 | + | Optimal Networks, Inc., 15201 Diamondback Drive, Suite 220, Rockville, MD 20850-3771 |
| 765663 | + | Peters & Associates PC, 6611 South Street, Falls Church, VA 22042-3007 |
| 765664 | + | Pillar One Consulting, 227 Armstrong Place, Gaithersburg, MD 20878-4764 |
| 765665 | + | Prajna Technologies, Inc., dba Granate, 108 R Street NE, Washington, DC 20002-2120 |
| 765670 | ++ | SPROUT SOCIAL INC, 131 S DEARBORN SUITE 700, CHICAGO IL 60603-5569 address filed with court:, Sprout Social, 131 S Dearborn Street, Ste 700, Chicago, IL 60603 |
| 765673 | + | STL Skip The Line, LLC, 95 E Wayne Ave #210, Silver Spring, MD 20901-4245 |
| 765667 | | Sichler, Tilo, Hermann-Burte Str. 50, Steinen 79585, Germany |
| 765668 | + | Smith, Walton, 3909 Woodreed Drive, Brandywine, MD 20613-6005 |
| 765671 | + | Staci Cooper, 817 Kaplon Ct, Brunswick, MD 21716-1656 |
| 765672 | + | Stellar Bookkeeping, 1510 W Lakeview Dr, Johnson City, TN 37601-3363 |
| 765674 | + | Sunny Dublick Marketing, Inc., 1029 Stono River Dr, Charleston, SC 29412-8632 |
| 765675 | + | Tapia, Carlo, 1320 20th Street, Sacramento, CA 95811-4205 |
| 765676 | + | The Hartford, 3600 Wiseman Blvd, San Antonio, TX 78251-4323 |
| 765679 | + | Udokwere, Isang, 2 Massachussetts Ave NE, Unit 77534, Washington, DC 20013-5679 |
| 765682 | + | VLP Law Group, 446 Old County Road, Ste 100-114, Pacifica, CA 94044-3270 |
| 765683 | + | Walker Communications Group LLC, OUTVOX, 1300 19th St NW, Washington, DC 20036-1609 |
| 765684 | + | Walker Media, 234 E 23rd St, 4D, New York, NY 10010-4624 |
| 765685 | + | Whereoware, Inc., 1660 International Drive, Suite 600, Mc Lean, VA 22102-4877 |
| 765686 | + | Wise, Jon, 30 N 23rd Street, #504, Philadelphia, PA 19103-1590 |
| 765687 | + | Yi, Jen, 25731 SE Old Black Nugget Rd, Issaquah, WA 98029-7611 |
| 765688 | + | Youreka, 1215 E Fort Ave, Suite 104, Baltimore, MD 21230-5280 |

TOTAL: 73

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Feb 12 2024 21:39:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Feb 12 2024 21:38:46 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2024 21:39:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Feb 12 2024 21:38:47 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Feb 12 2024 21:39:00 | Secretary of the Treasury, 15th and Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Feb 12 2024 21:39:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Feb 12 2024 21:39:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 765624 | + | Email/Text: B@directcapital.com | | |

| | | | |
|---|---|---|---|
| District/off: 0090-1 | User: admin | | Page 3 of 4 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | | Total Noticed: 82 |

| | | | | |
|---|---|---|---|---|
| | | Feb 12 2024 21:39:00 | CIT Bank, NA, 155 Commerce Way, Portsmouth, NH 03801-3243 | |
| 765622 | Email/PDF: ais.chase.ebn@aisinfo.com | | | |
| | | Feb 12 2024 21:43:03 | Chase Card, PO Box 15298, Wilmington, DE 19850 | |
| 765670 | Email/Text: fay.mason@sproutsocial.com | | | |
| | | Feb 12 2024 21:39:00 | Sprout Social, 131 S Dearborn Street, Ste 700, Chicago, IL 60603 | |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 765619 | | Carrera, Natalie, address unknown |
| 765656 | | Mikaela Berman, address unknown |
| 765658 | | Mojica, Laura, address unknown |
| 765659 | | Mojidi, Safi, address unknown |
| 765666 | | Sampel, Pamela, address unknown |
| 765669 | | Spencer, Argiea, address unknown |
| 765678 | | Torres, Felipe Castiblanco, cll 127 #58-45, Int 1 apto 1315, Bogota, Columbia |
| 765680 | | Vasquez, Marcela, Cra 73 B BIS A # 36-41 SUR, Bogota Columbia |
| 765681 | | Velasquez, Jonathan, address unknown |
| cr | *+ | First Citizens Bank & Trust Company, c/o Dressler Peters LLC, 101 W Grand Ave, Suite 404, Chicago, IL 60654-7129 |
| cr | *+ | Jon Wise, c/o Jennifer C. Bell, Bell & Bell LLP, 1617 John F. Kennedy Blvd., Ste. 1254, Philadelphia, PA 19103-1820 |
| 765625 | * | CIT Bank, NA, 156 Commerce Way, Portsmouth, NH 03801 |
| 765677 | ##+ | threshold.world, 1308 Prospect Hill Road, Villanova, PA 19085-2117 |

TOTAL: 9 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Gaffey | on behalf of Debtor Prajna Strategy LLC dgaffey@whitefordlaw.com |
| David W. Gaffey | on behalf of Trustee William Douglas White dgaffey@whitefordlaw.com |
| Maurice Belmont VerStandig | on behalf of Creditor Jon Wise mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | |

District/off: 0090-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 82

wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

William Douglas White  on behalf of Trustee William Douglas White wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

TOTAL: 6