William Douglas White #224592
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Telephone:       703-770-9265
Facsimile:        703-770-9266
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

*******************************************
IN RE                                                              *
                                                                         *
PRAJNA STRATEGIES, LLC                           *          Case No. 23-00032
                                                                         *          (Chapter 7)
                         Debtor                               *
*******************************************

TRUSTEE'S APPLICATION TO EMPLOY ACCOUNTANT AND NOTICE OF OPPORTUNITY TO OBJECT

William Douglas White, Trustee, represents the following:

A. APPLICATION TO EMPLOY

1.     He is the duly appointed Trustee.

2.     Pursuant to 11 U.S.C. Sec. 327 the Trustee wishes to employ Aaron Peters, CPA and his accounting firm, Peters and Associates P.C.. (together "Applicant") as the accountants for the estate, with compensation subject to the provisions of 11 U.S.C. Sec. 330.

3.  The services of an accountant are necessary to prepare the bankruptcy estate's tax returns and to provide general tax advice to the estate.

4   Aaron L Peters, CPA, a licensed Certified Public Accountant with expertise in accounting, tax, auditing, and managerial services.  He is the founder of  Peters & Associates, P.C.  Recognizing the need for clear, concise, understandable financial

information, Mr. Peters started his own company with a mission to provide individuals and small businesses with sound financial advice and tax planning services. He specializes in working with individuals and small businesses to provide financial information that meets the diverse and ever-changing needs of his clients. Prior to starting his own firm, Mr. Peters was a Manager at PwC in McLean, VA, and the Corporate Controller at LivingSocial, Inc. Leadership development is an integral part of Aaron's personal journey through owning a firm, and his professional journey as he grows his practice.

5. The Applicant offers a full range of accounting services including: Tax Return Preparation, Tax Planning, Governmental Filings, Financial, Staff Accounting and Business Planning.

6. The Trustee is confident that Aaron Peters and Peters and Associates P.C. have the ability to provide the services requested. Applicant's time will be billed on an hourly rate of $250 per hour. The Trustee believes Mr. Peters' services can be provided efficiently and such services will be of significant value to the estate since he is already familiar with the Debtor's financial affairs and business issues.

7. Previously, the Applicant provided services to the Debtor, Prajna Strategies LLC, and to a related entity, Prajna Technologies, and Kristen Clark, the principal of both of the foregoing entities. Applicant has terminated his engagement with these entities and is prepared to provide future services only to the bankruptcy estate. In this connection the Applicant has agreed to waive all claims for any outstanding unpaid services accruing prior to the Application. The amount of outstanding services previously provided by the Applicant to these entities totals $1,250 in fees. Given that the Applicant has terminated

2

all services to the Debtor and related entities and that the Applicant possesses important knowledge and understanding of the Debtor's business relationships, the trustee believes the Applicant will be able to provide valuable services to the estate. Under the circumstances, the Applicant submits it will not now be a creditor of the Debtor, is not an equity security holder or an insider of the Debtor and was not a director officer or employee of the Debtor.

      8. Except as stated above in paragraph 7, the Trustee believes Applicant has no connection with the Debtor, creditors, the United States Trustee or his employees, or other parties in interest, their respective attorneys or accountants. The Trustee believes the Applicant does not represent an interest materially adverse to the debtor's estate or to the interests of creditors and equity security holders. Therefore the Trustee believes that its appointment as accountant will be in the best interests of the estate.

B. NOTICE OF OPPORTUNITY TO OBJECT

PLEASE TAKE NOTICE THAT WITHIN 14 DAYS OF MAILING if you wish to object to this Application you must file and serve a written objection, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the U.S. Bankruptcy Court, 3rd & Constitution Ave., NW, 4th Floor, Washington, D.C. 20001, and served by hand-delivery or mail upon the undersigned at the address below. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.
      IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION WILL BECOME EFFECTIVE WITHOUT FURTHER ORDER OF THE COURT. Parties in interest with questions may contact the undersigned.

WHEREFORE, the Trustee requests that the attached Order be entered.

Respectfully submitted,

/s/ William Douglas White
William Douglas White #224592
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Telephone:    703-770-9265
Facsimile:    703-770-9266
wdw@mccarthywhite.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

******************************************

| | |
|---|---|
| IN RE | * |
| | * |
| PRAJNA STRATEGIES, LLC | *   Case No. 23-00032 |
| | *   (Chapter 7) |
| Debtor | * |

******************************************

### RULE 2014(a) STATEMENT

Aaron Peters declares as follows:

1.  I am a CPA and the owner of the accounting firm of Peters and Associates P.C.

2.  I have read the attached Application, and the representations therein are accurate.

3.  Except as stated in paragraph 4 below, to the best of his knowledge, I and the accounting firm Peters and Associates P.C. do not have a current connection with the debtor, creditors, the United States Trustee or his employees, or other parties in interest, their respective attorneys and accountants.

4.  Prior to the Application, I provided accounting services to the Debtor, Prajna Strategies LLC, to a related entity of the Debtor, Prajna Technologies, and to Kristen Clark, the former principal of both Prajna Strategies and Prajna Technologies. I am waiving any claim for all prior accounting services to those persons and entities and have terminated all services to them.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on __2024-10-08__          _____
                                     **Aaron Peters, CPA**

CERTIFICATE OF SERVICE

      I hereby certify that on October 19 2024 a copy of the foregoing and the attached proposed Order, was sent through the court's ECF system to all registered ECF participants who have appeared in this case, and a copy was sent by mail to:

Office of U.S. Trustee
1725 Duke St.
Suite 650
Alexandria VA 22314


      /s/ William Douglas White
      William Douglas White

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

*******************************************
IN RE                                            *
                                                 *
PRAJNA STRATEGIES, LLC                           *     Case No. 23-00032
                                                 *     (Chapter 7)
                Debtor                           *
*******************************************

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon consideration of the Application by Trustee to Employ Accountant, and it appearing that no additional notice or hearing on such application need be given, and the Court being satisfied that Aaron Peters and Peters and Associates P.C. do not represent an interest adverse to the estate in the matters for which they are to be employed, it is

ORDERED that the Trustee be, and hereby is, authorized to employ Aaron Peters and Peters and Associates P.C. as accountant for the purposes and on the terms set forth in the Application.

I ASK FOR THIS:

/s/William Douglas White
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com
Trustee


Seen and No Objection:


/s/Michael T. Freeman/wdw (via email)
Michael T. Freeman
Office of the United States Trustee
1725 Duke St. Suite 650
Alexandria VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov