The order below is hereby signed.

Signed: November 5 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE                                       \*
                                            \*
PRAJNA STRATEGIES, LLC                      \*       Case No. 23-00032
                                            \*       (Chapter 7)
                    Debtor                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT</u>

Upon consideration of the Application by Trustee to Employ Accountant, and it appearing that no additional notice or hearing on such application need be given, and the Court being satisfied that Aaron Peters and Peters and Associates P.C. do not represent an interest adverse to the estate in the matters for which they are to be employed, it is

ORDERED that the Trustee be, and hereby is, authorized to employ Aaron Peters and Peters and Associates P.C. as accountant for the purposes and on the terms set forth in the Application.

I ASK FOR THIS:

/s/William Douglas White
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com
Trustee


Seen and No Objection:


/s/Michael T. Freeman/wdw (via email)
Michael T. Freeman
Office of the United States Trustee
1725 Duke St. Suite 650
Alexandria VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov