The order below is hereby signed.

Signed: November 5 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
*******************************************
IN RE                                      *
                                           *
PRAJNA STRATEGIES, LLC                     *    Case No. 23-00032
                                           *    (Chapter 7)
                    Debtor                 *
*******************************************
```

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon consideration of the Application by Trustee to Employ Accountant, and it appearing that no additional notice or hearing on such application need be given, and the Court being satisfied that Aaron Peters and Peters and Associates P.C. do not represent an interest adverse to the estate in the matters for which they are to be employed, it is

ORDERED that the Trustee be, and hereby is, authorized to employ Aaron Peters and Peters and Associates P.C. as accountant for the purposes and on the terms set forth in the Application.

I ASK FOR THIS:

/s/William Douglas White
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com
Trustee


Seen and No Objection:


/s/Michael T. Freeman/wdw (via email)
Michael T. Freeman
Office of the United States Trustee
1725 Duke St. Suite 650
Alexandria VA 22314
(703) 557-7274
Michael.T.Freeman@usdoj.gov

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00032-ELG

Prajna Strategy LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 2
Date Rcvd: Nov 06, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

**Recip ID     Recipient Name and Address**
db     + Prajna Strategy LLC, 108 R Street NE, Washington, DC 20002-2120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

**Name     Email Address**

David W. Gaffey
    on behalf of Trustee William Douglas White dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com

David W. Gaffey
    on behalf of Debtor Prajna Strategy LLC dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com

Maurice Belmont VerStandig
    on behalf of Creditor Jon Wise mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

William Douglas White
    on behalf of Trustee William Douglas White wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Nov 06, 2024 | Form ID: pdf001 | Total Noticed: 1

William Douglas White
wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

TOTAL: 6