**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| PRAJNA STRATEGY, LLC ) | Case No. 23-00032-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**ORDER GRANTING MOTION TO**
**APPROVE SETTLEMENT AGREEMENT PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon consideration of the *Motion to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "Motion")[1] filed by William Douglas White (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Prajna Strategy, LLC (the "Debtor"), pursuant to § 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019(a), and Local Bankruptcy Rule 9019-1, seeking approval of the Settlement Agreement with First-Citizens Bank & Trust Company, as successor by merger to CIT Bank, N.A. ("First-Citizens"), attached to the Motion as Exhibit B (the "Settlement Agreement"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue

---
[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate under the circumstances and that no other or further notice need be provided; and this Court having reviewed the Motion and all other related materials, and having heard any argument in support or in opposition to the relief requested therein at any hearing before this Court; and the Court finding that the Settlement Agreement is fair and equitable and in the best interest of the estate, the Debtor, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Any objections to the Motion or the Settlement Agreement are hereby OVERRULED.

3. The Settlement Agreement is hereby APPROVED.

4. The Parties are hereby authorized and directed to take all actions necessary to effectuate the terms of this Order.

5. Upon entry of this Order, the Trustee is authorized and directed to pay to First-Citizens the Agreed Claim Amount (as defined in the Settlement Agreement) from assets of the Debtor's estate on or before December 20, 2024.

6. The Court retains exclusive jurisdiction to hear and decide any disputes arising from this Order.

**WE ASK FOR THIS:**

*/s/*
**WHITEFORD, TAYLOR & PRESTON, LLP**
David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (admitted *pro hac vice*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
        adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*


Agreed as to form by First-Citizens
Bank & Trust Company:


*/s/*
**DRESSLER PETERS, LLC**
Kenneth D. Peters, Esq.
(not admitted in the District of Columbia; IL ARDC no. 6186034)
101 W. Grand Ave., Suite 404
Chicago, Illinois 60654
E-Mail: KPeters@DresslerPeters.com

*Counsel to First-Citizens Bank & Trust Company*