## Exhibit C

**Secured Claim**

| Fill in this information to identify the case: |
|---|

| Debtor 1 | Prajna Strategy LLC |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Columbia |
| Case number | 23-00032-ELG |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

| 1. Who is the current creditor? | First-Citizens Bank & Trust Company |
|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
|---|---|

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>First Citizens Bank & Trust Company<br>Name<br>155 Commerce Way<br>Number      Street<br>Portsmouth      NH      03801<br>City      State      ZIP Code<br><br>Contact phone 603-373-1925<br>Contact email Lisa.Rasmussen@cit.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number      Street<br><br>City      State      ZIP Code<br><br>Contact phone _____<br>Contact email _____ |
|---|---|---|

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____ / _____ / _____<br>MM / DD / YYYY |
|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____  ____  ____  ____

**7.** **How much is the claim?**   $_____46,899.44 . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges  required by Bankruptcy Rule 3001(c)(2)(A).

**8.** **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Master Lease Agreement and Schedules.

**9.** **Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:   All assets.

**Basis for perfection:**   UCC Financing Statement

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____46,899.44

**Amount of the claim that is unsecured:**  $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10.** **Is this claim based on a lease?**

☐ No

☑ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11.** **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/26/2023
                    MM / DD / YYYY

/s/ Kenneth Peters
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Kenneth Peters | | |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Attorney |
|---|---|

| Company | First-Citizens Bank & Trust Company |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 101 W Grand Ave, Suite 404 | | |
|---|---|---|---|
| | Number    Street | | |
| | Chicago | IL | 60654 |
| | City | State | ZIP Code |

| Contact phone | 312-602-7100 | Email | kpeters@dresslerpeters.com |
|---|---|---|---|

**DEBTOR: PRAJNA STRATEGY, LLC**
**CASE NO. 23-00032**
**IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

**APPENDIX TO PROOF OF CLAIM OF FIRST-CITIZENS BANK, SUCCESSOR BY MERGER TO CIT BANK, N.A.**

The claim of First-Citizens Bank arises out of the following lease documents:
Master Lease Agreement: #ML01927434

      Schedule No. DCC-1694071
      Schedule No. DCC-1715665
      Schedule No. DCC-1716843
      Schedule No. DCC-1720346

Each lease schedule is governed by Article 2A of the Uniform Commercial Code, and by §365 of the Bankruptcy Code.

In addition, First-Citizens Bank has a blanket lien on all assets of the Debtor. See ¶14 of Master Lease Agreement #ML01927434, and the UCC Financing Statement, each of which are attached. As a result, except as obviated by the Bankruptcy Code, no monies should be paid to unsecured creditors until the claim amount of $46,899.44 is paid to First-Citizens.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net



Master Lease Agreement: #ML01927434

155 Commerce Way, Portsmouth, NH 03801 | Ph: 877-384-3439 | F: 800-875-0312

**LESSEE: Please verify this section and complete any missing information**

| | | | |
|---|---|---|---|
| Lessee: Prajna Strategy | | | |
| Address: 108 R Street NE | | | |
| City: Washington | State: dc | Zip: 20002 | County: |
| Federal Tax ID: ███ | State of Incorporation: | | Home Phone: |
| Business Phone: ███ | Fax: | | Email: ███ |

**INSTRUCTIONS:** The words "You", Your" and "Lessee" refer to the lessee (the party who is leasing the Equipment); "We", "Us", "Our" and "Lessor" refer to CIT Bank, N.A., and its successors and assigns, the lessor. Please complete and/or verify information and sign or authenticate where noted. If You have any questions please call.

**1. MASTER LEASE & SCHEDULES:** You agree to lease the Equipment described in each Equipment Schedule ("Schedule") and, if applicable, finance the cost of any services and/or software related to the Equipment. Each Schedule shall constitute a separate agreement distinct from this Master Lease Agreement ("Master Lease") and is subject to all of the terms and conditions contained herein. This Master Lease shall constitute a separate agreement distinct from each Schedule and is subject to all of the terms and conditions of each Schedule. In the event of a conflict between this Master Lease and a Schedule, the provisions of the Schedule (and any Addendum thereto) shall prevail. The term "Lease" when used herein means collectively, each Schedule and this Master Lease. Capitalized terms used and not otherwise defined herein shall have the same meanings given in a Schedule. The term of this Master Lease begins on the first Schedule's "Commencement Date" (as provided in each Schedule) and continues as long as any Schedule remains unpaid. The Commencement Date with respect to each Schedule is the date on which such Schedule shall commence, which date is the date on which We in our sole discretion have provided Our acceptance of such Schedule. You authorize Us to insert or correct information in the Lease including Your proper legal name, address, dates and Equipment description. All notices shall be in writing addressed to You at Your address stated herein or to Us at 155 Commerce Way, Portsmouth, NH 03801.

**2. EQUIPMENT:** You have chosen the equipment as set forth on each Schedule as applicable ("Equipment"). You acknowledge that the Equipment is leased to You and, if applicable, the cost of any services and/or software related to the Equipment is financed for You, solely for commercial or business purposes and not for personal, family, agricultural or household purposes. If the Equipment is unsatisfactory, Your only remedy is against its supplier or manufacturer and You have no remedy for damages against Us. If the Delivery Guaranty Option (as provided in each Schedule) is not applicable, the occurrence of the earlier of (i) Your confirmation to Us by phone, (ii) Your delivery to Us of an executed or authenticated Delivery & Acceptance Certificate (if requested by Us), (iii) the lapse of fifteen (15) days after delivery of the Equipment to You if You have not given written notice to Us of Your non-acceptance of the Equipment prior to the lapse of such fifteen-day period or (iv) the lapse of fifteen (15) days after delivery of the Equipment to You if You have given written notice to Us of Your non-acceptance of the Equipment and failed to return the Equipment to the supplier prior to the lapse of such fifteen-day period shall: (a) in each case constitute Your acknowledgement that You have inspected the Equipment, found it satisfactory in all respects and have irrevocably accepted it "as is", "where is" and without recourse, representation or warranty of any kind express or implied and (b) be a condition precedent for the occurrence of the Commencement Date. You will maintain Equipment location records and provide the Equipment location to Us upon demand. You are responsible for keeping the Equipment in good repair, condition and working order, except for normal wear and tear. You are responsible for complying with all laws relating to the Equipment or its use and to protect the Equipment from damage, seizure or loss. You will continue to make payments if any damage, seizure or loss occurs to any part of the Equipment, provided that, if the Equipment is completely destroyed, seized or lost, You shall pay Us the Default Amount described in the Defaults and Remedies section of the Lease on the next payment date. We are not responsible for any losses, damages or injuries caused by the installation or use of the Equipment or from any other loss while You have the Equipment and You agree to hold Us harmless and defend and indemnify Us against any claim for loss, damages or injuries, including attorneys' fees and related costs. You shall not use the Equipment: (i) in the transportation of explosives, oil, gas, chemicals, radioactive materials, hazardous materials, hazardous substances, hazardous wastes or similar items (in each case as such terms are commonly defined or understood to mean, including under 49 C.F.R. §§ 171-173) or (ii) the transportation of passengers for hire or as a primary purpose of Your business, unless in each case: (a) you notify Us of your intention to so use the Equipment prior to such use, (b) We consent to such use prior to having such Equipment being subject hereunder and (c) You satisfy such terms and conditions and take such actions as We may reasonably require.

**3. NO WARRANTY:** We are leasing the Equipment to You "AS IS" "WHERE IS" AND WITH ANY AND ALL FAULTS. As We did not select, manufacture, supply or inspect the Equipment, WE MAKE NO WARRANTY OR REPRESENTATION, either express or implied as to the condition of the Equipment, its merchantability, its fitness or suitability for any particular purpose, its design, its capacity, its quality, or any other characteristics of the Equipment. We are not responsible for packaging, delivery, installation or testing of the Equipment. You agree that You have selected the supplier and each item of equipment based on Your own judgment and disclaim any reliance upon any statements or representations made by Us. The supplier is not an agent of Ours and nothing the supplier states can affect Your obligation under the Lease. You will continue to make all payments under the Lease regardless of any claim or complaint against any supplier.

**4. REPRESENTATIONS:** You represent and warrant to Us that: You, and each of the individuals signing or authenticating the Lease, have the lawful power and authority to enter into the Lease; by entering into the Lease You will not violate any law or other agreement; and the location of Your chief executive office, state of incorporation or organization, exact legal name, place of residence and Federal Tax ID number are accurately listed in the Lease. The Lease will constitute Your legal, valid and binding obligation, enforceable against You in accordance with the terms hereof. If a registered organization, You represent and warrant to Us that You are duly organized, duly authorized, validly existing and in good standing. **THE LEASE CANNOT BE TERMINATED OR CANCELED BY YOU FOR ANY REASON.** Your obligation to make payments under the Lease is absolute and unconditional.

**5. ASSIGNMENT:** YOU HAVE NO RIGHT TO SELL, TRANSFER, ASSIGN OR SUBLEASE THE EQUIPMENT OR THE LEASE, EXCEPT TO THE EXTENT WE PROVIDE OUR PRIOR WRITTEN CONSENT (NOT TO BE UNREASONABLY WITHHELD).. You understand that We, without prior notice, have the right to assign, sell or otherwise transfer the Lease. You understand that Our

assignee will have the same rights and benefits as Us. You agree that the rights of Our assignee will not be subject to any claims, defenses or setoff that You may have against Us.

**6. SECURITY DEPOSIT:** The security deposit, listed on a Schedule, is payable upon execution, is non-interest bearing, will be commingled with Our other funds and secures Your performance under the Lease. We may apply the security deposit to satisfy any amounts owed by You, in which event You will promptly restore the security deposit to its full amount. If all conditions are fully complied with and You have not ever been in default, the security deposit will be refunded to You after the proper return of the Equipment.

**7. INDEMNITY:** You indemnify Us and Our affiliates and Our and Our affiliates' shareholders, directors, officers, employees, agents and assignees against any claims, actions, damages, fines, penalties, causes of action, suits or other legal proceedings or liabilities, including all attorneys' fees, arising out of or connected with the Lease or any Equipment, (collectively, "Claims"), except for Claims arising out of or related to Our gross negligence, willful misconduct or fraud. Such indemnification shall survive expiration, cancellation or termination of the Lease.

**8. LAW:** The Lease is governed by Federal law and the laws of New York. You agree and consent to the jurisdiction and venue of any State or Federal Court located in New York County, New York. You waive any right to challenge the jurisdiction or venue for any reason. You waive the defense of Forum Non Conveniens. The Lease is intended to constitute a valid and enforceable legal instrument and no provision of the Lease that may be deemed unenforceable shall in any way invalidate any other provision or provisions hereof, all of which shall remain in full force and effect. The Lease constitutes the entire agreement between the parties. **YOU AGREE TO WAIVE ALL RIGHTS TO A JURY TRIAL.** Each party prefers that any dispute between them be resolved subject to the above jury trial waiver. Should the above jury trial waiver be found unenforceable, then, upon the written request of any party, any dispute, including any and all questions of law or fact relating thereto, shall be determined exclusively by a judicial reference proceeding in accordance with Cal. Civ. Proc. Code § 638 et seq. or the applicable state's equivalent statute. The parties shall select a retired state or federal judge as the referee. The referee shall report a statement of decision to the Court. Notwithstanding the foregoing, nothing in this paragraph shall limit any other right of the parties under the Lease.

