# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>PRAJNA STRATEGY LLC | CASE NO: 23-00032<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 2/12/2025, I did cause a copy of the following documents, described below,

Motion and Notice of Opportunity to Object To Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/12/2025

/s/ William Douglas White
William Douglas White  224592

9205 Pettit Court
Mclean, VA  22102
703 770 9265
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| IN RE: | CASE NO: 23-00032 |
|---|---|
| PRAJNA STRATEGY LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 2/12/2025, a copy of the following documents, described below,

Motion and Notice of Opportunity to Object To Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/12/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William Douglas White

9205 Pettit Court
Mclean, VA  22102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via first Class USPS Mail Service.

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-00032<br>DISTRICT OF DISTRICT OF COLUMBIA<br>WED FEB 12 12-12-39 PST 2025 | FIRST CITIZENS BANK  TRUST COMPANY<br>CO DRESSLER PETERS LLC<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | PRAJNA STRATEGY LLC<br>108 R STREET NE<br>WASHINGTON  DC 20002-2120 |
| U S TRUSTEE FOR REGION FOUR<br>U S TRUSTEES OFFICE<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA  VA 22314-3489 | WASHINGTON  DC<br>E BARRETT PRETTYMAN U S COURTHOUSE<br>333 CONSTITUTION AVE  NW 1225<br>WASHINGTON  DC 20001-2802 | ABRAHAM ROZENBAUM<br>501 9TH ST  APT 311<br>HOBOKEN  NJ 07030-2186 |
| AFFIRM LOGIC CORP<br>DBA CODEHUNTER<br>1775 GREENSBORO STATION PLACE  STE 230<br>MC LEAN  VA 22102-5214 | ANDERSON  KELSIE<br>1472 W RASCHER AVE 2<br>CHICAGO  IL 60640-1206 | ARENA FINANCIAL SOLUTIONS  LLC<br>4031 UNIVERSITY DRIVE<br>FAIRFAX  VA 22030-3409 |
| ARTEAGA  ELIZABETH<br>11099 EASTRIDGE DR NE<br>APT L304<br>REDMOND  WA 98053-4008 | BAENEN  ALISON<br>2578 12 LAKE VIEW AVE<br>LOS ANGELES  CA 90039-3317 | BECK  AMIR<br>2121 3RD STREET<br>UNIT 308<br>SAN FRANCISCO  CA 94107-3663 |
| BURGER  RACHEL<br>12241 FAIRFIELD HOUSE DR  310<br>FAIRFAX  VA 22033-3954 | INTERNATIONAL<br>CFC UNDERWRITING LIMITED<br>85 GRACECHURCH STREET<br>LONDON EC3V0AA<br>UNITED KINGDOM | CIT BANK NA<br>156 COMMERCE WAY<br>PORTSMOUTH  NH 03801 |
| CIT BANK  NA<br>155 COMMERCE WAY<br>PORTSMOUTH  NH 03801-3243 | EXCLUDE<br>(D)CIT BANK  NA<br>156 COMMERCE WAY<br>PORTSMOUTH  NH 03801 | CANDICE NICOLE PUBLIC RELATIONS<br>436 EAST 36TH ST<br>COLUMBIA  SC 29205 |
| EXCLUDE<br>(U)CARRERA  NATALIE<br>ADDRESS UNKNOWN | CASE  SONIA<br>30 E END AVE 3B<br>NEW YORK  NY 10028-7098 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CODERELLA<br>MARIE WILLIAMS<br>5758 GEARY BLVD 622<br>SAN FRANCISCO  CA 94121-2112 | INTERNATIONAL<br>CUADRO POST<br>YAMILET VALDEZ<br>CALLE AGUSTIN LARA 58  SERRALLES<br>SANTO DOMINGO  DOMINICAN REPUBLIC | CUMMINS  JENNIFER<br>11716 COLLINGWOOD CT<br>WOODBRIDGE  VA 22192-1043 |
| DAVIS  TYLER<br>3612 REXMERE RD<br>BALTIMORE  MD 21218-2008 | DESAI CONSULTING LLC<br>RAJ DESAI<br>3037 EDEN HARBOR COURT<br>RALEIGH  NC 27613-6294 | DUANE MORRIS LLP<br>111 S CALVERT STREET  SUITE 2000<br>BALTIMORE  MD 21202-6114 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (D) were not served via first Class USPS Mail Service.

