William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| PRAJNA STRATEGY, LLC | ) Case No. 23-00032-ELG |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

## APPLICATION TO EMPLOY R.L. RASMUS, AUCTIONEERS, INC.
## TO SELL PROPERTY VIA AUCTION;

COMES NOW William White, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Prajna Strategy LLC (the "Debtor"), and files this Application to Employ R.L. Rasmus, Auctioneers, Inc. (d/b/a Rasmus Auctions) and to Sell Property Via Auction (the "Application"). In support of the Application, the Trustee respectfully states as follows:

1. The Debtor leased certain premises at 108 R St. S.E. in the District of Columbia where operated its business. This case commenced on January 19, 2023, when the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Court.

2. William White is the Trustee of Debtor's Chapter 7 estate.

3. The Debtor owned approximately 20 Apple computer and related equipment ("Property") located at its premises that it used in the operation of the business. The preliminary indications are that this equipment may have value to the estate and should be sold. The Trustee proposes to sell all of the equipment belonging to the Debtor via internet auction and after paying the costs of sale and the auctioneer, to hold the proceeds pending further order of this Court.

Interested parties will be able to review the items to be sold for approximately 21 days on or about February 20, 2025  The auctioneer's website located at https://rasmus.com/

4. The closing date and time for the online auction will be listed on the auction website and will occur on or about March 18, 2025.  The date and time for winning bidders to remove items will be displayed on the auction website and will occur 2 days after the closing date between 9 a.m. and 3 p.m.

5. Rasmus is an insured auctioneer who has sold property for Chapter 7 trustees in the metropolitan area including for this Trustee for over 25 years. Rasmus will be the fiduciary responsible for directing all marketing, transaction processing, payment, and sales reporting. Rasmus will seek the customary 20% commission and 15% buyer's premium.

6. Pursuant to 11 U.S.C. § 327, the Trustee seeks authority to retain Rasmus to serve as the auctioneer for the estate.  Subject to Court approval, the Trustee seeks to employ Rasmus with authority to sell the Property at auction.  Upon selection of the winning bids, Rasmus will complete the sale and supervise the removal of the Property..

7. The Trustee proposes to pay Rasmus a commission of 20% of net sales at auction, plus Rasmus will charge the winning bidders a buyer's premium of 15%.  In addition to Rasmus's fees, the commission includes all advertising, set-up and direct expenses, and the buyer's premium includes all "gateway fees" such as credit card services fees incurred by Rasmus in processing the transactions.  The buyer's premium is applied on top of the purchase price and is not factored into the sale proceeds.

8. The foregoing buyer's premium and the auctioneer's commission will be paid directly from the funds collected at the closing of the auction, with notice to the Court and U.S. Trustee through the Trustee's Report of Sale.  The fees charged and payable to Rasmus are

ordinary and customary with respect to the proposed services and will serve as full and final compensation for all services provided by Rasmus.

9.  To the best of the Trustee's knowledge, Rasmus has no connection with the Debtors, the Trustee, any creditor, the United States Trustee, or any person employed by that Office.

WHEREFORE, the Trustee requests entry of an Order: authorizing the Trustee to employ and retain R.L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions, as his auctioneer under the terms and conditions as stated herein; authorizing the Trustee to sell the Property under the terms and conditions stated herein; and granting the Trustee such other and further relief as is just and proper.

Date: February 13, 2025                Respectfully submitted

/s/ William Douglas White
William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
Telephone:    703-770-9265
wdw@mccarthywhite.com

CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2025 a copy of the foregoing was filed and sent through the Court's ECF system to all registered ECF participants who have appeared in this case.

/s/ William Douglas White

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              )
                                                    )
PRAJNA STRATEGY, LLC                                )    Case No. 23-00032-ELG
                                                    )
    Debtor.                                         )    Chapter 7
_____)

### VERIFIED STATEMENT OF R.L. RASMUS, AUCTIONEERS, INC. D/B/A RASMUS AUCTIONS AS PROPOSED AUCTIONEER FOR THE ESTATE

Erik Rasmus, and the firm of R. L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions ("Rasmus") as proposed auctioneer for the estate of the Debtor respectfully represent as follows:

1. He is the Chief Strategic Officer and an owner of R. L. Rasmus, Auctioneers, Inc d/b/a Rasmus Auctions.

2. He has read the attached Application, and the representations therein are accurate.

3. To the best of his knowledge, Mr. Rasmus and the firm of R. L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions have no connection with the debtor, creditors, the United States Trustee or his employees, or other parties in interest, their respective attorneys and accountants.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on: 02/10/2025

                                                 Erik Rasmus
                                                 201 Yoakum Pkwy Apt 54
                                                 Alexandria, VA, 22304

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| PRAJNA STRATEGY, LLC ) | Case No. 23-00032-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**ORDER GRANTING APPLICATION TO
EMPLOY R.L. RASMUS, AUCTIONEERS, INC.
AND AUTHORIZING SALE OF PROPERTY VIA AUCTION**

Upon consideration of the Application to Employ R.L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions and to Sell Property Via Auction (the "Application") filed by the Chapter 7 Trustee ("Trustee") seeking to employ R .L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions ("Rasmus") as auctioneer for the Debtor's estate and for authority to sell the Debtor's Apple computers and related equipment (the "Property"). The Trustee has requested that Rasmus conduct an online auction of the Property.

