# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re: )
)
PRAJNA STRATEGY, LLC )  Case No. 23-00032-ELG
)
Debtor. )  Chapter 7
_____ )

## ORDER GRANTING MOTION TO
## APPROVE SETTLEMENT AGREEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the Motion to Approve Settlement Agreement Pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion")[2] filed by William Douglas White (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Prajna Strategy, LLC (the "Debtor"), pursuant to § 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019(a), and Local Bankruptcy Rule 9019-1, seeking approval of the Settlement Agreement with the Prajna Parties, attached to the Motion (the "Settlement Agreement"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the Motion was appropriate under the circumstances and that no other or

---

[2] Capitalized terms but not otherwise defined herein shall have the meaning given to them in the Motion

8

further notice need be provided; and this Court having reviewed the Motion and all other related materials, and having considered any argument in support or in opposition to the relief requested; and the Court finding that the Settlement Agreement is fair and equitable and in the best interest of the estate, the Debtor, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ordered:

1. The Motion is granted.

2. Any objections to the Motion or the Settlement Agreement are hereby overruled.

3. The Settlement Agreement is hereby approved in its entirety.

4. The Parties are hereby authorized and directed to take all actions necessary to effectuate the terms of this Order.

5. The Court retains exclusive jurisdiction to hear and decide any disputes arising from this Order.

I ask for this:

/s/William Douglas White
William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com

DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

By: *James J. Holman*
James J. Holman, Partner

Counsel for the Prajna Parties

**IN WITNESS WHEREOF**, the Parties, affirming that they are in possession of and have reviewed all pages of this Agreement, have duly executed and delivered this Agreement as of the date first set forth above.

_____
William Douglas White, Trustee
Chapter 7 Trustee for the Bankruptcy Estate of Prajna Strategy, LLC


_____
Kristen Clark
108 R St. NE
Washington D.C. 20002


_____
Cheryl Heller
c/o James J. Holman
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196


_____
Prajna Technologies LLC
by Kristen Clark, its Chief Executive Officer


DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196

*/s/ James J. Holman*
By: James J. Holman, Partner