The order below is hereby signed.

Signed: February 28 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| PRAJNA STRATEGY, LLC ) | Case No. 23-00032-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

### ORDER GRANTING APPLICATION TO
### EMPLOY R.L. RASMUS, AUCTIONEERS, INC.
### AND AUTHORIZING SALE OF PROPERTY VIA AUCTION

Upon consideration of the Application to Employ R.L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions and to Sell Property Via Auction (the "Application") filed by the Chapter 7 Trustee ("Trustee") seeking to employ R .L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions ("Rasmus") as auctioneer for the Debtor's estate and for authority to sell the Debtor's Apple computers and related equipment (the "Property"). The Trustee has requested that Rasmus conduct an online auction of the Property.

The Trustee proposes to pay Rasmus a commission of 20% of net sales, plus Rasmus will charge the winning bidders a buyer's premium of 15%. In addition to Rasmus's fees, the commission includes all advertising, set-up and direct expenses, and the buyer's premium includes all "gateway fees" such as credit card services fees incurred by Rasmus in processing

the transactions. The buyer's premium is applied on top of the purchase price and is not factored into the sale proceeds. The Trustee seeks to permit Rasmus to charge its 15% buyer's premium and to pay Rasmus its 20% commission directly from the proceeds of sale at the closing of the auction, with notice to the Court and U.S. Trustee through the Trustee's Report of Sale. Upon consideration of the Application and the opposition, if any, thereto, and finding that good cause exists to grant the relief requested, it is hereby:

**ORDERED**, that the Application be, and the same hereby is granted in its entirety; and it is further

**ORDERED** pursuant to 11 U.S.C. § 327(a), that, the Trustee of the above-captioned Chapter 7 bankruptcy estate is authorized to employ Rasmus as auctioneer for the purposes identified in the Trustee's Application; and it is further

**ORDERED** that Rasmus may charge the winning bidders a 15% buyer's premium, which is applied on top of the purchase price and not factored into the sale proceeds; and it is further

**ORDERED** that the Trustee may pay Rasmus its 20% commission, at the closing of the online auction, directly from the proceeds of sale and without further court order, with notice to the Court and U.S. Trustee through the Trustee's Report of Sale; and it is further

**ORDERED**, that Rasmus may conduct an auction of any and all of the Property via online auction without further order of the Court and may set deadlines in its

reasonable discretion for the receipt of bids by participants;

**I ASK FOR THIS:**

/s/William Douglas White
William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com


No Objection:


/s/Michael T. Freeman/wdw email auth. 2/13/25
Michael T. Freeman
Assistant U.S. Trustee
1725 Duke St. Suite 650
Alexandria VA 22314
 (703) 557-7274
Michael.T.Freeman@usdoj.gov


Copies:

Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

R .L. Rasmus, Auctioneers, Inc. d/b/a Rasmus Auctions c/
o Christopher Rasmus
201 Yoakum Pkwy Apt 54
Alexandria, VA, 22304 - 3751, USA