The order below is hereby signed.

Signed: March 6 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re:                                    )
                                          )
PRAJNA STRATEGY, LLC                      )          Case No. 23-00032-ELG
                                          )
        Debtor.                           )          Chapter 7
                                          )
_____       )

### ORDER GRANTING MOTION TO
### APPROVE SETTLEMENT AGREEMENT PURSUANT
### TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

Upon consideration of the Motion to Approve Settlement Agreement Pursuant to Federal

Rule of Bankruptcy Procedure 9019 (the "Motion")[2] filed by William Douglas White (the

"Trustee"), the chapter 7 trustee for the bankruptcy estate of Prajna Strategy, LLC (the "Debtor"),

pursuant to § 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019(a), and Local Bankruptcy

Rule 9019-1, seeking approval of the Settlement Agreement with the Prajna Parties, attached to

the Motion (the "Settlement Agreement"); and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this matter is a core

proceeding under 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding

and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having

found that notice of the Motion was appropriate under the circumstances and that no other or

---

[2] Capitalized terms but not otherwise defined herein shall have the meaning given to them in the Motion

further notice need be provided; and this Court having reviewed the Motion and all other related

materials, and having considered any argument in support or in opposition to the relief requested;

and the Court finding that the Settlement Agreement is fair and equitable and in the best interest

of the estate, the Debtor, its creditors, and all parties in interest; and after due deliberation and

sufficient cause appearing therefor, it is hereby ordered:

1.      The Motion is granted.

2.      Any objections to the Motion or the Settlement Agreement are hereby overruled.

3.      The Settlement Agreement is hereby approved in its entirety.

4.      The Parties are hereby authorized and directed to take all actions necessary to

effectuate the terms of this Order.

5.      The Court retains exclusive jurisdiction to hear and decide any disputes arising

from this Order.


I ask for this:

/s/William Douglas White
William Douglas White #224592
8205 Pettit Court
McLean, VA 22102
703-770-9265
wdw@mccarthywhite.com


DUANE MORRIS LLP
30 South 17th Stre
Philadelphia, PA 19103-4196

/s/James J. Holman  (wdw auth. email 2/14/25)
By:  James J. Holman, Partner

Counsel for the Prajna Parties

9