William Douglas White, 224592
McCarthy & White PLLC
8205 Pettit Court
Mclean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| IN RE | \* | |
| | \* | |
| PRAJNA STRATECY LLC | \* | Case No. 23-00032 |
| | \* | (Chapter 7) |
| Debtor(s) | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PRAECIPE REGARDING SALE

TO THE CLERK OF THE COURT:

Please note the attached reporting the sale of the Debtor's interest in Apple computers pursuant to the Court's Order authorizing an auction sale by Rasmus Auctioneers.

Respectfully submitted,

/s/William Douglas White
William Douglas White, 224592
McCarthy & White PLLC
8205 Pettit Court
Mclean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

CERTIFICATE OF SERVICE

I certify that on April 1, 2025 I caused to a copy of the foregoing to be sent electronically to all participants on the Court's ECF filing system.

<u>William Douglas White</u>
William Douglas White

March 27, 2025

Mr. William White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

SUBJ:   Sale of Assets

REF:    R250176 Prajna Strategy

Dear Mr. White,

Thank you for choosing Rasmus Auctions for the sale of your assets.

The event attracted a large cross section of the current market as reflected by the statistics detailed below:

Number of Items: 20
Number of Bids: 973
Number of Registered Bidders: 216
Number of Winning Bidders: 18

Here is the breakdown of sales, fees, expenses and the net recovery:

Auction Sales: $14,582.06
Auction Sales (Commission 1): $14,582.06
Sellers Return Percentage Rate: 80%
Sellers Gross Return: $11,665.65

Auctioneers Percentage: 20%
Auctioneers Fee: $2,916.41


The net recovery to you is $11,665.65.

Your detailed report of sale is attached. Please contact Kathleen Rodimak at 703-768-9000 if you have questions or require additional information.

We look forward to the opportunity to work with you again soon!

Sincerely,

Christopher R Rasmus, CEO

SALES REPORT



THURSDAY, MARCH 27, 2025
11:30 AM
PAGE: 1.00

| LOT | DESCRIPTION | PRICE | QTY | TOTAL | BIDDER | SELLER |
|---|---|---|---|---|---|---|
| 6077 | MONITOR COLOR CALIBRATOR<br>IN ORIGINAL BOX | 65.00 | 1 | 65.00 | FKPR | |
| 6078 | MACBOOK PRO<br>2TB HARD DRIVE, 16GB RAM, M1 PRO CHIP PROCESSOR, INCLUDES CHARGER. SERIAL HPQLY9VQ2C. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 835.06 | 1 | 835.06 | QFM3 | |
| 6079 | MACBOOK PRO<br>8TB HARD DRIVE, 32GB RAM, M1 PRO CHIP PROCESSOR, INCLUDES CHARGER. SERIAL RWM5WHQDW9U. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 1425.00 | 1 | 1425.00 | ZNUD | |
| 6080 | MACBOOK PRO<br>4TB HARD DRIVE, 32GB RAM, M1 MAX CHIP, INCLUDES CHARGER. SERIAL DJ5WJJFHQX. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 1500.00 | 1 | 1500.00 | FTBZ | |
| 6081 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. DOES NOT INCLUDE CHARGER AND BATTERY MAY NOT HOLD CHARGE. SERIAL G3XVTQPP67. UNLOCKED AND READY TO SET UP MACOS VENTURA. | 715.00 | 1 | 715.00 | IFIA | |
| 6082 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL G407DCFC3X. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 750.00 | 1 | 750.00 | G26H | |
| 6083 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL YTXM417X1L. UNLOCKED AND READY TO SET UP MACOS VENTURA. | 850.00 | 1 | 850.00 | QIFE | |
| 6084 | MACBOOK PRO<br>2TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL M46WLWLJF6. UNLOCKED AND READY TO SET UP MACOS VENTURA. | 900.00 | 1 | 900.00 | ZNUD | |
| 6085 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL N7749TCWTR. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 800.00 | 1 | 800.00 | K0OM | |
| 6086 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL HM7MGGPDWL. UNLOCKED AND READY TO SET UP MACOS VENTURA. | 800.00 | 1 | 800.00 | 59WA | |
| 6087 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL Q96106J291. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 700.00 | 1 | 700.00 | WJ7C | |
| 6088 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL XFG9FN646T. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 700.00 | 1 | 700.00 | WJ7C | |
| 6089 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL TW0NWH042H. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 800.00 | 1 | 800.00 | O4F7 | |

SALES REPORT



THURSDAY, MARCH 27, 2025
11:30 AM
PAGE: 2.00

| LOT | DESCRIPTION | PRICE | QTY | TOTAL | BIDDER | SELLER |
|---|---|---|---|---|---|---|
| 6090 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL L6F74R6WNQ. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 750.00 | 1 | 750.00 | JVCS | |
| 6091 | MACBOOK PRO<br>1TB HARD DRIVE, 32GB RAM, M1 PRO CHIP PROCESSOR, INCLUDES CHARGER. SERIAL VCTXF0HXFX. SHOULD BE RUNNING MONTEREY, BUT THE COMPUTER IS STUCK IN ACTIVATION LOCK. | 825.00 | 1 | 825.00 | TFFG | |
| 6092 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL Y6NW0522WV. SHOULD BE RUNNING MONTEREY, BUT THE COMPUTER IS STUCK IN ACTIVATION LOCK. | 668.00 | 1 | 668.00 | LHL1 | |
| 6093 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL GKW5FH43FR. SHOULD BE RUNNING MONTEREY, BUT THE COMPUTER IS STUCK IN ACTIVATION LOCK. | 680.00 | 1 | 680.00 | XW5W | |
| 6094 | MACBOOK PRO<br>512GB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL LV30KQ5W3V. UNLOCKED AND READY TO SET UP MACOS SONOMA.<br>MAR 20, 2025 REFUND TOMMYCASEY@RASMUS.COM REFUND, DID NOT INCLUDE CHARGER AS DESCRIBED.WITHOUT COMMISSION. | 0.00 | 1 | 0.00 | 4EWG | |
| 6095 | MACBOOK PRO<br>1TB HARD DRIVE, 16GB RAM, M1 PRO CHIP. INCLUDES CHARGER. SERIAL KKWK50Y2KD. UNLOCKED AND READY TO SET UP MACOS MONTEREY. | 800.00 | 1 | 800.00 | VHWB | |
| 6096 | PRINTER<br>WHITE, WITH POWER CORD. | 19.00 | 1 | 19.00 | EFY3 | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL BUYBACKS | | | | **TOTAL SALES** | **$14,582.06** |
| TOTAL REMOVES | | | | | |
| TOTAL NO SHOWS | | | | | |
| TOTAL ADJUSTMENTS | | | | | |
| TOTAL REFUND | $750.00 | | | | |
| **TOTAL NO SALE** | **$750.00** | | | | |