**<u>Exhibit B</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| PRAJNA STRATEGY, LLC ) | Case No. 23-00032-ELG |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION
OF WHITEFORD, TAYLOR & PRESTON L.L.P. AS SPECIAL
COUNSEL TO WILLIAM DOUGLAS WHITE, CHAPTER 7 TRUSTEE,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JUNE 28, 2023 THROUGH MAY 22, 2025**

Upon the application (the "Application")[1] of Whiteford, Taylor & Preston L.L.P. ("Whiteford"), counsel to William Douglas White (the "Trustee"), in his capacity as chapter 7 trustee for the estate of Prajna Strategy, LLC (the "Debtor"), for final allowance of fees and reimbursement of expenses for the period of June 28, 2023 through May 22, 2025 (the "Application Period"), pursuant to 11 U.S.C. §§ 327, 330, and 331 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Rules"); and the Court having found that the relief requested in the Application is in the best

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

interests of the estate, its creditors, and other parties-in-interest; and the Court having found that Whiteford provided adequate and appropriate notice of the Application under the circumstance and that no other further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at any hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is APPROVED on a final basis.

2. Any objections to the Application are hereby OVERRULED.

3. Whiteford is allowed and awarded compensation on a final basis in the amount of $102,741.50.

4. Whiteford is allowed and awarded expense reimbursement on a final basis in the amount of $4,517.69.

5. The Trustee is authorized and directed to pay Whiteford on a final basis the compensation and expense reimbursement allowed and awarded herein.

6. The Court retains exclusive jurisdiction to hear and decide any disputes arising from this Order.

**END OF ORDER**

**WE ASK FOR THIS:**

*/s/*_____
**WHITEFORD, TAYLOR & PRESTON, LLP**
David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (Bar No. VA184)
3190 Fairview Park Drive, Suite 800
Falls Church, VA  22042-4510
Telephone: (703) 280-3374
Email: dgaffey@whitefordlaw.com
           adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*


**SEEN AND NO OBJECTION:**

*/s/*_____
Michael T. Freeman
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
michael.t.freeman@usdoj.gov

*Office of the United States Trustee*


Copies to:
ECF Recipients