David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (Bar No. VA184)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
           adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PRAJNA STRATEGY, LLC | ) | Case No. 23-00032-ELG |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO AND REQUEST HEARING ON FIRST AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON L.L.P. AS SPECIAL COUNSEL TO WILLIAM DOUGLAS WHITE, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 28, 2023 THROUGH MAY 22, 2025**

**PLEASE TAKE NOTICE** that Whiteford, Taylor & Preston LLP ("Whiteford"), special counsel to William Douglas White, the chapter 7 trustee for the estate of Prajna Strategy, LLC (the "Trustee"), has filed an application for compensation (the "Application").[1] The Application seeks the allowance and payment of fees in the amount of $102,741.50 and reimbursement of expenses in the amount of $4,517.69. The Application is the first and final application of Whiteford as special counsel for the Trustee and covers the period from June 28, 2023 through May 22, 2025.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the fees and expenses sought by Whiteford in the Application, or if you want the Court to consider your views on the matter, then on or before August 26, 2025, you or your attorney must:

> File with the Court a written opposition to and request for hearing on the Application. The objection must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application.

Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

David W. Gaffey, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510

**If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees and expenses sought in the Application and may enter an order without further notice approving the fees and expenses sought therein to be paid by the bankruptcy estate.**

Dated: August 5, 2025                           Respectfully submitted,

*/s/ David W. Gaffey*
David W. Gaffey (Bar No. VA031)
Alexandra G. DeSimone (Bar No. VA184)
**WHITEFORD TAYLOR & PRESTON LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-3374
E-Mail: dgaffey@whitefordlaw.com
         adesimone@whitefordlaw.com

*Special Counsel to William Douglas White, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2025 the foregoing Notice was filed electronically via the Court's CM/ECF system on all parties receiving notice thereby, and by first-class mail, postage prepaid, upon the parties listed below:

Prajna Strategy LLC
Attn: Kristen Clark
108 R Street NE
Washington, DC 20002

William Douglas White
McCarthy & White PLLC
8205 Pettit Court, 22102
Mclean, VA 22102

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Jon Wise
c/o Jennifer C. Bell, Esquire
Christopher A. Macey, Jr., Esquire
Bell & Bell LLP
1617 John F. Kennedy Blvd. – Suite 1254
Philadelphia, PA 19103

First Citizens Bank & Trust Company
c/o Dressler Peters LLC
101 W Grand Ave, Suite 404
Chicago, IL 60654

Duane Morris LLP
c/o Sommer Ross, Esq.
1201 N. Market Street, Suite 501
Wilmington, DE  19807

                                        */s/ David W. Gaffey*
                                        David W. Gaffey