William Douglas White, 224592
McCarthy & White PLLC
8205 Pettit Court
Mclean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE | \* | |
| | \* | |
| PRAJNA STRATECY LLC | \* | Case No. 23-00032 |
| | \* | (Chapter 7) |
| Debtor(s) | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPLEMENTAL PRAECIPE REGARDING SALE

TO THE CLERK OF THE COURT:

Please note the Trustee's attached report on the supplemental sale of the Debtor's interest in certain camera equipment and an Apple computer pursuant to the Court's Order authorizing an auction sale by Rasmus Auctioneers

Respectfully submitted,

/s/William Douglas White
William Douglas White, 224592
8205 Pettit Court
Mclean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

CERTIFICATE OF SERVICE

I certify that on September 22, 2025 I caused to a copy of the foregoing to be sent electronically to all participants on the Court's ECF filing system.

/s/William Douglas White
William Douglas White

Mr. William White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

SUBJ:    Sale of Assets

REF:    R250594 Prajna #2

Dear Mr. White,

Thank you for choosing Rasmus Auctions for the sale of your assets.

The event attracted a large cross section of the current market as reflected by the statistics detailed below:

Number of Items:
Number of Items With Bids: 2
Number of Bids: 56
Number of Registered Bidders: 39
Number of Winning Bidders: 2

Here is the breakdown of sales, fees, expenses and the net recovery:

Auction Sales: $3,725.00
Sellers Return Percentage Rate: 80%
Sellers Gross Return: $2,980.00

Auctioneers Percentage: 20%
Auctioneers Fee: $745.00


The net recovery to you is $2,980.00.

Your detailed report of sale is attached. Please contact Kathleen Rodimak at 703-768-9000 if you have questions or require additional information.

We look forward to the opportunity to work with you again soon!

Sincerely,



Christopher R Rasmus, CEO

SALES REPORT

FRIDAY, AUGUST 15, 2025
12:40 PM
PAGE: 1

**RASMUS Auctions**

## SOLD

| Lot | Description | Buyer | Price | Qty | Extended |
|---|---|---|---|---|---|
| 1000 | Cinema Camera. Full Frame, with two lens, e-mount frame, power adapter, with original box. . | OIY6 | 3150.00 | 1 | 3150.00 |
| 6094 | MacBook Pro . 512GB Hard Drive, 16GB RAM, M1 Pro Chip. Does Not Include Charger. Serial LV30KQ5W3V. Unlocked and ready to set up macOS Sonoma. . | Xw7h | 575.00 | 1 | 575.00 |
| | | | **Total Sold** | | 3725.00 |

| Sales Report Recap | |
|---|---|
| Gross Sales | $3,725.00 |
| Sellers Gross Return (80%) | $2,980.00 |
| | |
| **Net Proceeds To Seller** | **$2,980.00** |

| Statistics | |
|---|---|
| Items | 2 |
| Items With Bids | 2 |
| Number of Bids | 56 |
| Users Registered | 39 |
| Users Winning | 2 |