**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re:  PRAJNA STRATEGY LLC             § Case No. 23-00032
                                        §
                                        §
                                        §
          Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/19/2023. The undersigned trustee was appointed on 01/19/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of           $        265,470.06

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 35,000.00 |
| Administrative expenses | 110,567.39 |
| Bank service fees | 6,839.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 113,063.33 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/30/2023 and the deadline for filing governmental claims was 07/18/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,523.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $16,523.50, for a total compensation of $16,523.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $550.84 for total expenses of $550.84[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/11/2025                    By: /s/ William D. White
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 23-00032
Case Name: PRAJNA STRATEGY LLC
For Period Ending: 12/11/2025

Trustee Name: (730090) William D. White
Date Filed (f) or Converted (c): 01/19/2023 (f)
§ 341(a) Meeting Date: 02/23/2023
Claims Bar Date: 05/30/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at TD Bank, xxxxxx9062 | 201,646.99 | 201,646.99 | | 200,000.00 | FA |
| 2 | Checking Account at Quickbooks/ Intuit, xxxxxx49 | 113.53 | 113.53 | | 0.00 | FA |
| 3 | Checking Account at Relay/ Evolve Bank & Trust, | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Shabacky Investing LLC 7309 Grinnell Drive Derwo | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5 | CIT Laptop lease deposit | 1,568.60 | 1,568.60 | | 0.00 | FA |
| 6 | Justworks Pre-payment of monthly bill/ per emplo<br>Health Insurance Refund (February 2023) | 10,004.89 | 10,004.89 | | 0.00 | FA |
| 7 | CFC Underwriting Limited Insurance 2/10/22 - 2/1 | 9,027.00 | 9,027.00 | | 0.00 | FA |
| 8 | Motion Array annual contract; platform for video | 249.99 | 249.99 | | 0.00 | FA |
| 9 | Shutter Stock Marketing resource (Jan 15 - Feb 1 | 210.94 | 210.94 | | 0.00 | FA |
| 10 | Washington Commercial Registered agent services | 160.00 | 160.00 | | 0.00 | FA |
| 11 | The Hartford General Liablility/Umbrella Liabili | 1,192.00 | 1,192.00 | | 25,000.00 | FA |
| 12 | The Hartford Crime Policy 1 year (3/14/22 - 3/14 | 2,059.00 | 2,059.00 | | 0.00 | FA |
| 13 | CFC Underwriting Limited Advertising/ Media Poli | 9,027.00 | 9,027.00 | | 0.00 | FA |
| 14 | praj nastrategy.com. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Jon Wise, Potential counterclaims in pending lit | Unknown | 0.00 | | 0.00 | FA |
| 16 | Notes Receivable: Hive Wealth: convertible note. | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 17 | DC Franchise Tax, Tax Year 2022 | 18,000.00 | 18,000.00 | | 7,908.00 | FA |
| 18 | A/R 90 days old or less. Face amount = $52,287.5 | 52,287.58 | 52,287.58 | | 0.00 | FA |
| 19* | A/R Over 90 days old. Face amount = $228,748.78. (See Footnote) | 228,748.78 | 228,748.78 | | 0.00 | FA |
| 20 | MacBook Pro Part Number MK183LL/A; Serial Number | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 23-00032 | Trustee Name: | (730090) William D. White |
| --- | --- | --- | --- |
| Case Name: | PRAJNA STRATEGY LLC | Date Filed (f) or Converted (c): | 01/19/2023 (f) |
| | | § 341(a) Meeting Date: | 02/23/2023 |
| For Period Ending: | 12/11/2025 | Claims Bar Date: | 05/30/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 21 | 14" MacBook Pro with Apple Care VCTXFOHXFX (in p<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 825.00 | FA |
