William Douglas White #224592  
8205 Pettit Court  
McLean, VA 22102  
Telephone:	703-770-9265  
Facsimile:	703-770-9266  
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE | \* |
| | \* |
| PRAJNA STRATEGIES, LLC | \*   Case No. 23-00032 |
| | \*   (Chapter 7) |
| Debtor | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPLICATION TO APPROVE FINAL ACCOUNTING FEES

William Douglas White, trustee for the bankruptcy estate ("Trustee") requests approval for final accounting fees to Aaron Peters, CPA and his accounting firm, Peters and Associates P.C. (together the "Applicant") for accounting services provided from November 12, 2024 until the date of this fee application in the amount of $6,125 as more particularly set forth in the attached Exhibit A. The Applicant was authorized to act as accountant for the estate pursuant to Application filed on October 19, 2024 and the Court's Order authorizing its employment on November 6, 2024. All services provided were billed on an hourly basis. The Applicant's hourly rate was $250 during the time period covered by this application.

The work of the Applicant as accountants for the Estate was important to the successful administration of the bankruptcy case. The Applicant was engaged by the bankruptcy estate to assist in the preparation and filing of required tax returns for the

1

periods of 2022, 2023, and 2024.  The tax preparation process included the review of financial records including financial statements, bank statements, and distribution journals and discussions with the trustee about relevant tax matters including the allowable tax return deduction for owner salary for the period prior to bankruptcy estate takeover.  Tax returns were prepared in accordance with applicable guidance from the Internal Revenue Service and the District of Columbia Office of Tax and Revenue; and were provided to the trustee for review and discussion.  Once reviewed, final copies of the tax returns were sent to the trustee for signature, along with instructions for mailing the returns for filing.

      WHEREFORE the Trustee requests that the final accounting fees of Aaron Peters, CPA and his accounting firm, Peters and Associates P.C.  be approved in the amount of $6,125 and that the Court enter the attached proposed order.

      Respectfully submitted,

/s//William Douglas White  
William Douglas White 224592  
8205 Pettit Court  
McLean, VA 22102  
Telephone: (703) 770-9265  
E-mail: wdw@mccarthywhite.com



**BILL TO**
Prajna Strategy LLC - Bankruptcy Estate

**INVOICE 4928**

**DATE** 12/31/2024    **TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Hourly - $250<br>Preparation of Draft 2022 tax return - provided to William White on Nov 12 | 3.50 | 250.00 | 875.00 |
| Hourly - $250<br>Update of Draft 2022 tax return - estate name and address - Nov 20 | 0.50 | 250.00 | 125.00 |
| Hourly - $250<br>Final update of 2022 tax return (officer salary) - return provided to William White via secure email on Dec 2 with instructions for filing | 1.25 | 250.00 | 312.50 |
| Hourly - $250<br>Dec 10 call with Kristen Clark as requested by William White | 0.75 | 250.00 | 187.50 |
| Hourly - $250<br>Preparation of Draft 2023 tax return - including review of QB files and supporting documentation provided by William White. Sent to William White via secure email on Dec 11 | 5.75 | 250.00 | 1,437.50 |
| Hourly - $250<br>Dec 16 call with William White | 1 | 250.00 | 250.00 |
| Hourly - $250<br>Dec 17 call with William White | 1.75 | 250.00 | 437.50 |
| Hourly - $250<br>Review on Dec 19 of estate bank statements and disbursement journal (provided by William White on 12/18), calculation of update tax burden for | 1.25 | 250.00 | 312.50 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 2023 return based on new information | | | |

| | |
|---|---|
| TOTAL DUE | $3,937.50 |

Pay invoice



**BILL TO**
Prajna Strategy LLC - Bankruptcy Estate

**INVOICE 5137**

**DATE** 09/02/2025    **TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly - $250<br>Jan 15 Call with William White - Status update & owner salary deduction discussion | 0.50 | 250.00 | 125.00 |
| Hourly - $250<br>2023 Return update with final cash journal - sent 9 May 2025 | 1.50 | 250.00 | 375.00 |
| Hourly - $250<br>2024 Return preparation - sent 9 May 2025 | 3 | 250.00 | 750.00 |
| Hourly - $250<br>Estate Power of Attorney forms & filing - delivered for signature on 29 May 2025, returned and filed on 25 June 2025 | 1 | 250.00 | 250.00 |
| Hourly - $250<br>Update of all returns - 2022, 2023, & 2024 - to include application of 2022 refund to offset tax due in 2023 & 2024, delivered 22 July 2025 | 1.50 | 250.00 | 375.00 |
| Hourly - $250<br>Phone discussion with DC OTR and William White to discuss return status, refund application, etc | 1 | 250.00 | 250.00 |
| Hourly - $250<br>Phone discussion with William White on 28 July 2025 to discuss DC returning filing status | 0.25 | 250.00 | 62.50 |

Pay invoice

| TOTAL DUE | $2,187.50 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

*******************************************
IN RE                                            *
                                                 *
PRAJNA STRATEGIES, LLC          *        Case No. 23-00032
                                                 *        (Chapter 7)
                    Debtor            *
*******************************************

<u>ORDER APPROVING APPLICATION FOR FINAL ACCOUNTING FEES</u>

Upon consideration of the Application For Final Accounting Fees to Aaron Peters and Peters and Associates P.C. filed by William Douglas White, Trustee, in this case, and any opposition thereto, it appearing that just cause exists, it is hereby

ORDERED, that the Application be, and hereby is, approved for final accounting fees to Aaron Peters and Peters and Associates P.C. for unpaid services is authorized in the amount of $6,125.

I ASK FOR THIS:

<u>/s/William Douglas White</u>
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

3