**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: PRAJNA STRATEGY LLC    §    Case No. 23-00032
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>William D. White</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court DC

3rd & Constitution Ave., NW

Washington, DC 20001

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 1/23/2026                    By: /s/ William Douglas White
                                                      Trustee

William D. White

8205 Petit Court

Mclean, VA 22102

(703) 770-9265

wdw@mccarthywhite.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: PRAJNA STRATEGY LLC  §  Case No. 23-00032
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 265,470.06 |
| *and approved disbursements of:* | $ 152,406.73 |
| *leaving a balance on hand of[1]:* | $ 113,063.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | First Citizens Bank & Trust Company | 46,899.44 | 20,000.00 | 20,000.00 | 0.00 |
| 4S | Jon Wise | 0.00 | 15,000.00 | 15,000.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 113,063.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - William D. White | 16,523.50 | 0.00 | 16,523.50 |
| Trustee, Expenses - William D. White | 550.84 | 0.00 | 550.84 |
| Bond Payments - Insurance Partners Agency, Inc. | 207.79 | 207.79 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Whiteford Taylor & Preston | 102,741.50 | 102,741.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Whiteford Taylor & Preston | 4,517.69 | 4,517.69 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Aaron Peters CPA | 6,125.00 | 0.00 | 6,125.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $ | 23,199.34 |
|---|---|---|---|
|  | Remaining balance: | $ | 89,863.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 89,863.99 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Jon Wise | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 89,863.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,000.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Duane Morris LLP | 0.00 | 0.00 | 0.00 |
| 3U | Jon Wise | 0.00 | 0.00 | 0.00 |
| 4U | Jon Wise | 250,000.00 | 0.00 | 89,863.99 |

|  | Total to be paid for timely general unsecured claims: | $ | 89,863.99 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ William Douglas Whtie
Trustee

William D. White
8205 Petit Court
Mclean, VA 22102
(703) 770-9265
wdw@mccarthywhite.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PRAJNA STRATEGY LLC | CASE NO: 23-00032<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 1/23/2026, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/23/2026

/s/ William Douglas White
William Douglas White  224595
Trustee

8205 Pettit Court
Mclean, VA 22102
703-770-9265
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>PRAJNA STRATEGY LLC | CASE NO: 23-00032<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 1/23/2026, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/23/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William Douglas White

8205 Pettit Court
Mclean, VA  22102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-00032
DISTRICT OF DISTRICT OF COLUMBIA
FRI JAN 23 12-11-9 PST 2026

