UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| IN RE: | Case No. 23-00032 |
|---|---|
| PRAJNA STRATEGY LLC | |
| Debtor(s) | CHAPTER 7 |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION
AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND**

    The trustee having filed his final report and account and proposed final distribution thereon in the above estate, and the court having reviewed and considered all pending applications for compensation and reimbursement of expenses, and it appearing that notice and opportunity for hearing has been given to all creditors and other parties in interest, and it further appearing that no objections have been filed, and that the U.S. Trustee has approved of the final report and account and proposed distribution thereon, it is

    ORDERED that the following application for compensation and other request for payment of administrative expenses are approved for the amounts indicated:

| | | | |
|---|---|---|---:|
| William D. White, | | statutory trustee's fees | $ 16,523.50 |
| | | expenses | $ 550.84 |
| Trustee | | | |
| | LESS AMOUNTS PREVIOUSLY PAID AND AUTHORIZED | | $ (0.00) |
| | UNPAID BALANCE | | $ **17,074.34** |
| | | attorney for trustee fees and expenses | (N/A SEPARATE ORDER) |

and it is further,

      ORDERED that the trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, section 507 of 11 U.S.C., and in conformity with this order.

I ASK FOR THIS:

/s/William Douglas White
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com
a

Copies to:

| | |
|---|---|
| William D. White | United States Trustee |
| 8205 Petit Court | 115 S. Union Street |
| Mclean, VA 22102 | Plaza Level – Suite 210 |
| | Alexandria, VA  22314 |