UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE                                       \*
                                            \*
PRAJNA STRATEGIES, LLC                      \*       Case No. 23-00032
                                            \*       (Chapter 7)
          Debtor                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER APPROVING APPLICATION FOR FINAL ACCOUNTING FEES

Upon consideration of the Application For Final Accounting Fees to Aaron Peters and Peters and Associates P.C. filed by William Douglas White, Trustee, in this case, and any opposition thereto, it appearing that just cause exists, it is hereby

ORDERED, that the Application be, and hereby is, approved for final accounting fees to Aaron Peters and Peters and Associates P.C. for unpaid services is authorized in the amount of $6,125.

I ASK FOR THIS:

/s/William Douglas White
William Douglas White 224592
McCarthy & White PLLC
8205 Pettit Court
McLean, VA 22102
Telephone: (703) 770-9265
wdw@mccarthywhite.com

3