# Notice Recipients

District/Off: 0090−1   User: admin   Date Created: 2/18/2026
Case: 23−00032−ELG   Form ID: pdf001   Total: 3

**Recipients of Notice of Electronic Filing:**
tr    William Douglas White    wdw@mccarthywhite.com
ust   U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
aty   William Douglas White    wdw@mccarthywhite.com

TOTAL: 3