**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: PRAJNA STRATEGY LLC | § | Case No. 23-00032 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

William D. White, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $393,615.89 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $124,863.99 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $140,606.07 | | |

3) Total gross receipts of $265,470.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $265,470.06 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $46,899.44 | $35,000.00 | $35,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $140,606.07 | $140,606.07 | $140,606.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $15,150.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $98,250.91 | $25,088,579.50 | $250,000.00 | $89,863.99 |
| **TOTAL DISBURSEMENTS** | $98,250.91 | $25,291,235.01 | $425,606.07 | $265,470.06 |

4) This case was originally filed under chapter 7 on 01/19/2023.  The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     03/16/2026          By: /s/ William D. White

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 14" MacBook Pro with Apple Care VCTXFOHXFX (in p | 1129-000 | $825.00 |
| 16" MacBook Pro with 16GB RAM and 1TB | 1129-000 | $800.00 |
| 16" MacBook Pro with Apple Care DJ5WJJFHQX | 1129-000 | $1,500.00 |
| 16" MacBook Pro with Apple Care G3XVTQPP67 | 1129-000 | $715.00 |
| 16" MacBook Pro with Apple Care G407DCFC3X | 1129-000 | $750.00 |
| 16" MacBook Pro with Apple Care GKW5FH43FR | 1129-000 | $680.00 |
| 16" MacBook Pro with Apple Care HM7MGGPDWL (in p | 1129-000 | $800.00 |
| 16" MacBook Pro with Apple Care HPQLY9VQ2C | 1129-000 | $835.06 |
| 16" MacBook Pro with Apple Care KKWK50Y2KD | 1129-000 | $800.00 |
| 16" MacBook Pro with Apple Care L6F74R6WNQ | 1129-000 | $750.00 |
| 16" MacBook Pro with Apple Care M46WLWLJF6 | 1129-000 | $900.00 |
| 16" MacBook Pro with Apple Care Q96106J291 | 1129-000 | $700.00 |
| 16" MacBook Pro with Apple Care RWM5WHQDW9 (leas | 1129-000 | $1,425.00 |
| 16" MacBook Pro with Apple Care TW0NWH042H | 1129-000 | $800.00 |
| 16" MacBook Pro with Apple Care XFG9FN646T | 1129-000 | $700.00 |
| 16" MacBook Pro with Apple Care Y6NW0522WV | 1129-000 | $668.00 |
| 16" MacBook Pro with Apple Care YTXM417X1L | 1129-000 | $850.00 |
| Camera Equipment - Sony FX3; 50mm lens | 1129-000 | $2,980.00 |
| Checking Account at TD Bank, xxxxxx9062 | 1129-000 | $200,000.00 |
| Datacolor SpyderX Pro SXP100, Color correction d | 1129-000 | $65.00 |
| DC Franchise Tax, Tax Year 2022 | 1129-000 | $7,908.00 |
| HP Desk Jet 2752E. | 1129-000 | $19.00 |
| The Hartford General Liablility/Umbrella Liabili | 1129-000 | $25,000.00 |
| Settlement with Kristin Clark, Cheryl Heller, Prajna Technologies and Duane Morris | 1249-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$265,470.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Citizens Bank & Trust Company | 4210-000 | $0.00 | $46,899.44 | $20,000.00 | $20,000.00 |
| 4S | Jon Wise | 4210-000 | $0.00 | $0.00 | $15,000.00 | $15,000.00 |
| | **TOTAL SECURED** | | **$0.00** | **$46,899.44** | **$35,000.00** | **$35,000.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - William D. White | 2100-000 | NA | $16,523.50 | $16,523.50 | $16,523.50 |
| Trustee, Expenses - William D. White | 2200-000 | NA | $550.84 | $550.84 | $550.84 |
| Auctioneer Fees - R.L. Rasmus Auctioneers | 3610-000 | NA | $2,916.41 | $2,916.41 | $2,916.41 |
| Bond Payments - INSURANCE PARTNERS | 2300-000 | NA | $184.00 | $184.00 | $184.00 |
| Bond Payments - Insurance Partners Agency, Inc. | 2300-000 | NA | $207.79 | $207.79 | $207.79 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $6,839.34 | $6,839.34 | $6,839.34 |
| Attorney for Trustee Fees (Other Firm) - Whiteford Taylor & Preston | 3210-000 | NA | $102,741.50 | $102,741.50 | $102,741.50 |
| Attorney for Trustee Expenses (Other Firm)  - Whiteford Taylor & Preston | 3220-000 | NA | $4,517.69 | $4,517.69 | $4,517.69 |
| Accountant for Trustee Fees (Other Firm) - Aaron Peters CPA | 3410-000 | NA | $6,125.00 | $6,125.00 | $6,125.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$140,606.07** | **$140,606.07** | **$140,606.07** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Jon Wise | 5800-000 | $0.00 | $15,150.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$15,150.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Duane Morris LLP | 7100-000 | $0.00 | $42,820.50 | $0.00 | $0.00 |
| 3U | Jon Wise | 7100-000 | $0.00 | $25,045,759.00 | $0.00 | $0.00 |
| 4U | Jon Wise | 7100-000 | $0.00 | $0.00 | $250,000.00 | $89,863.99 |
