22OC7ASST



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                                    **Case No.** 23−00032−ELG
Prajna Strategy LLC
**Debtor**                                                   **Chapter** 7

## ORDER

==========

UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 4/14/26                          For the Court:
                                        Angela D. Caesar
                                        BY:  mb

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00032-ELG |
| Prajna Strategy LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 14, 2026 | Form ID: oc7asst | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Prajna Strategy LLC, 108 R Street NE, Washington, DC 20002-2120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 16, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra DeSimone | on behalf of Trustee William Douglas White adesimone@wtplaw.com |
| David W. Gaffey | on behalf of Attorney Whiteford  Taylor & Preston, LLP dgaffey@whitefordlaw.com, clano@whitefordlaw.com;adesimone@whitefordlaw.com |
| David W. Gaffey | on behalf of Trustee William Douglas White dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com |
| David W. Gaffey | on behalf of Debtor Prajna Strategy LLC dgaffey@whitefordlaw.com  clano@whitefordlaw.com;adesimone@whitefordlaw.com |
| Maurice Belmont VerStandig | on behalf of Creditor Jon Wise mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1

User: admin

Page 2 of 2

Date Rcvd: Apr 14, 2026

Form ID: oc7asst

Total Noticed: 1

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

William Douglas White

on behalf of Trustee William Douglas White wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

William Douglas White

wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

TOTAL: 8