**9. COMPUTER SOFTWARE:** Notwithstanding any other terms of the Lease, You agree that as to software only: We have not had, do not have, nor will have any title to such software; You have executed or will execute a separate software license agreement and We are not a party to and have no responsibilities whatsoever in regard to such license agreement; You have selected the software as per the Equipment paragraph of the Lease; and We make no warranties of merchantability, data accuracy, system integration or fitness for use and take absolutely no responsibility for the function or defective nature of such software.

**PERSONAL GUARANTY:** As consideration for Our entering into the Lease, the undersigned Guarantor ("You", "Your"), jointly and severally, unconditionally personally guarantees and agrees to be liable to Us, CIT Bank, N.A., the Lessor, for the full, prompt and indefeasible payment and performance of all now existing and future indebtedness, obligations or liabilities of the Lessee arising under the Lease. You agree that We may make other arrangements including compromise or settlement with the Lessee and You will waive all defenses and notice of those changes and will remain responsible for the payment and obligations of the Lease. We do not have to notify You if the Lessee is in default. If the Lessee defaults, You will immediately pay in accordance with the default provision of the Lease all sums due under the terms of the Lease and will perform all of the Lease obligations. If it is necessary for Us to proceed legally to enforce this guaranty, You expressly consent to the jurisdiction of the court set out in the 'Law' paragraph and agree to pay all costs, including attorneys' fees incurred in enforcement of this guaranty (including attorneys' fees incurred post-judgment). You also agree that the "Law" paragraph is its entirety applies to this guaranty. It is not necessary for Us to proceed first against the Lessee or the Equipment before enforcing this guaranty. You grant Us continuing authority to access, review and update from time to time credit reference information, including credit bureau reports, pertaining to You. All financial providers are hereby directed and authorized to release to Us any and all information pertaining to any of Your accounts.

| | |
|---|---|
| Signature of Guarantor (an Individual) | |
| X _Jonathan Wise_ | 11/1/2021 |
| ███ F43B... NO TITLE | Date |
| | |
| Signature of Guarantor (an Individual) | |
| X _Kristen Clark_ | 11/1/2021 |
| ███ DA891... NO TITLE | Date |

**10. INSURANCE.** During the term of each Schedule, You shall obtain and maintain, at Your own expense: (1) property damage insurance against all loss or damage to the Insured Equipment (as defined below), including, without limitation, loss by fire, theft and such other risks of loss as are customarily insured against on the Insured Equipment, in amounts acceptable to Us, naming Us as loss payee ("Physical Damage Insurance"); and (2) liability and third party property damage insurance in amounts acceptable to, naming Us as an additional insured. "Insured Equipment" means, collectively: (i) the Equipment, (ii) any services and/or software related to the Equipment, and (iii) if applicable, any remaining balance from previous leases or loans that is being refinanced under the Lease. In each case, such insurance shall be with such carriers and in such policy forms acceptable to Us. All policies must provide that We be given thirty (30) days' written notice of any material change or cancellation. You agree to provide Us with certificates or other evidence of insurance acceptable to Us. If You do not provide Us with evidence of acceptable Physical Damage Insurance, We have the right, but not the obligation, to obtain Physical Damage Insurance covering Our interest in the Insured Equipment for the

Copyright ©2021. CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.



THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

Master Lease Agreement: #ML01927434

term of each Schedule, and renewals. You agree to cooperate with Us, Our insurer and Our agent in the placement of coverage and with claims. Any Physical Damage Insurance We obtain will not insure You against third party or liability claims and may be cancelled by Us at any time. In the event We obtain the above-described Physical Damage Insurance, You will be required to pay Us an additional amount each month for the insurance premium and an administrative fee. You agree that We, Our affiliates, and/or Our Agents may make a profit in connection with the Physical Damage Insurance We obtain. The cost may be more than the cost of obtaining Your own Physical Damage Insurance. If You later provide Us with evidence that You have obtained acceptable Physical Damage Insurance, We will cancel the Physical Damage Insurance We obtained. The Physical Damage Insurance We obtain (1) will not name You as an insured, additional insured, or loss payee; (2) will not provide You with liability and third party property damage insurance; (3) may not pay any claim that You make; (4) will not pay any claim made against You; and (5) may be cancelled by Us at any time. **Nothing in this paragraph will relieve You of Your responsibility for liability and third party property damage insurance coverage on the Insured Equipment.** We may negotiate and settle for Our benefit all Physical Damage Insurance claims and all liability insurance claims involving Us or the Insured Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Insured Equipment. We shall retain any Physical Damage Insurance proceeds up to the full amount owed under the Lease. You will remain responsible for any deficiency.

**11. RENT, INTERIM RENT, FEES & OTHER CHARGES:** You agree and promise to pay Us the periodic rental payments for the term (including any extensions) of the Lease in accordance with each Schedule plus any applicable sales tax, use tax or property tax and all other amounts described herein that are to be paid to Us under the Lease. You agree to reimburse Us for all fees, charges and penalties We may incur as the result of Your bank rejecting any automated clearing house (ACH) debits or credits due to insufficient funds or as the result of the bank account You provided to us in the Electronic Payment Authorization (or otherwise) (the "Authorized Account") not being properly configured for ACH transactions. We have the right to apply all sums received from You to any amounts due Us pursuant to the Lease. You agree to pay Us a nonrefundable documentation fee plus all other reasonable fees associated with the Lease, including, but not limited to, credit inquiry, site inspection, appraisal, UCC search and filing, titling fees and costs and a servicing fee of up to $379, unless otherwise noted, payable upon termination of each Schedule. Your signature or other authentication is an irrevocable offer to enter the Lease. In the event that You sign or otherwise authenticate the Lease, but the Lease is not commenced, the advance payments, documentation fee and security deposit may be retained by Us to compensate for Our documentation, processing and other expenses. A late payment charge of the greater of $15 or 15% of the amount due will be assessed on any payment not paid within 3 days of the due date; interest on any delinquent amount due may be charged from the due date until paid at the highest legal rate. You also agree to pay Our standard NSF fee of $35 for each payment returned for insufficient funds. You agree to pay Us upon receipt of Your first invoice "Interim Rent" in an amount equal to 1/30th of the monthly rent, multiplied by the number of days from the Commencement Date to the first regular payment due date. Interim Rent is in addition to the sum of the regular monthly rent payments You are obligated to pay for the term of the Lease.

**12. TAXES:** You agree to pay when due or at a frequency set by Us all taxes (including sales, use, personal property tax, fines and penalties) and fees relating to the Lease or the Equipment. If We make payment on any of the above, You agree to reimburse Us. You agree to pay the Property Tax Administration fee of $79 per year.

**13. EQUIPMENT OWNERSHIP:** Unless the applicable Schedule contains a $1.00 purchase option, We are the owner of the Equipment and have sole title to the Equipment (excluding software) regardless of any payment to any supplier. You agree to keep the Equipment free and clear of all liens, claims and encumbrances. We have the right to inspect the Equipment at any time during Your regular business hours upon two (2) business days' prior written notice (provided that such notice period shall not apply upon the occurrence and continuance of a Default). Provided no Default has occurred, We will not interfere with Your use and quiet enjoyment of the Equipment. Unless the applicable Schedule contains a $1.00 purchase option, You may, after written notice to Us not less than 90 days but not more than 180 days prior to the end of the initial term or 30 days prior to the end of any renewal term (as more fully provided below) of each Schedule and provided You are not in Default, (a) purchase all but not less than all of the Equipment for the fair market value, or for the purchase option amount otherwise stated on the Schedule or (b) return the Equipment to us. If the purchase occurs after the rendition date for any personal property taxes on the Equipment You agree to pay us estimated property tax based upon the prior year's actual tax. If the applicable Schedule contains a fair market value purchase option, We will use Our reasonable judgment to determine the Equipment's fair market value as configured, in place and installed. You agree that the "fair market value" is the amount that may reasonably be expected to be obtained for the installed Equipment in an exchange between a willing buyer and a willing seller, finding costs to make the Equipment fully operational. If You do not agree with Our determination of the Equipment's in use and in place fair market value, the fair market value (in use and in place) will be determined at Your expense by an independent appraiser mutually acceptable to You and Us. **Any purchase shall be on an "as is, where is" basis, with all faults and without representation by or warranty from Us.** If You elect to return the Equipment to Us, it must be returned, at Your expense, within 10 days of the expiration of this Lease to any place in the United States that We direct You in our return authorization in as good condition as when You received it, except for ordinary wear and tear. If applicable to the Equipment being returned, prior to return You shall unlock (with passwords deactivated, if applicable) and deprovision the Equipment from the applicable cloud, and, if such Equipment is not so unlocked and not so deprovisioned prior to return, We shall charge You with the fair market value of such Equipment. Prior to return You will pay for all outstanding lease payments, late charges, insurance charges, Our estimated property taxes on the Equipment based upon the prior year's actual property tax, shipping and other expenses; and You will insure the Equipment for its full replacement value during shipping. If You do not deliver written notice of Your intent to purchase or return the Equipment, or having such notice fail to purchase or return the Equipment, the Lease Term of the Schedule shall be extended automatically for successive one month terms until We receive written notice at least 30 days prior to the end of the then current term from You as to Your intent to return or purchase the Equipment. If Your payment frequency is other than monthly, Your renewal payments shall be the monthly equivalent of Your periodic payment amount. Some or all of the items of Equipment returned to Us at any time may contain sensitive information or data belonging to Your organization, or Your customer/clients/patients, that is stored, recorded, or in any way contained within or on the Equipment. Before the Equipment is returned to Us or our agents, You will, at Your sole cost and expense, permanently destroy, delete and remove all such information and data that is stored, recorded or in any way contained within or on the Equipment so that further recovery of any of such information and data is not possible. We have absolutely no responsibility to remove such data and disclaim any

liability for any data or information that You fail to so destroy, delete, and remove. All hard drives and other data retention components must function as originally intended after data removal.

**14. UCC FILINGS:** To secure Your obligations under the lease, You hereby grant Us a first priority security interest in the Equipment set forth in each Schedule and authorize Us to file UCC Financing Statements or similar instruments in Our Name or that of Our secured party representative to perfect such interest (in case this Lease is deemed a secured transaction). "Equipment" includes all replacements, parts, repairs, additions, accessions and accessions incorporated in the Equipment or affixed to the Equipment and any and all proceeds of the foregoing, including, without limitation, insurance proceeds. To secure Your obligations under the Lease, You also hereby grant Us a security interest in all of Your right, title and interest in and to all of your chattel paper, goods, inventory, equipment (other than the Equipment), accounts, accounts receivable, documents, instruments, general intangibles, payment intangibles, investment property, rents, income, securities, fixtures and other property, whether now existing or owned by You or hereafter arising or acquired by You, and in all proceeds, including insurance proceeds, thereof (collectively, "Collateral"), and authorize Us to file UCC Financing Statements or similar instruments in Our Name or that of Our secured party representative to perfect such interest.