| | | |
|---|---|---|
| DUANE MORRIS LLP<br>ATTN SOMMER L ROSS  ESQ<br>1201 N MARKET STREET  SUITE 501<br>WILMINGTON DE 19801-1160 | DYSARD   SAVANNAH<br>190 S BENJAMIN DR<br>WEST CHESTER  PA 19382-1934 | EXCLUDE<br>(D)FIRST CITIZENS BANK  TRUST COMPANY<br>CO DRESSLER PETERS LLC<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 |
| FIRSTCITIZENS BANK  TRUST COMPANY<br>155 COMMERCE WAY<br>PORTSMOUTH NH 03801-3243 | FREDERICK   ZACH<br>200 WOODYARD THICKET<br>STEVENSVILLE  MD 21666-4063 | GOREY   NICK<br>5708 PIMLICO RD<br>APT 1<br>BALTIMORE  MD 21209-4333 |
| GREEN   DONNIE   JR<br>3602 ELMCREST LANE<br>BOWIE  MD 20716-7316 | HARRIS   QUINTIN<br>18225 WEXFORD TERRACE<br>JAMAICA  NY 11432-3140 | HELLEN   DEBORAH<br>151 LAKESIDE DR PH 2<br>OAKLAND  CA 94612-4603 |
| HIVE WEALTH  INC<br>4445 WILLARD AVENUE  STE 600<br>CHEVY CHASE  MD 20815-3786 | HOUGHTON   JAMIE<br>460 GROVE STREET<br>RIDGEWOOD  NJ 07450-5408 | JB CONSULTING SERVICES  LLC<br>107 AMBERLEIGH DR<br>SILVER SPRING  MD 20905-5967 |
| JENNIFER C BELL  ESQ<br>1617 JOHN F KENNEDY BLVD<br>ONE PENN CENTER  STE 1254<br>PHILADELPHIA  PA 19103-1820 | JON WISE<br>30 N 23RD STREET 504<br>PHILADELPHIA  PA 19103-1590 | JON WISE<br>CO JENNIFER C BELL  BELL  BELL LLP<br>1617 JOHN F KENNEDY BLVD  STE 1254<br>PHILADELPHIA PA 19103-1820 |
| KATIES COLLECTIVE  LLC<br>122 IVE DRIVE 10<br>CHARLOTTESVILLE  VA 22903 | KATIES COLLECTIVE  LLC<br>122 IVY DRIVE 10<br>CHARLOTTESVILLE  VA 22903-5062 | KRISTEN CLARK<br>108 R ST NE<br>WASHINGTON  DC 20002-2120 |
| LANG  MAX<br>14501 BARKWOOD DRIVE<br>ROCKVILLE  MD 20853-2315 | LERNER   SHARI<br>41 SE 5TH STREET<br>APT 1902<br>MIAMI  FL 33131-2548 | LOOKTHINK  LLC<br>332 MARYLAND AVE NE<br>WASHINGTON  DC 20002-5712 |
| LOPEZ   NICOLAS<br>568 UNION AVE  APT 6 L<br>BROOKLYN  NY 11211-1773 | LUCID LINK CORP<br>58 WEST PORTAL AVENUE 256<br>SAN FRANCISCO  CA 94127-1304 | MAESTRO FILMWORKS<br>KRIS MENDOZA  EXEC PRODUCER<br>1516 N 5TH STREET 402<br>PHILADELPHIA  PA 19122-3679 |
| MARIA PONCE<br>1440 BRICKELL BAY DRIVE APT 805<br>MIAMI  FL 33131-3603 | MARTIN   SHANICE<br>3605 MACTAVISH PL<br>BURTONSVILLE  MD 20866-1963 | MAVENLINK  INC KANTATA<br>6501 IRVINE CENTER DRIVE  STE 250<br>IRVINE  CA 92618-2137 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (U) have been omitted via Certificate of Service due to an undeliverable or inaccurate address ID that was not served via First Class USPS Mail Service.