The Trustee proposes to pay Rasmus a commission of 20% of net sales, plus Rasmus will charge the winning bidders a buyer's premium of 15%. In addition to Rasmus's fees, the commission includes all advertising, set-up and direct expenses, and the buyer's premium includes all "gateway fees" such as credit card services fees incurred by Rasmus in processing

the transactions. The buyer's premium is applied on top of the purchase price and is not factored into the sale proceeds. The Trustee seeks to permit Rasmus to charge its 15% buyer's premium and to pay Rasmus its 20% commission directly from the proceeds of sale at the closing of the auction, with notice to the Court and U.S. Trustee through the Trustee's Report of Sale. Upon consideration of the Application and the opposition, if any, thereto, and finding that good cause exists to grant the relief requested, it is hereby:

**ORDERED**, that the Application be, and the same hereby is granted in its entirety; and it is further

**ORDERED** pursuant to 11 U.S.C. § 327(a), that, the Trustee of the above-captioned Chapter 7 bankruptcy estate is authorized to employ Rasmus as auctioneer for the purposes identified in the Trustee's Application; and it is further

**ORDERED** that Rasmus may charge the winning bidders a 15% buyer's premium, which is applied on top of the purchase price and not factored into the sale proceeds; and it is further

**ORDERED** that the Trustee may pay Rasmus its 20% commission, at the closing of the online auction, directly from the proceeds of sale and without further court order, with notice to the Court and U.S. Trustee through the Trustee's Report of Sale; and it is further

**ORDERED**, that Rasmus may conduct an auction of any and all of the Property via online auction without further order of the Court and may set deadlines in its

2

reasonable discretion for the receipt of bids by participants;

**I ASK FOR THIS:**

/s/William Douglas White
William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com


No Objection:


/s/Michael T. Freeman/wdw email auth. 2/13/25
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke St. Suite 650
Alexandria VA 22314
 (703) 557-7274
Michael.T.Freeman@usdoj.gov


Copies:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

R .L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions c/
o Christopher Rasmus
201 Yoakum Pkwy Apt 54
Alexandria, VA, 22304 - 3751, USA

William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PRAJNA STRATEGY, LLC | ) | Case No. 23-00032-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**NOTICE OF OPPORTUNITY TO OB JECT TO APPLICATION TO EMPLOY R.L RASMUS, AUCTIONEERS, INC. AND TO SELL PROPERTY VIA AUCTION**

William Douglas White, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Prajna Strategy LLC (the "Debtor") and pursuant to Sections 327 and 363 of the Bankruptcy Code, has filed an Application to Employ R.L. Rasmus, Auctioneers, Inc. as auctioneer and to sell certain property via internet auction (the "Application"). The property consists of approximately 20 Apple computers and related equipment used in the operation of Debtor's business ("Property"). Interested persons will be able to review the list of equipment to be auctioned and the complete terms and condition of the sale on the auctioneer's website beginning on or about February 20, 2025. The auctioneer's website is located at: https://rasmus.com/ . The closing date and time for the online auction will be listed on the auction website and will occur on or about March 18, 2025. The date and time for winning bidders to remove items will be displayed on the auction website and will occur 2 days after the closing date between 9 a.m. and 3 p.m.

The auctioneer estimates the value of the Property to be approximately $20,000. There are no known liens on the Property, and the sale of the Property is not anticipated to have tax consequences for the estate.

**PLEASE TAKE NOTICE THAT WITHIN 14 DAYS FROM THE DATE OF THIS NOTICE** any party wishing to object to the foregoing application to employ and sell must file and serve a written objection to the motion as required by Local Bankruptcy Rule 9072-1.  The objection must be filed with the Clerk of the U.S. Bankruptcy Court, Third & Constitution Avenue, N.W., Washington, DC  20001 and sent by mail or hand-delivery upon the undersigned.  The objection must contain a complete specification of the factual and legal grounds upon which it is based.  You may append affidavits and documents in support of your objection. The Application is available for review on the Court's docket.  Interested parties with additional questions may contact the undersigned.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.  THE COURT MAY ALSO GRANT THE MOTION WITHOUT A HEARING IF THE OBJECTION FILED FAILS TO STATE ADEQUATE GROUNDS TO SUSTAIN THE OBJECTION.**

Date:  February 13, 2025  

Respectfully submitted

/s/ William Douglas White  
William Douglas White #224592  
8205 Pettit Court  
McLean, VA 22102  
Telephone:     703-770-9265  
wdw@mccarthywhite.com

CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2025 a copy of the foregoing was filed and sent through the Court's ECF system to all registered ECF participants who have appeared in this case.

                                          /s/ William Douglas White