| 22 | 16" MacBook Pro with Apple Care.<br>Not sold. Did not include a charger. | Unknown | 0.00 | | 0.00 | FA |
| 23 | 16" MacBook Pro with Apple Care HM7MGGPDWL (in p<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 24 | 16" MacBook Pro with Apple Care RWM5WHQDW9 (leas<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 1,425.00 | FA |
| 25 | HP Desk Jet 2752E.<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 19.00 | FA |
| 26 | Datacolor SpyderX Pro SXP100, Color correction d<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 65.00 | FA |
| 27 | Customer list. | Unknown | 0.00 | | 0.00 | FA |
| 28 | Branded marketing items (200 notebooks) | 574.94 | 574.94 | | 0.00 | FA |
| 29 | Branded marketing items (8 plant grow kits) | 171.62 | 171.62 | | 0.00 | FA |
| 30 | Mama Gena's Coaching certification program prepa | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 31 | Wix Website - Money Matters - 1 Year (Dec - Dec) | 305.38 | 305.38 | | 0.00 | FA |
| 32 | Wix Ascend - Money Matters - 1 year (Jan - Jan) | 343.44 | 343.44 | | 0.00 | FA |
| 33 | Wix Ascend - Prajna Strateg - 1 year (Jul - Jul) | 305.28 | 305.28 | | 0.00 | FA |
| 34 | Wix Website- Prajna Strateg - 1 year (Jul - Jul) | 457.92 | 457.92 | | 0.00 | FA |
| 35 | MagSafe Battery Pack; Part number MJWY3AM/A | Unknown | 0.00 | | 0.00 | FA |
| 36 | 16" MacBook Pro with 16GB RAM and 1TB<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 37 | Camera Equipment - Sony FX3; 50mm lens<br>in possession of former employee and later retrieved and auctioned | Unknown | 0.00 | | 2,980.00 | FA |
| 38 | 16" MacBook Pro with Apple Care TW0NWH042H<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| Case No.: | 23-00032 | Trustee Name: | (730090) William D. White |
| --- | --- | --- | --- |
| Case Name: | PRAJNA STRATEGY LLC | Date Filed (f) or Converted (c): | 01/19/2023 (f) |
| | | § 341(a) Meeting Date: | 02/23/2023 |
| For Period Ending: | 12/11/2025 | Claims Bar Date: | 05/30/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 39 | 16" MacBook Pro with Apple Care Q96106J291<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 700.00 | FA |
| 40 | 16" MacBook Pro with Apple Care Y6NW0522WV<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 668.00 | FA |
| 41 | 16" MacBook Pro with Apple Care YTXM417X1L<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 850.00 | FA |
| 42 | 16" MacBook Pro with Apple Care L6F74R6WNQ<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 750.00 | FA |
| 43 | 16" MacBook Pro with Apple Care G3XVTQPP67<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 715.00 | FA |
| 44 | 16" MacBook Pro with Apple Care KKWK50Y2KD<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 45 | 16" MacBook Pro with Apple Care G407DCFC3X<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 750.00 | FA |
| 46 | 16" MacBook Pro with Apple Care XFG9FN646T<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 700.00 | FA |
| 47 | 16" MacBook Pro with Apple Care GKW5FH43FR<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 680.00 | FA |
| 48 | 16" MacBook Pro with Apple Care HPQLY9VQ2C<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 835.06 | FA |
| 49 | 16" MacBook Pro with Apple Care DJ5WJJFHQX<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 1,500.00 | FA |
| 50 | 16" MacBook Pro with Apple Care M46WLWLJF6<br>Sold at auction. See report of sale, Doc. No. 42 | Unknown | 0.00 | | 900.00 | FA |
| 51 | Settlement with Kristin Clark, Cheryl Heller, Prajna Technologies and Duane Morris (u)<br>Settlement with "Prajna Parties" approved per Order, Doc. No. 42 | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 51 | **Assets Totals (Excluding unknown values)** | **$629,454.88** | **$629,454.88** | | **$265,470.06** | **$0.00** |