FIRST CITIZENS BANK  TRUST COMPANY
CO DRESSLER PETERS LLC
101 W GRAND AVE  SUITE 404
CHICAGO  IL 60654-7129

DEBTOR

PRAJNA STRATEGY LLC
108 R STREET NE
WASHINGTON DC 20002-2120

U S TRUSTEE FOR REGION FOUR
U S TRUSTEES OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA  VA 22314-3489

WHITEFORD  TAYLOR  PRESTON LLP
3190 FAIRVIEW PARK DRIVE  SUITE 800
FALLS CHURCH  VA 22042-4558

WASHINGTON  DC
E BARRETT PRETTYMAN U S COURTHOUSE
333 CONSTITUTION AVE  NW 1225
WASHINGTON  DC 20001-2802

ABRAHAM ROZENBAUM
501 9TH ST  APT 311
HOBOKEN  NJ 07030-2186

AFFIRM LOGIC CORP
DBA CODEHUNTER
1775 GREENSBORO STATION PLACE  STE 230
MC LEAN  VA 22102-5214

ANDERSON  KELSIE
1472 W RASCHER AVE 2
CHICAGO  IL 60640-1206

ARENA FINANCIAL SOLUTIONS  LLC
4031 UNIVERSITY DRIVE
FAIRFAX  VA 22030-3409

ARTEAGA  ELIZABETH
11099 EASTRIDGE DR NE
APT L304
REDMOND  WA 98053-4008

BAENEN  ALISON
2578 12 LAKE VIEW AVE
LOS ANGELES  CA 90039-3317

BECK  AMIR
2121 3RD STREET
UNIT 308
SAN FRANCISCO  CA 94107-3663

BURGER  RACHEL
12241 FAIRFIELD HOUSE DR  310
FAIRFAX  VA 22033-3954

INTERNATIONAL

CFC UNDERWRITING LIMITED
85 GRACECHURCH STREET
LONDON EC3V0AA
UNITED KINGDOM

CIT BANK NA
156 COMMERCE WAY
PORTSMOUTH  NH 03801

CIT BANK  NA
155 COMMERCE WAY
PORTSMOUTH  NH 03801-3243

EXCLUDE

(D)CIT BANK  NA
156 COMMERCE WAY
PORTSMOUTH  NH 03801

CANDICE NICOLE PUBLIC RELATIONS
436 EAST 36TH ST
COLUMBIA  SC 29205

EXCLUDE

(U)CARRERA  NATALIE
ADDRESS UNKNOWN

CASE  SONIA
30 E END AVE 3B
NEW YORK  NY 10028-7098

CHASE CARD
PO BOX 15298
WILMINGTON  DE 19850-5298

CODERELLA
MARIE WILLIAMS
5758 GEARY BLVD 622
SAN FRANCISCO  CA 94121-2112

INTERNATIONAL

CUADRO POST
YAMILET VALDEZ
CALLE AGUSTIN LARA 58  SERRALLES
SANTO DOMINGO  DOMINICAN REPUBLIC

CUMMINS  JENNIFER
11716 COLLINGWOOD CT
WOODBRIDGE  VA 22192-1043

DAVIS  TYLER
3612 REXMERE RD
BALTIMORE  MD 21218-2008

DESAI CONSULTING LLC
RAJ DESAI
3037 EDEN HARBOR COURT
RALEIGH  NC 27613-6294

| | | |
|---|---|---|
| DUANE MORRIS LLP<br>111 S CALVERT STREET  SUITE 2000<br>BALTIMORE  MD 21202-6114 | DUANE MORRIS LLP<br>ATTN SOMMER L ROSS  ESQ<br>1201 N MARKET STREET  SUITE 501<br>WILMINGTON DE 19801-1160 | DYSARD  SAVANNAH<br>190 S BENJAMIN DR<br>WEST CHESTER  PA 19382-1934 |
| EXCLUDE<br><br>(D)FIRST CITIZENS BANK  TRUST COMPANY<br>CO DRESSLER PETERS LLC<br>101 W GRAND AVE  SUITE 404<br>CHICAGO  IL 60654-7129 | FIRSTCITIZENS BANK  TRUST COMPANY<br>155 COMMERCE WAY<br>PORTSMOUTH NH 03801-3243 | FREDERICK  ZACH<br>200 WOODYARD THICKET<br>STEVENSVILLE  MD 21666-4063 |
| GOREY  NICK<br>5708 PIMLICO RD<br>APT 1<br>BALTIMORE  MD 21209-4333 | GREEN   DONNIE  JR<br>3602 ELMCREST LANE<br>BOWIE  MD 20716-7316 | HARRIS  QUINTIN<br>18225 WEXFORD TERRACE<br>JAMAICA  NY 11432-3140 |
| HELLEN  DEBORAH<br>151 LAKESIDE DR PH 2<br>OAKLAND  CA 94612-4603 | HIVE WEALTH  INC<br>4445 WILLARD AVENUE  STE 600<br>CHEVY CHASE  MD 20815-3786 | HOUGHTON  JAMIE<br>460 GROVE STREET<br>RIDGEWOOD  NJ 07450-5408 |
| JB CONSULTING SERVICES  LLC<br>107 AMBERLEIGH DR<br>SILVER SPRING  MD 20905-5967 | JENNIFER C BELL  ESQ<br>1617 JOHN F KENNEDY BLVD<br>ONE PENN CENTER  STE 1254<br>PHILADELPHIA  PA 19103-1820 | JON WISE<br>30 N 23RD STREET 504<br>PHILADELPHIA  PA 19103-1590 |
| JON WISE<br>CO JENNIFER C BELL  BELL  BELL LLP<br>1617 JOHN F KENNEDY BLVD  STE 1254<br>PHILADELPHIA PA 19103-1820 | KATIES COLLECTIVE   LLC<br>122 IVE DRIVE 10<br>CHARLOTTESVILLE  VA 22903 | KATIES COLLECTIVE   LLC<br>122 IVY DRIVE 10<br>CHARLOTTESVILLE VA 22903-5062 |
| KRISTEN  CLARK<br>108 R ST NE<br>WASHINGTON  DC 20002-2120 | LANG  MAX<br>14501 BARKWOOD DRIVE<br>ROCKVILLE  MD 20853-2315 | LERNER  SHARI<br>41 SE 5TH STREET<br>APT 1902<br>MIAMI  FL 33131-2548 |
| LOOKTHINK  LLC<br>332 MARYLAND AVE NE<br>WASHINGTON DC 20002-5712 | LOPEZ  NICOLAS<br>568 UNION AVE  APT 6 L<br>BROOKLYN  NY 11211-1773 | LUCID LINK CORP<br>58 WEST PORTAL AVENUE 256<br>SAN FRANCISCO  CA 94127-1304 |
| MAESTRO FILMWORKS<br>KRIS MENDOZA  EXEC PRODUCER<br>1516 N 5TH STREET 402<br>PHILADELPHIA  PA 19122-3679 | MARIA PONCE<br>1440 BRICKELL BAY DRIVE APT 805<br>MIAMI  FL 33131-3603 | MARTIN  SHANICE<br>3605 MACTAVISH PL<br>BURTONSVILLE  MD 20866-1963 |