| N/F | Abraham Rozenbaum | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Affirm Logic Corp | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Anderson, Kelsie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arena Financial Solutions, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Arteaga, Elizabeth | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Baenen, Alison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Beck, Amir | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Burger, Rachel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CIT Bank NA | 7100-000 | $969.45 | NA | NA | NA |
| N/F | Candice Nicole Public Relations | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Carrera, Natalie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Case, Sonia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Coderella | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cuadro Post | 7100-000 | $0.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Cummins, Jennifer | 7100-000 | $0.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Davis, Tyler | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Desai Consulting LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dysard, Savannah | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Frederick, Zach | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gorey, Nick | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Green , Donnie, Jr. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Harris, Quintin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hellen, Deborah | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hive Wealth, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Houghton, Jamie | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JB Consulting Services, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Katie's Collective, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kristen Clark | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lang, Max | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lerner, Shari | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LookThink, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lopez, Nicolas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Lucid Link Corp | 7100-000 | $140.24 | NA | NA | NA |
| N/F | Maestro Filmworks | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Maria Ponce | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Martin, Shanice | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Mavenlink, Inc./ Kantata | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | McDowell, Tiff | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mikaela Berman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miliano, Kelly | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mojica, Laura | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mojidi, Safi | 7100-000 | $0.00 | NA | NA | NA |
| N/F | O'Brien, Erin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | O'Malley, Brigit | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Optimal Networks, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Peters & Associates PC | 7100-000 | $841.22 | NA | NA | NA |
| N/F | Pillar One Consulting | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Prajna Technologies, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | STL Skip The Line, LLC | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Sampel, Pamela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sichler, Tilo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Smith, Walton | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spencer, Argiea | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sprout Social | 7100-000 | $46,200.00 | NA | NA | NA |
| N/F | Staci Cooper | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stellar Bookkeeping | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sunny Dublick Marketing, Inc. | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tapia, Carlo | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Torres, Felipe Castiblanco | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Udokwere, Isang | 7100-000 | $0.00 | NA | NA | NA |
| N/F | VLP Law Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vasquez, Marcela | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Velasquez, Jonathan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Walker Communications Group LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Walker Media | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Whereoware, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Yi, Jen | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Youreka | 7100-000 | $0.00 | NA | NA | NA |
| N/F | threshold.world | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$98,250.91** | **$25,088,579.50** | **$250,000.00** | **$89,863.99** |