**15. DEFAULT & REMEDIES:** You will be in default if: You fail to make any required payment under the Lease when due; You fail to perform any other obligation of the Lease or other agreement with Us or our affiliates; any representation or warranty made by You is false; a material adverse change (as determined by Us) occurs in Your financial condition or We believe the prospect of payment is impaired; You enter or have entered against You insolvency, bankruptcy or similar proceedings; the death of a personal guarantor occurs; or You attempt to repudiate or revoke any agreement with Us ("Default"). If You are ever in Default, We, with or without notice to You, may initiate, and You hereby authorize Us to initiate, ACH debit entries at any time to the Authorized Account for all past due amounts (inclusive of any late payment charges, NSF fees and other amounts you are obligated to pay Us under the Lease); may retain Your security deposit; terminate or cancel the Lease or any of Our obligations to You; require that You pay the unpaid rental payments (discounted at 4%), the amount of any purchase option and late charges, taxes, fees and interest on the same; (all such foregoing amounts added together, the "Default Amount"); sue for and recover from You any and all amounts due Us; enter the Equipment location and repossess and remove, or render unusable, the Equipment and Collateral; require You to make the Equipment and Collateral available to Us at a location determined by Us; sell or re-lease the Equipment to any party without notice under such terms and conditions as We alone shall determine; relet the Lease to an attorney for collection and pursue all other remedies available to Us under the Lease, any agreement, any applicable law or the UCC. You agree to pay all costs and expenses related to collection or repossession, including attorneys' fees (including attorneys' fees incurred post-judgment). You agree that any delay or failure to enforce Our rights under the Lease does not prevent Us from enforcing any rights at a later time. You agree that **We will not be responsible to You any consequential or incidental damages you claim under the Lease.**

**16. FAX & ELECTRONIC DOCUMENTS:** No modification to the Lease as supplied by Us to You shall be effective unless agreed to in writing or other authentication by Us. A fax, copy or electronically affixed version of Your signature or other authentication on this Lease when received by Us shall be binding on You for all purposes as if originally signed. The Lease shall only become binding against Us when actually signed or authenticated by Us. If a printed version of the Lease is used and maintained by Us in paper form, both You and We agree that the only version of the Lease that shall constitute the sole authoritative version for all purposes is the version containing Our original, copy or electronically affixed signature and Your original, fax, copy or electronically affixed signature. Both You and We hereby agree that the Lease may be authenticated by each party by electronic means, and expressly consent to the use of an electronic version of the Lease to embody the entire agreement and the understanding between You and Us. Both You and We hereby agree that a Lease that is authenticated by You and delivered to Us in scanned or other digital form (such as via a .PDF file) and authenticated by Us shall be considered an electronic version of the Lease. An electronic version of the Lease shall be fully enforceable without the need to produce a printed version; **provided, however,** You shall provide Us with Your original scanned version upon request. If an electronic version of the Lease is used and maintained by Us in an electronic vault, both You and We agree that the only version of the Lease that shall constitute the sole authoritative version for all purposes is the version which has been authenticated by You and Us in accordance with applicable law and controlled by the "owner" (pursuant to the rules and regulations of DocuSign; provided that if the "Paper Out" process shall have occurred pursuant to the DocuSign product Reference Guide (or comparable rules of any successor electronic custodian), and there shall simultaneously exist both the "Paper Out" printed version and an electronic version of the Lease, then the "Paper Out" printed version of the Lease as identified in the DocuSign audit record and corresponding affidavit shall constitute the sole authoritative version for all purposes. You wish to continue to receive information at Your fax and/or email addresses. The Lease may be executed in any number of counterparts, and all such counterparts, taken together, shall constitute one and the same instrument. Reference herein to "DocuSign" shall mean DocuSign, Inc., San Francisco, CA, or any successor electronic custodian used by Us.

**17. CELL PHONE CONSENT:** You agree that by providing Us with a telephone number for a cellular phone or other wireless device, You are expressly consenting to receiving communications – including but not limited to prerecorded or artificial voice message calls, text messages, and calls made by an automatic telephone dialing system—from Us and Our assigns, affiliates, and agents to You at that number. This express consent applies to each such telephone number that you provide Us now or in the future and permits such calls regardless of their purpose. These calls and messages may incur access fees from your cellular provider.

ACCEPTED:

Lessee: Paradigm Energy

x _Jonathan Wise_ _____  Date _____
Jonathan Wise
BD44A782051F43B...

Lessor: CIT Bank, N.A.

x _Morgan Dudley_  12/16/2021  Date _____
Morgan Dudley, Authorized Representative
B4EFFC163C2446B...

CONFIDENTIAL

Copyright ©2021. CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.
Page 2 of 2



## Debt Calculation

Name: Prajna Strategy
Master Lease Agreement # ML 01927434
Schedule # dcc1694071
IL # 097-0145531-000
Dated Prepared:05/04/2023

| | | |
|---|---|---|
| Regular payment | $ | 879.54 |
| Buyout Option | $ | 7,564.02 |
| Sales Tax % | | 6.00% |
| Term | | 36 |
| Payments Made | | 12 |
| Past Due Payments | | 0 |
| Accelerated Payments (regular) | | 24 |
| Discount Rate | | 4% |
| Past Due Rent | $ | - |
| Accelerated Rent (regular payments), discounted to PV. | $20,254.27 | |
| Buyout option discounted to PV | $6,983.40 | |
| **Total Principal Due:** | $ 27,237.67 | |
| Late Fees | $ | - |
| Property Tax | $ | - |
| Repossession Fees | $ | - |
| Insurance Fees | $ | - |
| Insufficent Fund Fees | $ | - |
| Termination Fee | $ | 379.00 |
| Sales Tax | $ | 1,634.26 |
| **Total Non-Principal Damages** | $ 2,013.26 | |
| **TOTAL DUE & OWING (not including attorney fees)** | $ 29,250.93 | |
| -Security Deposit | $ | - |
| -Recoveries received | $ | - |
| -Proceeds from sale of equipment | $ | - |
| **Total:** | $ 29,250.93 | |

Date of default: 02/15/2023
Filed 1/19/2023



THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1694071

### Master Lease Agreement #ML01927434

**This Equipment Schedule** is subject to all of the terms and conditions of the referenced Master Lease Agreement ("Master Lease"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master Lease unless otherwise defined herein. You have reviewed and acknowledge all terms of this Lease. **Please sign or authenticate where noted.**

### LESSEE INFORMATION: Please verify this section and complete any missing information

| Lessee: Prajna Strategy | | | |
|---|---|---|---|
| Billing Address: 108 R Street NE | | | |
| City: Washington | State: dc | Zip: 20002 | County: |
| Federal Tax ID: ▇▇▇ | | State of Incorporation: | |
| Phone: ▇▇▇ | Fax: | | Email: ▇▇▇ |

### EQUIPMENT DESCRIPTION:

All personal property described below, including all replacements, parts, repairs, additions, accessions and accessories incorporated in such personal property or affixed to such personal property and any and all proceeds of the foregoing, including, without limitation, insurance proceeds, the "Equipment".

Supplier(s):

16in MacBook Pros
MBP's

You understand and agree that the collateral description comprising the "Equipment": (i) shall be the collateral description comprising the "Equipment" that is provided in the Schedule that has been executed by both You and Us, and (ii) may be amended or supplemented by Us upon Our receipt of the invoice(s) or comparable documentation issued by the Supplier. Any such supplemented and/or amended collateral description shall supersede in its entirety the collateral description provided in this Schedule and shall comprise the "Equipment". You acknowledge that You are choosing to lease this Equipment over time per the payment schedule and terms and conditions of this Lease rather than the cash price listed on the Invoice(s).

Equipment Location (if different from billing): 108 R Street NE  Washington  dc 20002

### LEASE TERMS and CONDITIONS:

Your Rent is set forth below in the box entitled "Monthly Rent", which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master Lease. Upon the occurrence of the Commencement Date, **this shall become a noncancelable, irrevocable lease; it cannot be cancelled or terminated.**

| LEASE TERM: | MONTHLY RENT: * | UPFRONT PAYMENT AMOUNTS: * | | END OF LEASE OPTION: |
|---|---|---|---|---|
| 36 | $1,000.00 | Security Deposit | $1,060.00 | DCC FMV |
| Months | *Inclusive of estimated sales tax where applicable | Advance Pmt w/ Estm. Tax | $1,060.00 | |
| (term is monthly unless otherwise indicated) | | Processing Fees | $0.00 | |
| | | *Inclusive of estimated sales tax (where applicable) | | |

**End of Lease Option:** Provided no Default under the Lease has occurred and is continuing, You may, at the end of the Lease term, purchase the Equipment for the amount listed under End of Lease Option above, on an "as is" basis, with all faults and without representation by or warranty from Us.

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to Lease terms, We may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this Lease will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery and (ii) withhold, set off or reduce any payment due under this Lease by reason thereof. Election of the Delivery Guaranty Option is made separately.

**Assignment of Invoice:** For each Supplier that has directly invoiced You for any Equipment, You agree that each and every invoice pursuant to this Lease is hereby sold, assigned and transferred to Us, including all of Your rights, title and interest in and to the Invoice and the covered Equipment.

**Rent Adjustment:** You agree that We may adjust the Rent (as set forth above in the box entitled "Monthly Rent") upward or downward, as the case may be, in proportion to any variation between the final Equipment cost and the estimated Equipment cost and/or any variation between the final sales tax amount (where applicable) and the estimated sales tax amount (where applicable), in each case upon which the original Rent set forth above was based. You so authorize Us to make any such adjustment.

**Equipment Purchase:** If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s). Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

### LEASE ACCEPTANCE:

| **Lessee:** Prajna Strategy | **Lessor:** CIT Bank, N.A. |
|---|---|
| DocuSigned by: | DocuSigned by: |
| X *Jonathan Wise* | X *Morgan Dudley* |
| Jonathan Wise     Date  11/1/2021 | Authorized Representative |
| BDA4A7B205F143B... | B4EFFC163C244BB... |
| | Commencement Date: 12/16/2021 |

**CONFIDENTIAL**Copyright ©2021 CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.
IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.



155 Commerce Way, Portsmouth, NH 03801 | Ph: 877-384-3439

## Addendum to Master Lease Schedule

This Addendum ("Addendum") shall amend Schedule No.: DCC-1694071 to Master Lease Agreement No.:
ML01927434 by and between Prajna Strategy ("Lessee") and CIT Bank, N.A. ("Lessor") with reference to the
above lease transaction ("Lease").   All terms and conditions of the Lease not inconsistent with this Addendum
shall be and remain in full force and effect.

Lessee hereby authorizes Lessor to correct the following:

| | | |
|---|---|---|
| ☐ Lessee/Company Name | ☑ Advance Payment | ☐ SignorTitle |
| ☐ Equipment Location | ☐ Rate Factor | ☐ EOL Option |
| ☐ Terms | ☐ BillingAddress | ☐ Equipment Description |
| ☑ Payment Amount | ☑ Processing Fees | ☐ Other |
| ☑ Security Deposit | ☐ SignorName | |

The Schedule and all other documents given in conjunction therewith shall now read:

**Payment Amount: $879.54**

**Security Deposit: $932.32**

**Advance Payment: $ 932.32**

**Processing Fees : $0.00**

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and
acknowledge receipt of a true copy hereof on the date(s) indicated below.