MCDOWELL  TIFF                      EXCLUDE                              MILIANO  KELLY
214 E 4TH ST                        (U)MIKAELA  BERMAN                   245 ESSEX ST
LANSDALE  PA 19446-2606             ADDRESS UNKNOWN                      WEYMOUTH  MA 02188-4123



EXCLUDE                             EXCLUDE                              OBRIEN  ERIN
(U)MOJICA  LAURA                    (U)MOJIDI  SAFI                      595 SNOW RD
ADDRESS UNKNOWN                     ADDRESS UNKNOWN                      SEBASTOPOL  CA 95472-5031





OMALLEY  BRIGIT                     OPTIMAL NETWORKS  INC                PETERS  ASSOCIATES PC
352 MYRTLE AVENUE                   15201 DIAMONDBACK DRIVE              6611 SOUTH STREET
APT 1                               SUITE 220                            FALLS CHURCH  VA 22042-3007
BROOKLYN  NY 11205-3237             ROCKVILLE  MD 20850-3771




PILLAR ONE CONSULTING               PRAJNA TECHNOLOGIES  INC             STL SKIP THE LINE  LLC
227 ARMSTRONG PLACE                 DBA GRANATE                          95 E WAYNE AVE 210
GAITHERSBURG  MD 20878-4764         108 R STREET NE                      SILVER SPRING  MD 20901-4245
                                    WASHINGTON  DC 20002-2120




EXCLUDE                             INTERNATIONAL
(U)SAMPEL  PAMELA                   SICHLER  TILO                        SMITH  WALTON
ADDRESS UNKNOWN                     HERMANNBURTE STR 50                  3909 WOODREED DRIVE
                                    STEINEN 79585                        BRANDYWINE  MD 20613-6005
                                    GERMANY




EXCLUDE
(U)SPENCER  ARGIEA                  (P)SPROUT SOCIAL  INC                STACI COOPER
ADDRESS UNKNOWN                     131 S DEARBORN SUITE 700             817 KAPLON CT
                                    CHICAGO IL 60603-5569                BRUNSWICK  MD 21716-1656




STELLAR BOOKKEEPING                 SUNNY DUBLICK MARKETING  INC         TAPIA  CARLO
1510 W LAKEVIEW DR                  1029 STONO RIVER DR                  1320 20TH STREET
JOHNSON CITY  TN 37601-3363         CHARLESTON  SC 29412-8632            SACRAMENTO  CA 95811-4205




                                    EXCLUDE
THE HARTFORD                        (U)TORRES  FELIPE CASTIBLANCO        UDOKWERE  ISANG
3600 WISEMAN BLVD                   CLL 127 5845                         2 MASSACHUSSETTS AVE NE
SAN ANTONIO  TX 78251-4323          INT 1 APTO 1315                      UNIT 77534
                                    BOGOTA  COLUMBIA                     WASHINGTON  DC 20013-5679




                                    EXCLUDE                              EXCLUDE
VLP LAW GROUP                       (U)VASQUEZ  MARCELA                  (U)VELASQUEZ  JONATHAN
446 OLD COUNTY ROAD  STE 100114     CRA 73 B BIS A  3641 SUR             ADDRESS UNKNOWN
PACIFICA  CA 94044-3270             BOGOTA COLUMBIA
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (CM/ECF) have been served via first Class USPS Mail Service.

| WALKER COMMUNICATIONS GROUP LLC<br>OUTVOX<br>1300 19TH ST NW<br>WASHINGTON  DC 20036-1609 | WALKER MEDIA<br>234 E 23RD ST<br>4D<br>NEW YORK  NY 10010-4624 | WHEREOWARE INC<br>1660 INTERNATIONAL DRIVE<br>SUITE 600<br>MC LEAN  VA 22102-4877 |
|---|---|---|
| WISE  JON<br>30 N 23RD STREET  504<br>PHILADELPHIA  PA 19103-1590 | YI  JEN<br>25731 SE OLD BLACK NUGGET RD<br>ISSAQUAH  WA 98029-7611 | YOUREKA<br>1215 E FORT AVE<br>SUITE 104<br>BALTIMORE  MD 21230-5280 |
| THRESHOLDWORLD<br>1308 PROSPECT HILL ROAD<br>VILLANOVA  PA 19085-2117 | DAVID W GAFFEY<br>WHITEFORD  TAYLOR  PRESTON  LLP<br>3190 FAIRVIEW DRIVE<br>SUITE 800<br>FALLS CHURCH  VA 22042 | ~~EXCLUDE~~<br>~~(D)JON WISE~~<br>~~CO JENNIFER C BELL~~<br>~~BELL  BELL LLP~~<br>~~1617 JOHN F KENNEDY BLVD~~<br>~~STE 1254~~<br>~~PHILADELPHIA  PA 19103-1820~~ |
| WILLIAM DOUGLAS WHITE<br>MCCARTHY  WHITE PLLC<br>8205 PETTIT COURT<br>22102<br>MCLEAN  VA 22102-2314 | | |