RE PROP# 19    See Asset 51 - resolution global settlement with principals, affiliate and claim of law fime

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

**Case No.:** 23-00032  
**Case Name:** PRAJNA STRATEGY LLC  
**For Period Ending:** 12/11/2025

**Trustee Name:** (730090) William D. White  
**Date Filed (f) or Converted (c):** 01/19/2023 (f)  
**§ 341(a) Meeting Date:** 02/23/2023  
**Claims Bar Date:** 05/30/2023

**Major Activities Affecting Case Closing:**

3/21/2023 trustee collected all bank assets of debtor and is waitiing for claims deadline to pass to see if any additional assets should be pursued;ETFR 12/31/2023; claim objection filed against plaintiff in ED Pa litigation issue; settlement appoved on claim objection;; working to resolve remaining claims, collect any value from questionable receivables and file tax returns 4/26/24; ETFR 11/30/24; pending claim resolution and file tax returns; ETFR 1/31/25;  as of 3/31/25 awaiting computer auction proceeds, receipt of DC tax refund and accountant determination of any tax filings; ETFR 7/15/25'; computer auction proceeds collected 9/5/25, tax returns filed and tax refunds collected 9/15/25. ETFR 12/15/25

**Initial Projected Date Of Final Report (TFR):** 12/31/2023  
**Current Projected Date Of Final Report (TFR):** 12/10/2025 (Actual)

12/11/2025  
Date

/s/William D. White  
William D. White

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 23-00032 | Trustee Name: | William D. White (730090) |
|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | Account #: | ******0973 Checking Account |
| For Period Ending: | 12/11/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/21/23 | {1} | Wire from Prajna Strategy LLC; TD Bank, xxxxxx9062 | Bank funds: Checking Account at TD Bank, xxxxxx9062 | 1129-000 | 200,000.00 | | 200,000.00 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 106.84 | 199,893.16 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 299.01 | 199,594.15 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 351.88 | 199,242.27 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 319.33 | 198,922.94 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 308.19 | 198,614.75 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 350.19 | 198,264.56 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 307.17 | 197,957.39 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 338.42 | 197,618.97 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 316.73 | 197,302.24 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 305.68 | 196,996.56 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 346.44 | 196,650.12 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 303.83 | 196,346.29 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 303.36 | 196,042.93 |
| 04/03/24 | 101 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2024 FOR CASE #23-00032, Bond premium payment for 3792909, invoice #1404831 | 2300-000 | | 207.79 | 195,835.14 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 334.07 | 195,501.07 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 322.89 | 195,178.18 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 291.16 | 194,887.02 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 342.64 | 194,544.38 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 310.95 | 194,233.43 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 300.10 | 193,933.33 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 341.00 | 193,592.33 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 288.80 | 193,303.53 |
| 12/16/24 | {11} | The Hartford | insurance proceeds per policy | 1129-000 | 25,000.00 | | 218,303.53 |
| 12/19/24 | 102 | First-Citizens Bank & Trust Company | Payout of settlement per court order approving compromise | 4210-000 | | 20,000.00 | 198,303.53 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 358.52 | 197,945.01 |

Page Subtotals:   $225,000.00   $27,054.99

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B

Page: 2

| Case No.: | 23-00032 | Trustee Name: | William D. White (730090) |
|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | Account #: | ******0973 Checking Account |
| For Period Ending: | 12/11/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/25 | {51} | Kristen Clark | Deposit on Settlement Agreement - WIRE FROM KRISTEN KAVALIER | 1249-000 | 15,000.00 | | 212,945.01 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 351.03 | 212,593.98 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 318.01 | 212,275.97 |
| 03/04/25 | 103 | Jon Wise | Payment of 60% of insurance proceeds per Settlement Agree & Order 2/12/24 | 4210-000 | | 15,000.00 | 197,275.97 |
| 03/10/25 | 104 | INSURANCE PARTNERS | Bond premium payment for Policy #3792909 03/01/2025-03/01/2026 - Invoice #1728941 | 2300-000 | | 184.00 | 197,091.97 |
| 03/21/25 | 105 | First Citizens Bank & Trust Company | Trustee Blanket Bond Payment - VOIDED AS DUPLICATE Voided on 03/24/2025 | 2300-004 | | 184.00 | 196,907.97 |
| 03/24/25 | 105 | First Citizens Bank & Trust Company | Trustee Blanket Bond Payment - VOIDED AS DUPLICATE Voided: check issued on 03/21/2025 | 2300-004 | | -184.00 | 197,091.97 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 328.88 | 196,763.09 |
| 04/07/25 | | R.L. Rasmus Auctioneers | proceeds of auction of all apple computers | | 11,665.65 | | 208,428.74 |
| | {48} | | proceeds from sale at auction $835.06 | 1129-000 | | | |
| | {24} | | proceeds from sale at auction $1,425.00 | 1129-000 | | | |
| | {49} | | proceeds from sale at auction $1,500.00 | 1129-000 | | | |
| | {43} | | proceeds from sale at auction $715.00 | 1129-000 | | | |
| | {45} | | proceeds from sale at auction $750.00 | 1129-000 | | | |
| | {41} | | proceeds from sale at auction $850.00 | 1129-000 | | | |
| | {50} | | proceeds from sale at auction $900.00 | 1129-000 | | | |
| | {36} | | proceeds from sale at auction $800.00 | 1129-000 | | | |
| | {23} | | proceeds from sale at auction $800.00 | 1129-000 | | | |
| | {39} | | proceeds from sale at auction $700.00 | 1129-000 | | | |
| | {46} | | proceeds from sale at auction $700.00 | 1129-000 | | | |
| | {38} | | proceeds from sale at auction $800.00 | 1129-000 | | | |