| | | |
|---|---|---|
| MAVENLINK INC KANTATA<br>6501 IRVINE CENTER DRIVE STE 250<br>IRVINE CA 92618-2137 | MCDOWELL TIFF<br>214 E 4TH ST<br>LANSDALE PA 19446-2606 | ~~EXCLUDE~~<br>~~(U)MIKAELA BERMAN~~<br>~~ADDRESS UNKNOWN~~ |
| MILIANO KELLY<br>245 ESSEX ST<br>WEYMOUTH MA 02188-4123 | ~~EXCLUDE~~<br>~~(U)MOJICA LAURA~~<br>~~ADDRESS UNKNOWN~~ | ~~EXCLUDE~~<br>~~(U)MOJIDI SAFI~~<br>~~ADDRESS UNKNOWN~~ |
| OBRIEN ERIN<br>595 SNOW RD<br>SEBASTOPOL CA 95472-5031 | OMALLEY BRIGIT<br>352 MYRTLE AVENUE<br>APT 1<br>BROOKLYN NY 11205-3237 | OPTIMAL NETWORKS INC<br>15201 DIAMONDBACK DRIVE<br>SUITE 220<br>ROCKVILLE MD 20850-3771 |
| PETERS ASSOCIATES PC<br>6611 SOUTH STREET<br>FALLS CHURCH VA 22042-3007 | PILLAR ONE CONSULTING<br>227 ARMSTRONG PLACE<br>GAITHERSBURG MD 20878-4764 | PRAJNA TECHNOLOGIES INC<br>DBA GRANATE<br>108 R STREET NE<br>WASHINGTON DC 20002-2120 |
| STL SKIP THE LINE LLC<br>95 E WAYNE AVE 210<br>SILVER SPRING MD 20901-4245 | ~~EXCLUDE~~<br>~~(U)SAMPEL PAMELA~~<br>~~ADDRESS UNKNOWN~~ | INTERNATIONAL<br>SICHLER TILO<br>HERMANNBURTE STR 50<br>STEINEN 79585<br>GERMANY |
| SMITH WALTON<br>3909 WOODREED DRIVE<br>BRANDYWINE MD 20613-6005 | ~~EXCLUDE~~<br>~~(U)SPENCER ARGIEA~~<br>~~ADDRESS UNKNOWN~~ | (P)SPROUT SOCIAL INC<br>131 S DEARBORN SUITE 700<br>CHICAGO IL 60603-5569 |
| STACI COOPER<br>817 KAPLON CT<br>BRUNSWICK MD 21716-1656 | STELLAR BOOKKEEPING<br>1510 W LAKEVIEW DR<br>JOHNSON CITY TN 37601-3363 | SUNNY DUBLICK MARKETING INC<br>1029 STONO RIVER DR<br>CHARLESTON SC 29412-8632 |
| TAPIA CARLO<br>1320 20TH STREET<br>SACRAMENTO CA 95811-4205 | THE HARTFORD<br>3600 WISEMAN BLVD<br>SAN ANTONIO TX 78251-4323 | ~~EXCLUDE~~<br>~~(U)TORRES FELIPE CASTIBLANCO~~<br>~~CLL 127 5045~~<br>~~INT 1 APTO 1315~~<br>~~BOGOTA COLUMBIA~~ |
| UDOKWERE ISANG<br>2 MASSACHUSSETTS AVE NE<br>UNIT 77534<br>WASHINGTON DC 20013-5679 | VLP LAW GROUP<br>446 OLD COUNTY ROAD STE 100114<br>PACIFICA CA 94044-3270 | ~~EXCLUDE~~<br>~~(U)VASQUEZ MARCELA~~<br>~~CRA 73 B BIS A 3641 SUR~~<br>~~BOGOTA COLUMBIA~~ |

~~EXCLUDE~~

~~(U)VELASQUEZ  JONATHAN~~
~~ADDRESS UNKNOWN~~

WALKER COMMUNICATIONS GROUP LLC
OUTVOX
1300 19TH ST NW
WASHINGTON  DC 20036-1609

WALKER MEDIA
234 E 23RD ST
4D
NEW YORK  NY 10010-4624


WHEREOWARE  INC
1660 INTERNATIONAL DRIVE
SUITE 600
MC LEAN  VA 22102-4877

WISE  JON
30 N 23RD STREET  504
PHILADELPHIA  PA 19103-1590

YI  JEN
25731 SE OLD BLACK NUGGET RD
ISSAQUAH  WA 98029-7611


YOUREKA
1215 E FORT AVE
SUITE 104
BALTIMORE  MD 21230-5280

THRESHOLDWORLD
1308 PROSPECT HILL ROAD
VILLANOVA  PA 19085-2117

DAVID W GAFFEY
WHITEFORD  TAYLOR  PRESTON  LLP
3190 FAIRVIEW DRIVE
SUITE 800
FALLS CHURCH  VA 22042


~~EXCLUDE~~

~~(D)JON WISE~~
~~CO JENNIFER C BELL~~
~~BELL  BELL LLP~~
~~1617 JOHN F KENNEDY BLVD~~
~~STE 1254~~
~~PHILADELPHIA  PA 19103-1820~~

WILLIAM DOUGLAS WHITE
MCCARTHY  WHITE PLLC
8205 PETTIT COURT
22102
MCLEAN  VA 22102-2314