**Form 1**

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 1

Case No.:   23-00032

Case Name:   PRAJNA STRATEGY LLC

For Period Ending:   03/16/2026

Trustee Name:   (730090) William D. White

Date Filed (f) or Converted (c):   01/19/2023 (f)

§ 341(a) Meeting Date:   02/23/2023

Claims Bar Date:   05/30/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at TD Bank, xxxxxx9062 | 201,646.99 | 201,646.99 | | 200,000.00 | FA |
| 2 | Checking Account at Quickbooks/ Intuit, xxxxxx49 | 113.53 | 113.53 | | 0.00 | FA |
| 3 | Checking Account at Relay/ Evolve Bank & Trust, | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Shabacky Investing LLC 7309 Grinnell Drive Derwo | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5 | CIT Laptop lease deposit | 1,568.60 | 1,568.60 | | 0.00 | FA |
| 6 | Justworks Pre-payment of monthly bill/ per emplo<br>Health Insurance Refund (February 2023) | 10,004.89 | 10,004.89 | | 0.00 | FA |
| 7 | CFC Underwriting Limited Insurance 2/10/22 - 2/1 | 9,027.00 | 9,027.00 | | 0.00 | FA |
| 8 | Motion Array annual contract; platform for video | 249.99 | 249.99 | | 0.00 | FA |
| 9 | Shutter Stock Marketing resource (Jan 15 - Feb 1 | 210.94 | 210.94 | | 0.00 | FA |
| 10 | Washington Commercial Registered agent services | 160.00 | 160.00 | | 0.00 | FA |
| 11 | The Hartford General Liablility/Umbrella Liabili | 1,192.00 | 1,192.00 | | 25,000.00 | FA |
| 12 | The Hartford Crime Policy 1 year (3/14/22 - 3/14 | 2,059.00 | 2,059.00 | | 0.00 | FA |
| 13 | CFC Underwriting Limited Advertising/ Media Poli | 9,027.00 | 9,027.00 | | 0.00 | FA |
| 14 | praj nastrategy.com. | Unknown | 0.00 | | 0.00 | FA |
| 15 | Jon Wise, Potential counterclaims in pending lit | Unknown | 0.00 | | 0.00 | FA |
| 16 | Notes Receivable: Hive Wealth: convertible note. | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 17 | DC Franchise Tax, Tax Year 2022 | 18,000.00 | 18,000.00 | | 7,908.00 | FA |
| 18 | A/R 90 days old or less. Face amount = $52,287.5 | 52,287.58 | 52,287.58 | | 0.00 | FA |
| 19* | A/R Over 90 days old. Face amount = $228,748.78. (See Footnote) | 228,748.78 | 228,748.78 | | 0.00 | FA |
| 20 | MacBook Pro Part Number MK183LL/A; Serial Number | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page:  2

**Case No.:**   23-00032

**Case Name:**   PRAJNA STRATEGY LLC

**For Period Ending:**   03/16/2026

**Trustee Name:**   (730090) William D. White

**Date Filed (f) or Converted (c):**   01/19/2023 (f)

**§ 341(a) Meeting Date:**   02/23/2023

**Claims Bar Date:**   05/30/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 14" MacBook Pro with Apple Care VCTXFOHXFX (in p<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 825.00 | FA |
| 22 | 16" MacBook Pro with Apple Care.<br>Not sold.  Did not include a charger. | Unknown | 0.00 | | 0.00 | FA |
| 23 | 16" MacBook Pro with Apple Care HM7MGGPDWL (in p<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 24 | 16" MacBook Pro with Apple Care RWM5WHQDW9 (leas<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 1,425.00 | FA |
| 25 | HP Desk Jet 2752E.<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 19.00 | FA |
| 26 | Datacolor SpyderX Pro SXP100, Color correction d<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 65.00 | FA |
| 27 | Customer list. | Unknown | 0.00 | | 0.00 | FA |
| 28 | Branded marketing items (200 notebooks) | 574.94 | 574.94 | | 0.00 | FA |
| 29 | Branded marketing items (8 plant grow kits) | 171.62 | 171.62 | | 0.00 | FA |
| 30 | Mama Gena's Coaching certification program prepa | 18,000.00 | 18,000.00 | | 0.00 | FA |
| 31 | Wix Website - Money Matters - 1 Year (Dec - Dec) | 305.38 | 305.38 | | 0.00 | FA |
| 32 | Wix Ascend - Money Matters - 1 year (Jan - Jan) | 343.44 | 343.44 | | 0.00 | FA |
| 33 | Wix Ascend - Prajna Strateg - 1 year (Jul - Jul) | 305.28 | 305.28 | | 0.00 | FA |
| 34 | Wix Website- Prajna Strateg - 1 year (Jul - Jul) | 457.92 | 457.92 | | 0.00 | FA |
| 35 | MagSafe Battery Pack; Part number MJWY3AM/A | Unknown | 0.00 | | 0.00 | FA |
| 36 | 16" MacBook Pro with 16GB RAM and 1TB<br>Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 37 | Camera Equipment - Sony FX3; 50mm lens<br>in possession of former employee and later retrieved and auctioned | Unknown | 0.00 | | 2,980.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