**Lessee: Prajna Strategy**

x Internal_____     11/9/2021_____

Jonathan Wise, CCO                     (Date)

**ACCEPTED BY CIT Bank, N.A.**

x *Morgan Dudley*_____     11/9/2021_____

                                     (Date)

Page 1 of 1

CONFIDENTIAL                     Copyright ©2021                     MLSADD62513

CIT Group Inc. All rights reserved. CIT and the CIT logo are registered trademarks of CIT Group Inc.

# Invoice



**Sales Order Number:** 1015674857
**Invoice number:** AG31749820
**Customer Number:** ▮▮▮▮▮
**PO Number:** DCC-1694071

**Invoice Date:** 12/02/2021
**Payment Due Date:** 01/01/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 21,267.05

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK N A
CIT BANK N A
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 7 | 7 | $ 2,699.00 | $ 18,893.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX | 7 | 7 | $ 339.15 | $ 2,374.05 |
|  |  | Web Order Number : 2210700587 |  |  |  |  |

**Questions**
Call or visit https://www.apple.com/contact/
**Special Instructions**
**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| **Subtotal** | $ 21,267.05 |
| **Tax** | $ 0.00 |
| **Shipping** | $0.00 |
| **Total Amount Due:** | **USD$ 21,267.05** |

# Invoice



**Sales Order Number:** 1015674857

**Invoice number:** AG31749820

**Customer Number:** ▮▮▮▮▮▮

**PO Number:** DCC-1694071

**Invoice Date:** 12/02/2021

**Payment Due Date:** 01/01/2022

**Payment Terms:** Net 30 Days

**Amount Due:** USD$ 21,267.05

**Please remit payment to**

Apple Inc.

P.O. Box 281877

ATLANTA, GA 30384-1877

USA

**Sold To**

CIT BANK N A

CIT BANK N A

155 COMMERCE WAY

PORTSMOUTH NH 03801-3243

USA

**Ship To**

PRAJNA

PRAJNA STRATEGY

108 R ST NE

WASHINGTON DC 20002-2120

USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010

| | | | | |
|---|---|---|---|---|
| G3XVTQPP67 | G407DCFC3X | GKW5FH43FR | HM7MGGPDWL | HPQLY9VQ2C |
| KKWK50Y2KD | XFG9FN646T | | | |

# Invoice



**Sales Order Number:** 1015674857
**Invoice number:** AG29466282
**Customer Number:** ▮▮▮▮▮▮
**PO Number:** DCC-1694071

**Invoice Date:** 11/29/2021
**Payment Due Date:** 12/29/2021
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 4,838.15

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK N A
CIT BANK N A
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000050 | Z14X | MBP 16.2 SG<br>With the following configuration (configuration ID Z14X000H7):<br>PROCESSOR AND GRAPHICS M1 Max with 10C CPU, 32C GPU<br>MEMORY 32GB unified memory<br>POWER ADAPTER 140W USB-C Power Adapter<br>HARD DRIVE/SOLID STATE DRIVE 4TB SSD storage<br>THUNDERBOLT 3x TB4, HDMI, SDXC, MagSafe 3<br>INPUT Touch ID<br>RETINA DISPLAY Liquid Retina XDR display<br>TRACKPAD Force Touch Trackpad<br>PRO APPS BUNDLE FOR EDU NONE<br>SW FINAL CUT PRO NONE<br>SW LOGIC PRO NONE<br>KEYBOARD AND DOCUMENTATION KEYBOARD COUNTRY KIT COUNTRY KIT | 1 | 1 | $ 4,499.00 | $ 4,499.00 |
| 000060 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX<br>Web Order Number : 2210700587 | 1 | 1 | $ 339.15 | $ 339.15 |

**Questions**
Call or visit https://www.apple.com/contact/

**Special Instructions**

**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 4,838.15 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| **Total Amount Due:** | **USD$ 4,838.15** |

# Invoice



**Sales Order Number:** 1015674857

**Invoice number:** AG29466282

**Customer Number:** ▮▮▮▮▮

**PO Number:** DCC-1694071

**Invoice Date:** 11/29/2021

**Payment Due Date:** 12/29/2021

**Payment Terms:** Net 30 Days

**Amount Due:** USD$ 4,838.15

**Please remit payment to**

Apple Inc.

P.O. Box 281877

ATLANTA, GA 30384-1877

USA

**Sold To**

CIT BANK N A

CIT BANK N A

155 COMMERCE WAY

PORTSMOUTH NH 03801-3243

USA

**Ship To**

PRAJNA

PRAJNA STRATEGY

108 R ST NE

WASHINGTON DC 20002-2120

USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000050

DJ5WJJFHQX

# Invoice



**Sales Order Number:** 1015674857

**Invoice number:** AG27772538

**Customer Number:** ▮▮▮▮

**PO Number:** DCC-1694071

**Invoice Date:** 11/26/2021

**Payment Due Date:** 12/26/2021

**Payment Terms:** Net 30 Days

**Amount Due:** USD$ 3,438.15

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK N A
CIT BANK N A
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000030 | Z14V | MBP 16.2 SG<br>With the following configuration (configuration ID Z14V0015X):<br>PROCESSOR AND GRAPHICS M1 Pro with 10C CPU, 16C GPU<br>MEMORY 16GB unified memory<br>POWER ADAPTER 140W USB-C Power Adapter<br>HARD DRIVE/SOLID STATE DRIVE 2TB SSD storage<br>THUNDERBOLT 3x TB4, HDMI, SDXC, MagSafe 3<br>INPUT Touch ID<br>RETINA DISPLAY Liquid Retina XDR display<br>TRACKPAD Force Touch Trackpad<br>PRO APPS BUNDLE FOR EDU NONE<br>SW FINAL CUT PRO NONE<br>SW LOGIC PRO NONE<br>KEYBOARD AND DOCUMENTATION KEYBOARD COUNTRY KIT COUNTRY KIT | 1 | 1 | $ 3,099.00 | $ 3,099.00 |
| 000040 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX<br>Web Order Number : 2210700587 | 1 | 1 | $ 339.15 | $ 339.15 |

**Questions**
Call or visit https://www.apple.com/contact/

**Special Instructions**

**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer Agreement or other purchase agreement with Apple.

| | |
|---|---|
| **Subtotal** | $ 3,438.15 |
| **Tax** | $ 0.00 |
| **Shipping** | $0.00 |
| **Total Amount Due:** | **USD$ 3,438.15** |

# Invoice



**Sales Order Number:** 1015674857
**Invoice number:** AG27772538
**Customer Number** ████
**PO Number:** DCC-1694071

**Invoice Date:** 11/26/2021
**Payment Due Date:** 12/26/2021
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,438.15

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK N A
CIT BANK N A
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000030
M46WLWLJF6

# Invoice



**Sales Order Number:** 1015674857

**Invoice number:** AG26421048

**Customer Number:** ▮▮▮▮

**PO Number:** DCC-1694071

**Invoice Date:** 11/23/2021

**Payment Due Date:** 12/23/2021

**Payment Terms:** Net 30 Days

**Amount Due:** USD$ 5,638.15

**Please remit payment to**

Apple Inc.

P.O. Box 281877

ATLANTA, GA 30384-1877

USA

**Sold To**

CIT BANK N A

CIT BANK N A

155 COMMERCE WAY

PORTSMOUTH NH 03801-3243

USA

**Ship To**

PRAJNA

PRAJNA STRATEGY

108 R ST NE

WASHINGTON DC 20002-2120

USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000070 | Z14V | MBP 16.2 SG<br>With the following configuration (configuration ID Z14V0016L):<br>PROCESSOR AND GRAPHICS M1 Pro with 10C CPU, 16C GPU<br>MEMORY 32GB unified memory<br>POWER ADAPTER 140W USB-C Power Adapter<br>HARD DRIVE/SOLID STATE DRIVE 8TB SSD storage<br>THUNDERBOLT 3x TB4, HDMI, SDXC, MagSafe 3<br>INPUT Touch ID<br>RETINA DISPLAY Liquid Retina XDR display<br>TRACKPAD Force Touch Trackpad<br>PRO APPS BUNDLE FOR EDU NONE<br>SW FINAL CUT PRO NONE<br>SW LOGIC PRO NONE<br>KEYBOARD AND DOCUMENTATION KEYBOARD COUNTRY KIT COUNTRY KIT | 1 | 1 | $ 5,299.00 | $ 5,299.00 |
| 000080 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX<br>Web Order Number : 2210700587 | 1 | 1 | $ 339.15 | $ 339.15 |

**Questions**

Call or visit https://www.apple.com/contact/

**Special Instructions**

**Terms and Conditions**

This order is subject to the terms of your Apple Direct Customer Agreement or other purchase agreement with Apple.

| | |
|---|---|
| **Subtotal** | $ 5,638.15 |
| **Tax** | $ 0.00 |
| **Shipping** | $0.00 |
| **Total Amount Due:** | **USD$ 5,638.15** |

Page 1 of 2

# Invoice



**Sales Order Number:** 1015674857
**Invoice number:** AG26421048
**Customer Number:** ▮▮▮▮
**PO Number:** DCC-1694071

**Invoice Date:** 11/23/2021
**Payment Due Date:** 12/23/2021
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 5,638.15

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK N A
CIT BANK N A
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000070
RWMSWHQDW9



## Debt Calculation

Name: Prajna Strategy
Master Lease Agreement # ML 01927434
Schedule # dcc1715665
IL # 097-0153967
Dated Prepared:05/04/2023

| | | |
|---|---|---|
| Regular payment | $ | 235.44 |
| Buyout Option | $ | 1,959.51 |
| Sales Tax % | | 6.00% |
| Term | | 36 |
| Payments Made | | 9 |
| Past Due Payments | | 0 |
| Accelerated Payments (regular) | | 27 |
| Discount Rate | | 4% |
| Past Due Rent | $ | - |
| Accelerated Rent (regular payments), discounted to PV. | | $6,069.55 |
| Buyout option discounted to PV | | $1,791.13 |
| Total Principal Due: | $ | 7,860.68 |
| Late Fees | $ | - |
| Property Tax | $ | - |
| Repossession Fees | $ | - |
| Insurance Fees | $ | - |
| Insufficent Fund Fees | $ | - |
| Termination Fee | $ | 379.00 |
| Sales Tax | $ | 471.64 |
| Total Non-Principal Damages | $ | 850.64 |
| TOTAL DUE & OWING (not including attorney fees) | $ | 8,711.32 |
| -Security Deposit | $ | - |
| -Recoveries received | $ | - |
| -Proceeds from sale of equipment | $ | - |
| Total: | $ | 8,711.32 |

Date of default: 02/07/2023
Filed 1/19/2023

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**CIT.**

## EQUIPMENT SCHEDULE #DCC-1715665

### Master Lease Agreement #ML01927434

This **Equipment Schedule** is subject to all of the terms and conditions of the referenced Master Lease Agreement ("Master Lease"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master Lease unless otherwise defined herein. You have reviewed and acknowledge all terms of this Lease. **Please sign or authenticate where noted.**

| LESSEE INFORMATION: Please verify this section and complete any missing information |
|---|

Lessee: Prajna Strategy LLC DBA PRAJNA

Billing Address: 108 R Street NE

| City: Washington | State: DC | Zip: 20002 | County: |
|---|---|---|---|

| Federal Tax ID: ▉ | | State of Incorporation: |
|---|---|---|

| Phone: | Fax: | Email: |
|---|---|---|

### EQUIPMENT DESCRIPTION:

All personal property described below, including all replacements, parts, repairs, additions, accessions and accessories incorporated in such personal property or affixed to such personal property and any and all proceeds of the foregoing, including, without limitation, insurance proceeds, the "Equipment".