Page Subtotals:   $26,665.65   $16,181.92

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 23-00032 | Trustee Name: | William D. White (730090) |
|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | Account #: | ******0973 Checking Account |
| For Period Ending: | 12/11/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {42} |  | proceeds from sale at auction $750.00 | 1129-000 |  |  |  |
|  |  |  | auctioneer fee -$2,916.41 | 3610-000 |  |  |  |
|  | {21} |  | proceeds from sale at auction $825.00 | 1129-000 |  |  |  |
|  | {40} |  | proceeds from sale at auction $668.00 | 1129-000 |  |  |  |
|  | {47} |  | proceeds from sale at auction $680.00 | 1129-000 |  |  |  |
|  | {44} |  | proceeds from sale at auction $800.00 | 1129-000 |  |  |  |
|  | {25} |  | proceeds from sale at auction $19.00 | 1129-000 |  |  |  |
|  | {26} |  | proceeds from sale at auction $65.00 | 1129-000 |  |  |  |
| 04/30/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 352.38 | 208,076.36 |
| 05/30/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 333.49 | 207,742.87 |
| 06/30/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 321.85 | 207,421.02 |
| 07/31/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 365.71 | 207,055.31 |
| 08/29/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 320.79 | 206,734.52 |
| 09/04/25 | {37} | R.L. Rasmus Auctioneer | net proceeds of auction supp for camera equipment per court order | 1129-000 | 2,980.00 |  | 209,714.52 |
| 09/05/25 | {37} | RL Rasmus Auctioneer | net proceeds of supp auction | 1129-000 | 2,980.00 |  | 212,694.52 |
| 09/05/25 | {37} | R.L. Rasmus Auctioneer | Deposit Reversal: net proceeds of auction supp for camera equipment per court order | 1129-000 | -2,980.00 |  | 209,714.52 |
| 09/12/25 | {17} | Government of District of Columbia | 2022 Tax Refund | 1129-000 | 4,470.00 |  | 214,184.52 |
| 09/12/25 | {17} | Government of District of Columbia | tax refund for 2023 | 1129-000 | 3,438.00 |  | 217,622.52 |
| 09/16/25 | 106 | Whiteford, Taylor & Preston L.L.P. | Payment of first and final Special Counsel fees and expenses approved per order, Doc. No. 45 |  |  | 107,259.19 | 110,363.33 |
|  |  | Whiteford Taylor & Preston | Special counsel fees $102,741.50 | 3210-000 |  |  |  |
|  |  | Whiteford Taylor & Preston | Special counsel expenses $4,517.69 | 3220-000 |  |  |  |
| 09/30/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 150.00 | 110,213.33 |
| 10/31/25 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 150.00 | 110,063.33 |

Page Subtotals:   $10,888.00   $109,253.41

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | |  | |
|---|---|---|---|
| **Case No.:** | 23-00032 | **Trustee Name:** | William D. White (730090) |
| **Case Name:** | PRAJNA STRATEGY LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5022 | **Account #:** | ******0973 Checking Account |
| **For Period Ending:** | 12/11/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees — 2600-000 | | -3,000.00 | 113,063.33 |
| | | | **COLUMN TOTALS** | 262,553.65 | 149,490.32 | $113,063.33 |
| | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | | **Subtotal** | 262,553.65 | 149,490.32 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$262,553.65** | **$149,490.32** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-00032 | **Trustee Name:** | William D. White (730090) |
| **Case Name:** | PRAJNA STRATEGY LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5022 | **Account #:** | ******0973 Checking Account |
| **For Period Ending:** | 12/11/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $262,553.65 |
| Plus Gross Adjustments: | $2,916.41 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $265,470.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0973 Checking Account | $262,553.65 | $149,490.32 | $113,063.33 |
| | **$262,553.65** | **$149,490.32** | **$113,063.33** |

12/11/2025
Date

/s/William D. White
William D. White

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 23-00032 PRAJNA STRATEGY LLC