**Individual Estate Property Record and Report**

Exhibit 8

Page:  3

**Asset Cases**

**Case No.:**   23-00032

**Case Name:**   PRAJNA STRATEGY LLC

**For Period Ending:**   03/16/2026

**Trustee Name:**   (730090) William D. White

**Date Filed (f) or Converted (c):**   01/19/2023 (f)

**§ 341(a) Meeting Date:**   02/23/2023

**Claims Bar Date:**   05/30/2023

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38 | 16" MacBook Pro with Apple Care TW0NWH042H  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 39 | 16" MacBook Pro with Apple Care Q96106J291  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 700.00 | FA |
| 40 | 16" MacBook Pro with Apple Care Y6NW0522WV  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 668.00 | FA |
| 41 | 16" MacBook Pro with Apple Care YTXM417X1L  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 850.00 | FA |
| 42 | 16" MacBook Pro with Apple Care L6F74R6WNQ  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 750.00 | FA |
| 43 | 16" MacBook Pro with Apple Care G3XVTQPP67  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 715.00 | FA |
| 44 | 16" MacBook Pro with Apple Care KKWK50Y2KD  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 800.00 | FA |
| 45 | 16" MacBook Pro with Apple Care G407DCFC3X  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 750.00 | FA |
| 46 | 16" MacBook Pro with Apple Care XFG9FN646T  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 700.00 | FA |
| 47 | 16" MacBook Pro with Apple Care GKW5FH43FR  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 680.00 | FA |
| 48 | 16" MacBook Pro with Apple Care HPQLY9VQ2C  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 835.06 | FA |
| 49 | 16" MacBook Pro with Apple Care DJ5WJJFHQX  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 1,500.00 | FA |
| 50 | 16" MacBook Pro with Apple Care M46WLWLJF6  Sold at auction.  See report of sale, Doc. No. 42 | Unknown | 0.00 | | 900.00 | FA |
| 51 | Settlement with Kristin Clark, Cheryl Heller, Prajna Technologies and Duane Morris (u)  Settlement with "Prajna Parties" approved per Order, Doc. No. 42 | 15,000.00 | 15,000.00 | | 15,000.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

Exhibit 8

## Individual Estate Property Record and Report

Page: 4

## Asset Cases

**Case No.:**   23-00032

**Case Name:**   PRAJNA STRATEGY LLC

**For Period Ending:**   03/16/2026

**Trustee Name:**   (730090) William D. White

**Date Filed (f) or Converted (c):**   01/19/2023 (f)

**§ 341(a) Meeting Date:**   02/23/2023

**Claims Bar Date:**   05/30/2023

| | 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property Formally**<br>**Abandoned**<br>**OA=§554(a)**<br>**abandon.** | 5<br>**Sale/Funds**<br>**Received by the**<br>**Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|---|
| **51** | Assets Totals (Excluding unknown values) | $629,454.88 | $629,454.88 | | $265,470.06 | $0.00 |

RE PROP# 19     See Asset 51 - resolution global settlement with principals, affiliate and claim of law fime

**Major Activities Affecting Case Closing:**

3/21/2023 trustee collected all bank assets of debtor and is waitiing for claims deadline to pass to see if any additional assets should be pursued;ETFR 12/31/2023; claim objection filed against plaintiff in ED Pa litigation issue; settlement appoved on claim objection;; working to resolve remaining claims, collect any value from questionable  receivables and file tax returns 4/26/24; ETFR 11/30/24; pending claim resolution and file tax returns; ETFR 1/31/25;  as of 3/31/25 awaiting computer auction proceeds, receipt of DC tax refund and accountant determination of any tax filings; ETFR 7/15/25'; computer auction proceeds collected 9/5/25, tax returns filed and tax refunds collected 9/15/25. ETFR 12/15/25