Supplier(s):

MacBook Pro (3)
MacBook Pros

You understand and agree that the collateral description comprising the "Equipment": (i) shall be the collateral description comprising the "Equipment" that is provided in the Schedule that has been executed by both You and Us, and (ii) may be amended or supplemented by Us upon Our receipt of the invoice(s) or comparable documentation issued by the Supplier. Any such supplemented and/or amended collateral description shall supersede in its entirety the collateral description provided in this Schedule and shall comprise the "Equipment". You acknowledge that You are choosing to lease this Equipment over time per the payment schedule and terms and conditions of this Lease rather than the cash price listed on the Invoice(s).

Equipment Location (if different from billing): See Exhibit A

### LEASE TERMS and CONDITIONS:

Your Rent is set forth below in the box entitled "Monthly Rent", which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master Lease. Upon the occurrence of the Commencement Date, this shall become a noncancelable, irrevocable lease; it cannot be cancelled or terminated.

| LEASE TERM: | MONTHLY RENT: * | UPFRONT PAYMENT AMOUNTS: * | | END OF LEASE OPTION: |
|---|---|---|---|---|
| 36 | $235.44 | Security Deposit | $253.58 | DCC FMV |
| Months | *Inclusive of estimated sales tax where applicable | Advance Pmt w/ Estm. Tax | $253.58 | |
| (term is monthly unless otherwise indicated) | | Processing Fees | $0.00 | |
| | | *Inclusive of estimated sales tax where applicable | | |

**End of Lease Option:** Provided no Default under the Lease has occurred and is continuing, You may, at the end of the Lease term, purchase the Equipment for the amount listed under End of Lease Option above, on an "as is, where is" basis, with all faults and without representation by or warranty from Us.

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to Lease terms, we may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this Lease will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery or (ii) withhold, set off or reduce any payment due under this Lease by reason thereof. Election of the Delivery Guaranty Option is made separately.

**Assignment of Invoice:** For each Supplier that has directly invoiced You for any Equipment, You agree that each and every invoice pursuant to this Lease is hereby sold, assigned and transferred to Us, including all of Your rights, title and interest in and to the Invoice and the covered Equipment.

**Rent Adjustment:** You agree that We may adjust the Rent (as set forth above in the box entitled "Monthly Rent") upward or downward, as the case may be, in proportion to any variation between the final Equipment cost and the estimated Equipment cost and/or any variation between the final sales tax amount (where applicable) and the estimated sales tax amount (where applicable), in each case upon which the original Rent set forth above was based. You so authorize Us to make any such adjustment.

**Program Change:** The below change applies to this Schedule only. Except for the below change, no other change in the terms or provisions of the Master Lease are intended or implied.

(1) Insurance: This Insurance section shall supersede section 10 of the Master Lease in its entirety.

You in Your discretion may, at Your own expense obtain: (1) property damage insurance against all loss or damage to the Equipment, including, without limitation, loss by fire, theft and such other risks of loss as are customarily insured against on the Equipment, in amounts acceptable to Us, naming Us as loss payee ("Physical Damage Insurance"); and (2) liability and third party property damage insurance in amounts acceptable to Us, naming Us as an additional insured. If You in Your discretion so choose to obtain such insurance, (i) such insurance shall be with such carriers and in such policy forms acceptable to Us; (ii) all policies must provide that We be given thirty (30) days' written notice of any material change or cancellation and (iii) You agree to provide Us with certificates or other evidence of insurance acceptable to Us. Furthermore, if You in Your discretion so choose to obtain such insurance, (i) We may negotiate and settle for Our benefit all Physical Damage Insurance claims and all liability insurance claims involving Us or the Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Equipment; (2) We shall retain any Physical Damage Insurance proceeds up to the full amount owed under the Lease; and (iii) You will remain responsible for any deficiency.

As between You and Us, You are responsible for any and all losses arising from any cause at all, whether or not the Equipment is insured and whether or not the Equipment is covered under any Supplier-provided warranty or repair plan, until the Equipment is delivered to Us at the end of this Lease. You are required to

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**CIT.**

## EQUIPMENT SCHEDULE #DCC-1715665

make all Rent payments even if there is a loss. You must notify us in writing immediately of any loss. Then, at Our option, You will: (a) have the Supplier repair the Equipment if is it capable of being repaired so that it is in good condition and working order, eligible for any Supplier's certification, (b) have the Supplier replace the Equipment with identical Equipment, (c) if the Equipment is fully insured with Physical Damage Insurance for all losses with Us named as loss payee as provided in the paragraph immediately above, promptly make a claim under Your policy and cause all proceeds to be promptly paid to Us, or (d) pay Us, as compensation for loss of Our bargain and not as a penalty, a sum equal to (i) the present value of all future unpaid Rent payments for the remainder of the Lease term (discounted at a per annum rate of 4%), plus (ii) Our residual interest in the Equipment, plus (iii) all other amounts due and to become due under this Lease (including any and all fees, charges, transfer taxes and applicable sales, property and other taxes). As stated above, We are not requiring You to keep the Equipment fully insured against any loss with Us named as loss payee and additional insured. However We strongly encourage You to obtain insurance related to the Equipment with Us as named loss payee and additional insured as provided in the paragraph immediately above or, if you do not elect to take this action, to at least check with Your insurance provider to see if the Equipment is so covered under one of Your existing insurance policies and, if not, for You to obtain additional Physical Damage Insurance and liability insurance covering the Equipment for all losses.

(2) End of Lease Notice: The fifth sentence in Section 13 of the Master Lease is hereby deleted in its entirety and the following sentence inserted in lieu thereof. "Unless the applicable Schedule contains a $1.00 purchase option, You may, after written notice to Us 30 days prior to the end of the initial term or 30 days prior to the end of any renewal term (as more fully provided below) of each Schedule and provided You are not in Default, (a) purchase all but not less than all of the Equipment for the fair market value or for the purchase option amount otherwise stated on the Schedule or (b) return the Equipment to us."

Equipment Purchase: If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s). Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

### LEASE ACCEPTANCE:

| Lessee: Prajna Strategy LLC DBA PRAJNA | Lessor: First-Citizens Bank & Trust Company |
|---|---|
| DocuSigned by: | DocuSigned by: |
| X _Kristen Clark_ 2/18/2022 | X Tracy Pollak |
| Kristen Clark   CEO   Date | on behalf of First Citizens Bank & Trust Company |
| 173FB953DAD8491... | Authorized Representative |
| | EF32A0472J8F410... |
| | Commencement Date: 4/4/2022 |

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net



# EXHIBIT "A"

This Exhibit A is referred to and made part of Equipment Schedule #DCC-1715665 to Master Lease Agreement #ML01927434 between Prajna Strategy LLC DBA PRAJNA  (Lessee) and CIT Bank, a division of First-Citizens Bank & Trust Company (Lessor).

| Equipment Description | Address | City | State | Zip |
|---|---|---|---|---|
| Computers - Desktops | 806 Channing Place NE #325 | Washington | DC | 20018 |
| Computers - Desktops | 11099 Eastridge Dr NE, Apt L304 | Redmond | WA | 98053 |
| Computers - Desktops | 41 SE 5th St, Apt 1902 | Miami | FL | 33131 |

Lessee: Prajna Strategy LLC DBA PRAJNA

X ~~Kristen Clark~~     2/18/2022
Kristen Clark, CEO     (Date)

Lessor: First-Citizens Bank & Trust Company

X *Tracy Pollak*     4/4/2022
on behalf of First Citizens Bank & Trust Company
Authorized Representative     (Date)
EF32AD47238F410...

Confidential     MLS-A62513

Copyright ©2022

First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

# Invoice



Sales Order Number: 1016416250
Invoice number: AH29898443
Customer Number: ▮▮▮▮▮▮
PO Number: DCC-1715665-A

Invoice Date: 03/11/2022
Payment Due Date: 04/10/2022
Payment Terms: Net 30 Days
Amount Due: USD$ 3,038.00

Please remit payment to
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
Elizabeth Arteaga
PRAJNA STRATEGY
11099 Eastridge Dr NE Apt L304
REDMOND WA 98053-4008
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 1 | 1 | $ 2,699.00 | $ 2,699.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX Web Order Number : 2210973961 | 1 | 1 | $ 339.00 | $ 339.00 |

**Questions**
Call or visit https://www.apple.com/contact/
**Special Instructions**
**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 3,038.00 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| Total Amount Due: | USD$ 3,038.00 |

# Invoice



**Sales Order Number:** 1016416250
**Invoice number:** AH29898443
**Customer Number:** ▮▮▮▮▮
**PO Number:** DCC-1715665-A

**Invoice Date:** 03/11/2022
**Payment Due Date:** 04/10/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,038.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
Elizabeth Arteaga
PRAJNA STRATEGY
11099 Eastridge Dr NE Apt L304
REDMOND WA 98053-4008
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
Y6NW0522WV

# Invoice



Sales Order Number: 1016425125
Invoice number: AH30173977
Customer Number: ▮▮▮▮▮▮
PO Number: DCC-1715665-B

Invoice Date: 03/13/2022
Payment Due Date: 04/12/2022
Payment Terms: Net 30 Days
Amount Due: USD$ 3,038.00

Please remit payment to
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
Sheri Lerner
PRAJNA STRATEGY
41 SE 5th St Apt 1902
MIAMI FL 33131-2548
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 1 | 1 | $ 2,699.00 | $ 2,699.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX<br>Web Order Number : 2210973962 | 1 | 1 | $ 339.00 | $ 339.00 |

**Questions**
Call or visit https://www.apple.com/contact/
**Special Instructions**
**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 3,038.00 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| Total Amount Due: | USD$ 3,038.00 |

# Invoice



**Sales Order Number:** 1016425125
**Invoice number:** AH30173977
**Customer Number:** █████
**PO Number:** DCC-1715665-B

**Invoice Date:** 03/13/2022
**Payment Due Date:** 04/12/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,038.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
Sheri Lerner
PRAJNA STRATEGY
41 SE 5th St Apt 1902
MIAMI FL 33131-2548
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
YTXM417X1L

# Invoice



Sales Order Number: 1016406990
Invoice number: AH28860155
Customer Number: ████
PO Number: DCC-1715665

Invoice Date: 03/08/2022
Payment Due Date: 04/07/2022
Payment Terms: Net 30 Days
Amount Due: USD$ 3,038.00

Please remit payment to
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

Sold To
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

Ship To
Kelsie Anderson
PRAJNA STRATEGY
806 Channing Pl NE #325
WASHINGTON DC 20018-1769
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 1 | 1 | $ 2,699.00 | $ 2,699.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX Web Order Number : 2210972875 | 1 | 1 | $ 339.00 | $ 339.00 |