Claims Bar Date: 05/30/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | First Citizens Bank & Trust Company C/O Dressler Peters LLC 101 W Grand Ave, Suite 404 Chicago, IL 60654 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 05/26/23 | | $46,899.44 $20,000.00 | $20,000.00 | $0.00 |
| | claim was settled per Compromise Order; paid $20,000 as paid | | | | | |
| 4S | Jon Wise , <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 03/05/25 | | $0.00 $15,000.00 | $15,000.00 | $0.00 |
| | Claim supersedes claim 3 per Settlement Agreement and Order 2/12/2024 allowing claim payment of $15000. | | | | | |
| BOND | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 <2300-000 Bond Payments> , 200 | Administrative 01/19/23 | | $207.79 $207.79 | $207.79 | $0.00 |
| FEE | William D. White 8205 Petit Court Mclean, VA 22102 <2100-000 Trustee Compensation> , 200 | Administrative 09/16/25 | | $16,523.50 $16,523.50 | $0.00 | $16,523.50 |
| TE | William D. White 8205 Petit Court Mclean, VA 22102 <2200-000 Trustee Expenses> , 200 | Administrative 12/09/25 | | $550.84 $550.84 | $0.00 | $550.84 |
| | Aaron Peters CPA, <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 12/04/25 | | $6,125.00 $6,125.00 | $0.00 | $6,125.00 |
| | Whiteford Taylor & Preston, <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 08/31/25 | | $102,741.50 $102,741.50 | $102,741.50 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 23-00032 PRAJNA STRATEGY LLC

Claims Bar Date: 05/30/23

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Whiteford Taylor & Preston, <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 08/31/25 |  | $4,517.69 $4,517.69 | $4,517.69 | $0.00 |
|  | final expenses |  |  |  |  |  |
| 3P | Jon Wise c/o Jennifer C. Bell, Bell & Bell LLP 1617 John F. Kennedy Blvd., Ste. 1254 Philadelphia, PA 19103 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 05/26/23 |  | $15,150.00 $0.00 | $0.00 | $0.00 |
|  | claim resolved by court approved settlement |  |  |  |  |  |
| 1 | Duane Morris LLP Attn: Sommer L. Ross, Esq. 1201 N. Market Street, Suite 501 Wilmington, DE 19807 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 05/24/23 |  | $42,820.50 $0.00 | $0.00 | $0.00 |
|  | Claim against estate was waived per court approval settlement |  |  |  |  |  |
| 3U | Jon Wise c/o Jennifer C. Bell, Bell & Bell LLP 1617 John F. Kennedy Blvd., Ste. 1254 Philadelphia, PA 19103 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 05/26/23 |  | $25,045,759.00 $0.00 | $0.00 | $0.00 |
|  | claim resolved by court approved settlement |  |  |  |  |  |
| 4U | Jon Wise, <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/05/25 |  | $0.00 $250,000.00 | $0.00 | $250,000.00 |
|  | Claim supersedes Claim 3 per Settlement Agreement & Order 2/12/2024 allowing a general unsecured claim of $250,000. |  |  |  |  |  |

Case Total:   $142,466.98   $273,199.34

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-00032
Case Name: PRAJNA STRATEGY LLC
Trustee Name: William D. White

**Balance on hand:** $ 113,063.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | First Citizens Bank & Trust Company | 46,899.44 | 20,000.00 | 20,000.00 | 0.00 |
| 4S | Jon Wise | 0.00 | 15,000.00 | 15,000.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 113,063.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William D. White | 16,523.50 | 0.00 | 16,523.50 |
| Trustee, Expenses - William D. White | 550.84 | 0.00 | 550.84 |
| Bond Payments - Insurance Partners Agency, Inc. | 207.79 | 207.79 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Whiteford Taylor & Preston | 102,741.50 | 102,741.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Whiteford Taylor & Preston | 4,517.69 | 4,517.69 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Aaron Peters CPA | 6,125.00 | 0.00 | 6,125.00 |

Total to be paid for chapter 7 administrative expenses: $ 23,199.34
Remaining balance: $ 89,863.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 89,863.99

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Jon Wise | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 89,863.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Duane Morris LLP | 0.00 | 0.00 | 0.00 |
| 3U | Jon Wise | 0.00 | 0.00 | 0.00 |
| 4U | Jon Wise | 250,000.00 | 0.00 | 89,863.99 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 89,863.99 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**