**Initial Projected Date Of Final Report (TFR):**   12/31/2023

**Current Projected Date Of Final Report (TFR):**   12/11/2025 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 23-00032 | | Trustee Name: | William D. White (730090) |
|---|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | | Account #: | ******0973 Checking Account |
| For Period Ending: | 03/16/2026 | | Blanket Bond (per case limit): | $3,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/21/23 | {1} | Wire from Prajna Strategy LLC; TD Bank, xxxxxx9062 | Bank funds: Checking Account at TD Bank, xxxxxx9062 | 1129-000 | 200,000.00 | | 200,000.00 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 106.84 | 199,893.16 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 299.01 | 199,594.15 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 351.88 | 199,242.27 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 319.33 | 198,922.94 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 308.19 | 198,614.75 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 350.19 | 198,264.56 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 307.17 | 197,957.39 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 338.42 | 197,618.97 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 316.73 | 197,302.24 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 305.68 | 196,996.56 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 346.44 | 196,650.12 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 303.83 | 196,346.29 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 303.36 | 196,042.93 |
| 04/03/24 | 101 | Insurance Partners Agency, Inc. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2024 FOR CASE #23-00032, Bond premium payment for 3792909, invoice #1404831 | 2300-000 | | 207.79 | 195,835.14 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 334.07 | 195,501.07 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 322.89 | 195,178.18 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 291.16 | 194,887.02 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 342.64 | 194,544.38 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 310.95 | 194,233.43 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 300.10 | 193,933.33 |
| 10/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 341.00 | 193,592.33 |
| 11/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 288.80 | 193,303.53 |
| 12/16/24 | {11} | The Hartford | insurance proceeds per policy | 1129-000 | 25,000.00 | | 218,303.53 |
| 12/19/24 | 102 | First-Citizens Bank & Trust Company | Payout of settlement per court order approving compromise | 4210-000 | | 20,000.00 | 198,303.53 |
| 12/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 358.52 | 197,945.01 |

Page Subtotals:     $225,000.00     $27,054.99

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 23-00032 | Trustee Name: | William D. White (730090) |
|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | Account #: | ******0973 Checking Account |
| For Period Ending: | 03/16/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/22/25 | {51} | Kristen Clark | Deposit on Settlement Agreement - WIRE FROM KRISTEN KAVALIER | 1249-000 | 15,000.00 | | 212,945.01 |
| 01/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 351.03 | 212,593.98 |
| 02/28/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 318.01 | 212,275.97 |
| 03/04/25 | 103 | Jon Wise | Payment of 60% of insurance proceeds per Settlement Agree & Order 2/12/24 | 4210-000 | | 15,000.00 | 197,275.97 |
| 03/10/25 | 104 | INSURANCE PARTNERS | Bond premium payment for Policy #3792909 03/01/2025-03/01/2026 - Invoice #1728941 | 2300-000 | | 184.00 | 197,091.97 |
| 03/21/25 | 105 | First Citizens Bank & Trust Company | Trustee Blanket Bond Payment - VOIDED AS DUPLICATE Voided on 03/24/2025 | 2300-004 | | 184.00 | 196,907.97 |
| 03/24/25 | 105 | First Citizens Bank & Trust Company | Trustee Blanket Bond Payment - VOIDED AS DUPLICATE Voided: check issued on 03/21/2025 | 2300-004 | | -184.00 | 197,091.97 |
| 03/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 328.88 | 196,763.09 |
| 04/07/25 | | R.L. Rasmus Auctioneers | proceeds of auction of all apple computers | | 11,665.65 | | 208,428.74 |
| | {48} | | proceeds from sale at auction $835.06 | 1129-000 | | | |
| | {24} | | proceeds from sale at auction $1,425.00 | 1129-000 | | | |
| | {49} | | proceeds from sale at auction $1,500.00 | 1129-000 | | | |
| | {43} | | proceeds from sale at auction $715.00 | 1129-000 | | | |
| | {45} | | proceeds from sale at auction $750.00 | 1129-000 | | | |
| | {41} | | proceeds from sale at auction $850.00 | 1129-000 | | | |
| | {50} | | proceeds from sale at auction $900.00 | 1129-000 | | | |
| | {36} | | proceeds from sale at auction $800.00 | 1129-000 | | | |
| | {23} | | proceeds from sale at auction $800.00 | 1129-000 | | | |
| | {39} | | proceeds from sale at auction $700.00 | 1129-000 | | | |
| | {46} | | proceeds from sale at auction $700.00 | 1129-000 | | | |
| | {38} | | proceeds from sale at auction $800.00 | 1129-000 | | | |