Questions
Call or visit https://www.apple.com/contact/
Special Instructions
Terms and Conditions
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 3,038.00 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| Total Amount Due: | USD$ 3,038.00 |

# Invoice



**Sales Order Number:** 1016406990
**Invoice number:** AH28860155
**Customer Number:** ████
**PO Number:** DCC-1715665

**Invoice Date:** 03/08/2022
**Payment Due Date:** 04/07/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,038.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**

CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**

Kelsie Anderson
PRAJNA STRATEGY
806 Channing Pl NE #325
WASHINGTON DC 20018-1769
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
L6F74R6WNQ



## Debt Calculation

Name:  Prajna Strategy
Master Lease Agreement # ML 01927434
Schedule DCC # 1716843
IL # 097-0154888-000
Dated Prepared:05/04/2023

| | | |
|---|---|---|
| Regular payment | $ | 78.48 |
| Buyout Option | $ | 653.17 |
| Sales Tax % | | 6.00% |
| Term | | 36 |
| Payments Made | | 9 |
| Past Due Payments | | 0 |
| Accelerated Payments (regular) | | 27 |
| Discount Rate | | 4% |

| | | |
|---|---|---|
| Past Due Rent | $ | - |
| Accelerated Rent (regular payments), discounted to PV. | $2,023.18 | |
| Buyout option discounted to PV | $597.04 | |
| Total Principal Due: | $ | 2,620.23 |

| | | |
|---|---|---|
| Late Fees | $ | - |
| Property Tax | $ | - |
| Repossession Fees | $ | - |
| Insurance Fees | $ | - |
| Insufficent Fund Fees | $ | - |
| Termination Fee | $ | 379.00 |
| Sales Tax | $ | 157.21 |
| Total Non-Principal Damages | $ | 536.21 |

| | | |
|---|---|---|
| TOTAL DUE & OWING (not including attorney fees) | $ | 3,156.44 |

| | | |
|---|---|---|
| -Security Deposit | $ | 83.19 |
| -Recoveries received | $ | - |
| -Proceeds from sale of equipment | $ | - |
| Total: | $ | 3,239.63 |

Date of default: 02/10/2023
Filed 1/19/2023

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**CIT.**

## EQUIPMENT SCHEDULE #DCC-1716843

### Master Lease Agreement #ML01927434

**This Equipment Schedule** is subject to all of the terms and conditions of the referenced Master Lease Agreement ("Master Lease"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master Lease unless otherwise defined herein. You have reviewed and acknowledge all terms of this Lease. **Please sign or authenticate where noted.**

### LESSEE INFORMATION: Please verify this section and complete any missing information

| | | | |
|---|---|---|---|
| Lessee: Prajna Strategy LLC DBA PRAJNA | | | |
| Billing Address: 108 R Street NE | | | |
| City: Washington | State: DC | Zip: 20002 | County: |
| Federal Tax ID: ▮▮▮ | | State of Incorporation: | |
| Phone: ▮▮▮ | Fax: | | Email: ▮▮▮ |

### EQUIPMENT DESCRIPTION:

All personal property described below, including all replacements, parts, repairs, additions, accessions and accessories incorporated in such personal property or affixed to such personal property and any and all proceeds of the foregoing, including, without limitation, insurance proceeds, the "Equipment".

Supplier(s):

MacBook Pro
MBPS

You understand and agree that the collateral description comprising the "Equipment": (i) shall be the collateral description comprising the "Equipment" that is provided in the Schedule that has been executed by both You and Us, and (ii) may be amended or supplemented by Us upon Our receipt of the invoice(s) or comparable documentation issued by the Supplier. Any such supplemented and/or amended collateral description shall supersede in its entirety the collateral description provided in this Schedule and shall comprise the "Equipment". You acknowledge that You are choosing to lease this Equipment over time per the payment schedule and terms and conditions of this Lease rather than the cash price listed on the Invoice(s).

Equipment Location (if different from billing): 108 R Street NE  Washington  DC 20002

### LEASE TERMS and CONDITIONS:

Your Rent is set forth below in the box entitled "Monthly Rent", which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master Lease. Upon the occurrence of the Commencement Date, this shall become a noncancelable, irrevocable lease; it cannot be cancelled or terminated.

| LEASE TERM: | MONTHLY RENT: * | UPFRONT PAYMENT AMOUNTS: * | END OF LEASE OPTION: |
|---|---|---|---|
| 36 | $78.48 | Security Deposit        $83.19 | DCC FMV |
| Months | *Inclusive of estimated sales tax where applicable | Advance Pmt w/ Estm. Tax    $83.19 | |
| (term is monthly unless otherwise indicated) | | Processing Fees        $0.00 | |
| | | *Inclusive of estimated sales tax where applicable | |

**End of Lease Option:** Provided no Default under the Lease has occurred and is continuing, You may, at the end of the Lease term, purchase the Equipment for the amount listed under End of Lease Option above, on an "as is, where is" basis, with all faults and without representation by or warranty from Us.

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to Lease terms, We may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this Lease will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery or (ii) withhold, set off or reduce any payment due under this Lease by reason thereof. Election of the Delivery Guaranty Option is made separately.

**Assignment of Invoice:** For each Supplier that has directly invoiced You for any Equipment, You agree that each and every invoice pursuant to this Lease is hereby sold, assigned and transferred to Us, including all of Your rights, title and interest in and to the Invoice and the covered Equipment.

**Rent Adjustment:** You agree that We may adjust the Rent (as set forth above in the box entitled "Monthly Rent") upward or downward, as the case may be, in proportion to any variation between the final Equipment cost and the estimated Equipment cost and/or any variation between the final sales tax amount (where applicable) and the estimated sales tax amount (where applicable), in each case upon which the original Rent set forth above was based. You so authorize Us to make any such adjustment.

**Program Change:** The below change applies to this Schedule only. Except for the below change, no other change in the terms or provisions of the Master Lease are intended or implied.

**(1) Insurance:** This insurance section shall supersede section 10 of the Master Lease in its entirety.

You in Your discretion may, at Your own expense obtain: (1) property damage insurance against all loss or damage to the Equipment, including, without limitation, loss by fire, theft and such other risks of loss as are customarily insured against on the Equipment, in amounts acceptable to Us, naming Us as loss payee ("Physical Damage Insurance"); and (2) liability and third party property damage insurance in amounts acceptable to Us, naming Us as an additional insured. If You in Your discretion so choose to obtain such insurance, (i) such insurance shall be with such carriers and in such policy forms acceptable to Us; (ii) all policies must provide that We be given thirty (30) days' written notice of any material change or cancellation and (iii) You agree to provide Us with certificates or other evidence of insurance acceptable to Us. Furthermore, if You in Your discretion so choose to obtain such insurance, (i) We may negotiate and settle for Our benefit all Physical Damage Insurance claims and all liability insurance claims involving Us or the Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Equipment; (2) We shall retain any Physical Damage Insurance proceeds up to the full amount owed under the Lease; and (3) You will remain responsible for any deficiency.

As between You and Us, You are responsible for any and all losses arising from any cause at all, whether or not the Equipment is insured and whether or not the Equipment is covered under any Supplier-provided warranty or repair plan, until the Equipment is delivered to Us at the end of this Lease. You are required to

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.



THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1716843

make all Rent payments even if there is a loss. You must notify us in writing immediately of any loss. Then, at Our option, You will: (a) have the Supplier repair the Equipment if is it capable of being repaired so that it is in good condition and working order, eligible for any Supplier's certification, (b) have the Supplier replace the Equipment with identical Equipment, (c) if the Equipment is fully insured with Physical Damage Insurance for all losses with Us named as loss payee as provided in the paragraph immediately above, promptly make a claim under Your policy and cause all proceeds to be promptly paid to Us, or (d) pay Us, as compensation for loss of Our bargain and not as a penalty, a sum equal to (i) the present value of all future unpaid Rent payments for the remainder of the Lease term (discounted at a per annum rate of 4%), plus (ii) Our residual interest in the Equipment, plus (iii) all other amounts due and to become due under this Lease (including any and all fees, charges, transfer taxes and applicable sales, property and other taxes). As stated above, We are not requiring You to keep the Equipment fully insured against any loss with Us named as loss payee and additional insured. However We strongly encourage You to obtain insurance related to the Equipment with Us as named loss payee and additional insured as provided in the paragraph immediately above or, if you do not elect to take this action, to at least check with Your insurance provider to see if the Equipment is so covered under one of Your existing insurance policies and, if not, for You to obtain additional Physical Damage Insurance and liability insurance covering the Equipment for all losses.

(2) End of Lease Notice: The fifth sentence in Section 13 of the Master Lease is hereby deleted in its entirety and the following sentence inserted in lieu thereof. "Unless the applicable Schedule contains a $1.00 purchase option, You may, after written notice to Us 30 days prior to the end of the initial term or 30 days prior to the end of any renewal term (as more fully provided below) of each Schedule and provided You are not in Default, (a) purchase all but not less than all of the Equipment for the fair market value or for the purchase option amount otherwise stated on the Schedule or (b) return the Equipment to us."
Equipment Purchase: If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s). Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

### LEASE ACCEPTANCE:

| Lessee: Prajna Strategy LLC DBA PRAJNA | Lessor: First-Citizens Bank & Trust Company |
|---|---|

Lessee: Prajna Strategy LLC DBA PRAJNA
DocuSigned by:

X _Kristen Clark_          2/23/2022
173FB953DAD8491...   Kristen Clark   CEO   Date

Lessor: First-Citizens Bank & Trust Company
DocuSigned by:
Connor Dubois
X _____
on behalf of First-Citizens Bank & Trust Company
C4C8D098A0B9454...
Authorized Representative
Commencement Date: 4/14/2022

COPY VIEW

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.