Page Subtotals:      $26,665.65      $16,181.92

*{ } Asset Reference(s)*      UST Form 101-7-TDR ( 10 /1/2010)      *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | |
|---|---|---|
| Case No.: | 23-00032 | |
| Case Name: | PRAJNA STRATEGY LLC | |
| Taxpayer ID #: | **-***5022 | |
| For Period Ending: | 03/16/2026 | |

| | |
|---|---|
| Trustee Name: | William D. White (730090) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******0973 Checking Account |
| Blanket Bond (per case limit): | $3,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {42} | | proceeds from sale at auction $750.00 | 1129-000 | | | |
| | | R.L. Rasmus Auctioneers | auctioneer fee -$2,916.41 | 3610-000 | | | |
| | {21} | | proceeds from sale at auction $825.00 | 1129-000 | | | |
| | {40} | | proceeds from sale at auction $668.00 | 1129-000 | | | |
| | {47} | | proceeds from sale at auction $680.00 | 1129-000 | | | |
| | {44} | | proceeds from sale at auction $800.00 | 1129-000 | | | |
| | {25} | | proceeds from sale at auction $19.00 | 1129-000 | | | |
| | {26} | | proceeds from sale at auction $65.00 | 1129-000 | | | |
| 04/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 352.38 | 208,076.36 |
| 05/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 333.49 | 207,742.87 |
| 06/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 321.85 | 207,421.02 |
| 07/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 365.71 | 207,055.31 |
| 08/29/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 320.79 | 206,734.52 |
| 09/04/25 | {37} | R.L. Rasmus Auctioneer | net proceeds of auction supp for camera equipment per court order | 1129-000 | 2,980.00 | | 209,714.52 |
| 09/05/25 | {37} | RL Rasmus Auctioneer | net proceeds of supp auction | 1129-000 | 2,980.00 | | 212,694.52 |
| 09/05/25 | {37} | R.L. Rasmus Auctioneer | Deposit Reversal: net proceeds of auction supp for camera equipment per court order | 1129-000 | -2,980.00 | | 209,714.52 |
| 09/12/25 | {17} | Government of District of Columbia | 2022 Tax Refund | 1129-000 | 4,470.00 | | 214,184.52 |
| 09/12/25 | {17} | Government of District of Columbia | tax refund for 2023 | 1129-000 | 3,438.00 | | 217,622.52 |
| 09/16/25 | 106 | Whiteford, Taylor & Preston L.L.P. | Payment of first and final Special Counsel fees and expenses approved per order, Doc. No. 45 | | | 107,259.19 | 110,363.33 |
| | | Whiteford Taylor & Preston | Special counsel fees $102,741.50 | 3210-000 | | | |
| | | Whiteford Taylor & Preston | Special counsel expenses $4,517.69 | 3220-000 | | | |
| 09/30/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.00 | 110,213.33 |
| 10/31/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.00 | 110,063.33 |

Page Subtotals:     $10,888.00     $109,253.41

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 23-00032 | | Trustee Name: | William D. White (730090) |
|---|---|---|---|---|
| Case Name: | PRAJNA STRATEGY LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5022 | | Account #: | ******0973 Checking Account |
| For Period Ending: | 03/16/2026 | | Blanket Bond (per case limit): | $3,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/25 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -3,000.00 | 113,063.33 |
| 02/19/26 | 107 | William D. White | Combined trustee compensation & expense dividend payments. | | | 17,074.34 | 95,988.99 |
| | | William D. White | Claims Distribution - Thu, 12-11-2025 $16,523.50 | 2100-000 | | | |
| | | William D. White | Claims Distribution - Thu, 12-11-2025 $550.84 | 2200-000 | | | |
| 02/19/26 | 108 | Aaron Peters CPA | Distribution payment - Dividend paid at 100.00% of $6,125.00; Claim # ; Filed: $6,125.00 | 3410-000 | | 6,125.00 | 89,863.99 |
| 02/19/26 | 109 | Jon Wise | Distribution payment - Dividend paid at 35.95% of $250,000.00; Claim # 4U; Filed: $0.00 | 7100-000 | | 89,863.99 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 262,553.65 | 262,553.65 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 262,553.65 | 262,553.65 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $262,553.65 | $262,553.65 | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

## Form 2

Exhibit 9

Page:   5

## Cash Receipts And Disbursements Record

**Case No.:**      23-00032

**Case Name:**      PRAJNA STRATEGY LLC

**Taxpayer ID #:**      **-***5022

**For Period Ending:** 03/16/2026

**Trustee Name:**      William D. White (730090)

**Bank Name:**      Metropolitan Commercial Bank

**Account #:**      ******0973 Checking Account

**Blanket Bond (per case limit):** $3,000,000.00

**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $262,553.65 |
| Plus Gross Adjustments: | $2,916.41 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $265,470.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0973 Checking Account | $262,553.65 | $262,553.65 | $0.00 |
| | $262,553.65 | $262,553.65 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)