# Invoice



**Sales Order Number:** 1016433788
**Invoice number:** AH29992739
**Customer Number:**
**PO Number:** DCC-1716843

**Invoice Date:** 03/12/2022
**Payment Due Date:** 04/11/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,038.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**

CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 1 | 1 | $ 2,699.00 | $ 2,699.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX Web Order Number : 2210984340 | 1 | 1 | $ 339.00 | $ 339.00 |

**Questions**
Call or visit https://www.apple.com/contact/

**Special Instructions**

**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| **Subtotal** | $ 3,038.00 |
| **Tax** | $ 0.00 |
| **Shipping** | $0.00 |
| **Total Amount Due:** | **USD$ 3,038.00** |

# Invoice



**Sales Order Number:** 1016433788
**Invoice number:** AH29992739
**Customer Number:** ▮▮▮▮
**PO Number:** DCC-1716843

**Invoice Date:** 03/12/2022
**Payment Due Date:** 04/11/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,038.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
PRAJNA STRATEGY
108 R ST NE
WASHINGTON DC 20002-2120
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
Q96106J291



## Debt Calculation

Name: Prajna Strategy
Master Lease Agreement # ML 01927434
Schedule # DCC 1720346
IL #097-0161432-000
Dated Prepared:05/04/2023

| | | |
|---|---|---|
| Regular payment | $ | 159.62 |
| Buyout Option | $ | 674.24 |
| Sales Tax % | | 6.00% |
| Term | | 36 |
| Payments Made | | 7 |
| Past Due Payments | | 0 |
| Accelerated Payments (regular) | | 29 |
| Discount Rate | | 4% |

| | | |
|---|---|---|
| Past Due Rent | $ | - |
| Accelerated Rent (regular payments), discounted to PV. | | $4,405.30 |
| Buyout option discounted to PV | | $612.21 |
| Total Principal Due: | $ | 5,017.51 |

| | | |
|---|---|---|
| Late Fees | $ | - |
| Property Tax | $ | - |
| Repossession Fees | $ | - |
| Insurance Fees | $ | - |
| Insufficent Fund Fees | $ | - |
| Termination Fee | $ | 379.00 |
| Sales Tax | $ | 301.05 |
| Total Non-Principal Damages | $ | 680.05 |

| | | |
|---|---|---|
| TOTAL DUE & OWING (not including attorney fees) | $ | 5,697.56 |

| | | |
|---|---|---|
| -Security Deposit | $ | - |
| -Recoveries received | $ | - |
| -Proceeds from sale of equipment | $ | - |
| Total: | $ | 5,697.56 |

Date of default: 02/25/2023
Filed 1/19/2023

**CIT.**

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

## EQUIPMENT SCHEDULE #DCC-1720346

### Master Lease Agreement #ML01927434

This **Equipment Schedule** is subject to all of the terms and conditions of the referenced Master Lease Agreement ("Master Lease"), including, without limitation, Section 14 (UCC Filings). Each capitalized term used herein has the same meaning given to it in the referenced Master Lease unless otherwise defined herein. You have reviewed and acknowledge all terms of this Lease. **Please sign or authenticate where noted.**

### LESSEE INFORMATION: Please verify this section and complete any missing information

| | | | |
|---|---|---|---|
| Lessee: Prajna Strategy LLC DBA PRAJNA | | | |
| Billing Address: 108 R Street NE | | | |
| City: Washington | State: DC | Zip: 20002 | County: |
| Federal Tax ID: ▓▓▓ | | State of Incorporation: | |
| Phone: | Fax: | | Email: |

### EQUIPMENT DESCRIPTION:

All personal property described below, including all replacements, parts, repairs, additions, accessions and accessories incorporated in such personal property or affixed to such personal property and any and all proceeds of the foregoing, including, without limitation, insurance proceeds, the "Equipment".

Supplier(s):

14-inch MacBook Pro , 16-inch MacBook Pro
MacBooks

You understand and agree that the collateral description comprising the "Equipment": (i) shall be the collateral description comprising the "Equipment" that is provided in the Schedule that has been executed by both You and Us, and (ii) may be amended or supplemented by Us upon Our receipt of the Invoice(s) or comparable documentation issued by the Supplier. Any such supplemented and/or amended collateral description shall supersede in its entirety the collateral description provided in this Schedule and shall comprise the "Equipment". You acknowledge that You are choosing to lease this Equipment over time per the payment schedule and terms and conditions of this Lease rather than the cash price listed on the Invoice(s).

Equipment Location (if different from billing): See Exhibit A

### LEASE TERMS and CONDITIONS:

Your Rent is set forth below in the box entitled "Monthly Rent", which is due in advance on the due date to be established by Us on our acceptance of this Schedule. This Schedule shall commence upon Our written acceptance or other authentication on the "Commencement Date" (provided below), the occurrence of which is described in the Master Lease. Upon the occurrence of the Commencement Date, this shall become a noncancelable, irrevocable lease; it cannot be cancelled or terminated.

| LEASE TERM: | MONTHLY RENT: * | UPFRONT PAYMENT AMOUNTS: * | END OF LEASE OPTION: |
|---|---|---|---|
| 36 | $159.49 | Security Deposit $171.83 | DCC FMV |
| Months | *Inclusive of estimated sales tax where applicable | Advance Pmt w/ Estm. Tax $171.83 | |
| (term is monthly unless otherwise indicated) | | Processing Fees $0.00 | |
| | | *Inclusive of estimated sales tax where applicable | |

**End of Lease Option:** Provided no Default under the Lease has occurred and is continuing, You may, at the end of the Lease term, purchase the Equipment for the amount listed under End of Lease Option above, on an "as is, where is" basis, with all faults and without representation by or warranty from Us.

**Delivery Guaranty Option:** If this option is elected, in reliance on Your promise to pay Us and subject to Lease terms, We may, subject to credit approval, pay Supplier(s) prior to Equipment delivery. In such case, You understand that despite the fact that some or all of the Equipment has not been delivered or installed, You authorize Us to pay Supplier(s) and Your obligations under this Lease will commence immediately and are absolute and unconditional. You understand and agree that if You are not satisfied with any part of the Equipment, You will only look to persons other than Us, such as Supplier(s), manufacturer, vendor, installer or carrier, and shall not: (i) assert against Us any claim or defense that You may have with the Equipment, installation or delivery and (ii) withhold, set off or reduce any payment due under this Lease by reason thereof. Election of the Delivery Guaranty Option is separately.

**Assignment of Invoice:** For each Supplier that has directly invoiced You for any Equipment, You agree that each and every invoice pursuant to this Lease is hereby sold, assigned and transferred to Us, including all of Your rights, title and interest in and to the Invoice and the covered Equipment.

**Rent Adjustment:** You agree that We may adjust the Rent (as set forth above in the box entitled "Monthly Rent") upward or downward, as the case may be, in proportion to any variation between the final Equipment cost and the estimated Equipment cost and/or any variation between the final sales tax amount (where applicable) and the estimated sales tax amount (where applicable), in each case upon which the original Rent set forth above was based. You so authorize Us to make any such adjustment.

**Program Change:** The below change applies to this Schedule only. Except for the below change, no other change in the terms or provisions of the Master Lease are intended or implied.

(1) Insurance: This Insurance section shall supersede section 10 of the Master Lease in its entirety.

You in Your discretion may, at Your own expense obtain: (1) property damage insurance against all loss or damage to the Equipment, including, without limitation, loss by fire, theft and such other risks of loss as are customarily insured against on the Equipment, in amounts acceptable to Us, naming Us as loss payee ("Physical Damage Insurance"); and (2) liability and third party property damage insurance in amounts acceptable to Us, naming Us as an additional insured. If You in Your discretion so choose to obtain such insurance, such insurance shall be with such carriers and in such policy forms acceptable to Us; (ii) all policies must provide that We be given thirty (30) days' written notice of any material change or cancellation and (iii) You agree to provide Us with certificates or other evidence of insurance acceptable to Us. Furthermore, if You in Your discretion so choose to obtain such insurance, (i) We may negotiate and settle for Our benefit all Physical Damage Insurance claims and all liability insurance claims involving Us or the Equipment and may sign or endorse Your name on any draft, check or instrument representing insurance proceeds covering the Equipment; (2) We shall retain any Physical Damage Insurance proceeds up to the full amount owed under the Lease; and (iii) You will remain responsible for any deficiency.

As between You and Us, You are responsible for any and all losses arising from any cause at all, whether or not the Equipment is insured and whether or not the Equipment is covered under any Supplier-provided warranty or repair plan, until the Equipment is delivered to Us at the end of this Lease. You are required to

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.



THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net

**EQUIPMENT SCHEDULE #DCC-1720346**

make all Rent payments even if there is a loss. You must notify us in writing immediately of any loss. Then, at Our option, You will: (a) have the Supplier repair the Equipment if is it capable of being repaired so that it is in good condition and working order, eligible for any Supplier's certification, (b) have the Supplier replace the Equipment with identical Equipment, (c) if the Equipment is fully insured with Physical Damage Insurance for all losses with Us named as loss payee as provided in the paragraph immediately above, promptly make a claim under Your policy and cause all proceeds to be promptly paid to Us, or (d) pay Us, as compensation for loss of Our bargain and not as a penalty, a sum equal to (i) the present value of all future unpaid Rent payments for the remainder of the Lease term (discounted at a per annum rate of 4%), plus (ii) Our residual interest in the Equipment, plus (iii) all other amounts due and to become due under this Lease (including any and all fees, charges, transfer taxes and applicable sales, property and other taxes). As stated above, We are not requiring You to keep the Equipment fully insured against any loss with Us named as loss payee and additional insured. However We strongly encourage You to obtain insurance related to the Equipment with Us as named loss payee and additional insured as provided in the paragraph immediately above or, if you do not elect to take this action, to at least check with Your insurance provider to see if the Equipment is so covered under one of Your existing insurance policies and, if not, for You to obtain additional Physical Damage Insurance and liability insurance covering the Equipment for all losses.

(2) **End of Lease Notice:** The fifth sentence in Section 13 of the Master Lease is hereby deleted in its entirety and the following sentence inserted in lieu thereof. "Unless the applicable Schedule contains a $1.00 purchase option, You may, after written notice to Us 30 days prior to the end of the initial term or 30 days prior to the end of any renewal term (as more fully provided below) of each Schedule and provided You are not in Default, (a) purchase all but not less than all of the Equipment for the fair market value or for the purchase option amount otherwise stated on the Schedule or (b) return the Equipment to us."

**Equipment Purchase:** If the Delivery Guaranty Option is not applicable, You authorize Us to pay Supplier(s) pursuant to the attached Invoice(s). Upon signing or authenticating below, Your promises herein will be irrevocable and unconditional in all respects.

---

**LEASE ACCEPTANCE:**

| Lessee: Prajna Strategy LLC DBA PRAJNA | Lessor: First-Citizens Bank & Trust Company |
|---|---|
| DocuSigned by: | DocuSigned by: |
| X *Kristen Clark* | X *Grady Alexander* |
| └─ 173FB953DAD8491... | on behalf of First-Citizens Bank & Trust Company |
| Kristen Clark    CEO    Date: 3/13/2022 | (acting by its Agent, CIT Bank, N.A.) └─ 4E9D79370EDE49D... |
| | Authorized Representative |
| | Commencement Date: 6/30/2022 |

CONFIDENTIAL Copyright ©2022 First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for You: When You open an account, We will ask for Your name, address, date of birth, and other information that will allow Us to identify You. We may also ask to see Your driver's license or other identifying documents.



155 Commerce Way, Portsmouth, NH 03801 | Ph: 877-384-3439

## Addendum to Master Lease Schedule

This Addendum ("Addendum") shall amend Schedule No.: DCC-1720346 to Master Lease Agreement No.: ML01927434 by and between Prajna Strategy LLC DBA PRAJNA ("Lessee") and CIT Bank, a division of First-Citizens Bank & Trust Company ("Lessor") with reference to the above lease transaction ("Lease"). All terms and conditions of the Lease not inconsistent with this Addendum shall be and remain in full force and effect.

Lessee hereby authorizes Lessor to correct the following:

☐ Lessee/Company Name     ☑ Advance Payment     ☐ SignorTitle
☐ Equipment Location     ☐ Rate Factor     ☐ EOL Option
☐ Terms     ☐ BillingAddress     ☐ Equipment Description
☑ Payment Amount     ☐ Processing Fees     ☐ Other
☑ Security Deposit     ☐ SignorName

The Schedule and all other documents given in conjunction therewith shall now read: _____

    **Payment Amount: $159.62**

    **Security Deposit: $171.97**

    **Advance Payment: $ 171.97**

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this Addendum and acknowledge receipt of a true copy hereof on the date(s) indicated below.

**Lessee: Prajna Strategy LLC DBA PRAJNA**

x Internal
_____
Kristen Clark, CEO         (Date)

**ACCEPTED BY First-Citizens Bank & Trust Company**

x _Justin Angers_     3/13/2022
                   (Date)

CONFIDENTIAL                 Copyright ©2022                 MLSADD82513

First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

THIS IS A COPY
The Authoritative Copy of this record is held at www.docusign.net



# EXHIBIT "A"

This Exhibit A is referred to and made part of Equipment Schedule #DCC-1720346 to Master Lease Agreement #ML01927434 between Prajna Strategy LLC DBA PRAJNA  (Lessee) and CIT Bank, a division of First-Citizens Bank & Trust Company (Lessor).

| Equipment Description | Address | City | State | Zip |
|---|---|---|---|---|
| Computers - Desktops | 1320 20th St | Sacramento | CA | 95811 |
| Computers - Desktops | 404 E Greenway Dr N | Greensboro | NC | 27403 |

COPY VIEW

Lessee: Prajna Strategy LLC DBA PRAJNA

DocuSigned by:

X ~~Kristen Clark~~    3/13/2022
Kristen Clark, CEO         (Date)

Lessor: First-Citizens Bank & Trust Company

DocuSigned by:

X *Wendy Alexander*    6/30/2022
on behalf of First-Citizens Bank & Trust Company
Authorized Representative    (Date)
4930F93765BE49D...

Confidential

MLS-A62513

Copyright ©2022

First-Citizens Bank & Trust Company. All rights reserved. CIT and the CIT logo are registered trademarks of First-Citizens Bank & Trust Company.

# Invoice



**Sales Order Number:** 1016649428
**Invoice number:** AH38759825
**Customer Number:** ▮▮▮▮▮▮
**PO Number:** DCC-1720346

**Invoice Date:** 04/15/2022
**Payment Due Date:** 05/15/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,043.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**
CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
Carlo Tapia
PRAJNA STRATEGY
1320 20th St
SACRAMENTO CA 95811-4205
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | MK193LL/A | MBP 16.2 SG/16C GPU/16GB/1T-USA | 1 | 1 | $ 2,699.00 | $ 2,699.00 |
|  |  | Recycle Fee |  | 1 | $ 5.00 | $ 5.00 |
| 000020 | SDYM2LL/A | AC+ FOR MACBOOK PRO 16-INCH M1-PHX | 1 | 1 | $ 339.00 | $ 339.00 |
|  |  | Web Order Number : 2211025558 |  |  |  |  |

**Questions**
Call or visit https://www.apple.com/contact/
**Special Instructions**
**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer
Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 3,043.00 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| **Total Amount Due:** | **USD$ 3,043.00** |

# Invoice



**Sales Order Number:** 1016649428
**Invoice number:** AH38759825
**Customer Number:** ▮▮▮▮
**PO Number:** DCC-1720346

**Invoice Date:** 04/15/2022
**Payment Due Date:** 05/15/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,043.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**

CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
Carlo Tapia
PRAJNA STRATEGY
1320 20th St
SACRAMENTO CA 95811-4205
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
TW0NWH042H

# Invoice



**Sales Order Number:** 1016648242

**Invoice number:** AJ01474556

**Customer Number:** ▮▮▮▮▮▮

**PO Number:** DCC-1720346-a

**Invoice Date:** 05/20/2022

**Payment Due Date:** 06/19/2022

**Payment Terms:** Net 30 Days

**Amount Due:** USD$ 3,136.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**

CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**

PRAJNA
Deborah Hellen
PRAJNA STRATEGY
404 E Greenway Dr N
GREENSBORO NC 27403-1508
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 000010 | Z15H | MBP 14.2 SG<br>With the following configuration (configuration ID Z15H00105):<br>PROCESSOR AND GRAPHICS M1 Pro with 10C CPU, 16C GPU<br>MEMORY 32GB unified memory<br>POWER ADAPTER 96W USB-C Power Adapter<br>HARD DRIVE/SOLID STATE DRIVE 1TB SSD storage<br>THUNDERBOLT 3x TB4, HDMI, SDXC, MagSafe 3<br>INPUT Touch ID<br>RETINA DISPLAY Liquid Retina XDR display<br>TRACKPAD Force Touch Trackpad<br>PRO APPS BUNDLE FOR EDU NONE<br>SW FINAL CUT PRO NONE<br>SW LOGIC PRO NONE<br>KEYBOARD AND DOCUMENTATION KEYBOARD COUNTRY KIT COUNTRY KIT | 1 | 1 | $ 2,899.00 | $ 2,899.00 |
| 000020 | SCPE2LL/A | AC+ FOR MACBOOK PRO 14-INCH-PHX<br>Web Order Number : 2211025575 | 1 | 1 | $ 237.00 | $ 237.00 |

**Questions**
Call or visit https://www.apple.com/contact/

**Special Instructions**

**Terms and Conditions**
This order is subject to the terms of your Apple Direct Customer Agreement or other purchase agreement with Apple.

| | |
|---|---|
| Subtotal | $ 3,136.00 |
| Tax | $ 0.00 |
| Shipping | $0.00 |
| **Total Amount Due:** | **USD$ 3,136.00** |

# Invoice



**Sales Order Number:** 1016648242
**Invoice number:** AJ01474556
**Customer Number:** ▉
**PO Number:** DCC-1720346-a

**Invoice Date:** 05/20/2022
**Payment Due Date:** 06/19/2022
**Payment Terms:** Net 30 Days
**Amount Due:** USD$ 3,136.00

**Please remit payment to**
Apple Inc.
P.O. Box 281877
ATLANTA, GA 30384-1877
USA

**Sold To**

CIT BANK A DIVISION OF FIRST
CITIZENS BANK & TRUST COMPANY
155 COMMERCE WAY
PORTSMOUTH NH 03801-3243
USA

**Ship To**
PRAJNA
Deborah Hellen
PRAJNA STRATEGY
404 E Greenway Dr N
GREENSBORO NC 27403-1508
USA

| Item Article | Product Number | Product Description | Total Ordered | Total Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|

Serial Numbers for Item 000010
VCTXF0HXFX

Doc #: 2021165106
12/20/2021 02:28 PM

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

2235 55563
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: District of Columbia
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME PRAJNA STRATEGY LLC | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS 108 R STREET NE | CITY WASHINGTON | STATE DC | POSTAL CODE 20002 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME FINANCIAL AGENT SERVICES | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS P.O. BOX 2576 | CITY SPRINGFIELD | STATE IL | POSTAL CODE 62708 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ACCOUNTS, CHATTEL PAPER, DOCUMENTS, INSTRUMENTS, GENERAL INTANGIBLES, PAYMENT INTANGIBLES, GOODS, INVENTORY, INVESTMENT PROPERTY, RENTS, INCOME, SECURITIES, FIXTURES AND OTHER PROPERTY, NOW EXISTING OR HEREAFTER ARISING, AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS. ALL MACHINERY AND EQUIPMENT, WHETHER NOW OWNED OR HEREAFTER ACQUIRED, TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE PROCEEDS.

THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES
OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCINFO.COM.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 1694071

2235 55563

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

PRAJNA STRATEGY LLC

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only **one** name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

See Below additional collateral description, if applicable:

10- MBP's

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)   **14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):   **16.** Description of real estate:

**17. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

**Doc #: 2021165106**
**Filed & Recorded**
**12/20/2021 02:28 PM**
**IDA WILLIAMS**
**RECORDER OF DEEDS**
**WASH DC RECORDER OF DEEDS**
  **RECORDING FEES**      **$25.00**

  **SURCHARGE**          **$6.50**

**TOTAL:**                **$31.50**

# NORTH CAROLINA
## Department of the Secretary of State

**To all whom these presents shall come, Greetings:**

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

## ARTICLES OF MERGER

## OF

## FIRST-CITIZENS BANK & TRUST COMPANY

the original of which was filed in this office on the 3rd day of January, 2022.





Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 3rd day of January, 2022.

*Elaine F. Marshall*

**Secretary of State**

SOSID: 0189002
Date Filed: 1/3/2022 11:51:00 AM
Effective: 1/4/2022
Elaine F. Marshall
North Carolina Secretary of State
C2022 003 00103

# ARTICLES OF MERGER

## OF

## CIT BANK, NATIONAL ASSOCIATION,
### a national banking association,

## WITH AND INTO

## FIRST-CITIZENS BANK & TRUST COMPANY,
### a North Carolina bank

Pursuant to Section 55-11-05 of the North Carolina General Statutes, the undersigned entity hereby submits these Articles of Merger as the surviving business entity in a merger between two business entities pursuant to Section 53C-7-201, Section 55-11-04 and Section 55-11-07.

1.  The name of the surviving entity is First-Citizens Bank & Trust Company, a bank organized under the laws of the State of North Carolina.

2.  The address of the surviving entity is 4300 Six Forks Road, Raleigh, North Carolina 27609, Wake County.

3.  The name of the merging entity is CIT Bank, National Association, a national banking association organized under the laws of the United States of America. The mailing address of the merging entity is 340 Mt. Kemble Ave., Suite 100, Morristown, NJ 07960, Morris County.

4.  An Agreement and Plan of Merger has been duly approved by each of the business entities participating in the merger in the manner required by applicable law.

5.  These articles will be effective at 12:02 a.m. Eastern Time on January 4, 2022.


[Signature Page Follows]

This the  3rd  day of _____January_____, 2022.

FIRST-CITIZENS BANK & TRUST
COMPANY

By: _____
Name: Craig L. Nix
Title:   Chief Financial Officer

## OFFICE OF THE COMMISSIONER OF BANKS

**CERTIFICATE OF AUTHORITY
FOR ARTICLES OF MERGER**

First-Citizens Bank & Trust Company, Raleigh, Wake County, North Carolina, a North

Carolina chartered commercial bank and CIT Bank, National Association, Pasadena, Los

Angeles County, California, a nationally-chartered bank, have submitted to me as Chief Deputy

Commissioner of Banks for the State of North Carolina, Articles of Merger between said

institutions for the purpose of merging CIT Bank, National Association into First-Citizens Bank

& Trust Company with the surviving institution being First-Citizens Bank & Trust Company,

pursuant to the Order of the Commissioner of Banks.

I hereby certify that these Articles of Merger were approved by the Office of the

Commissioner of Banks on the 5th day of February, 2021.  Authority to file the Articles of

Merger is, therefore, granted.

This the 21st day of December, 2021.

*Stephanie R. White*

_____
Stephanie R. White
Chief Deputy Commissioner of Banks

LOCATION: 316 W. EDENTON STREET, RALEIGH, NC 27603
MAILING ADDRESS: 4309 MAIL SERVICE CENTER, RALEIGH, NC 27699-4309
(919) 733-3016   FAX (919) 733-6918   INTERNET: WWW.NCCOB.GOV
AN EQUAL OPPORTUNITY/AFFIRMATIVE ACTION EMPLOYER

Certification# C202200300103-1  Reference# C202200300103- Page: 4 of 4